# **<u>EXHIBIT A</u>**



**U.S. Department of Justice**
Federal Bureau of Investigation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-30-2018 BY [ ] NSICG b6 -1
b7C -1

3/7/18

Director Wray and Deputy Director Bowdich,

This is FBI OPR's initial action (first step) in the McCabe WSJ leak matter. Pursuant to standard procedures, the attached letter (but not the enclosed Report of Investigation) will now be provided to Mr. McCabe and his attorneys. The enclosed letter and ROI will now also be provided to the DAG as he has final decision making authority over adverse disciplinary actions impacting the DD. It seems unlikely that this will reach final resolution before Mr. McCabe's March 18 retirement date, but that is up to the DAG.

Candice