# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-2399 |
| ) | |
| WILLIAM P. BARR, ) | |
| in his official capacity as ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## AFFIDAVIT OF RETURN OF SERVICE

I, Murad Hussain, hereby declare and state as follows:

1. I am an attorney at Arnold & Porter Kaye Scholer LLP, and I am Plaintiff's attorney of record in the above-captioned matter. I am filing this Affidavit of Return of Service in connection with the complaint filed in the above-captioned matter on August 8, 2019.

2. On August 12, 2019, I caused to be sent via certified U.S. mail a copy of the complaint (with exhibit), summons, and Docket Entries 3 and 5 in this matter directly to Defendants William P. Barr, in his official capacity as Attorney General of the United States; U.S. Department of Justice; Christopher A. Wray, in his official capacity as Director of the Federal Bureau of Investigation; and Federal Bureau of Investigation. (*See* Ex. A (Proof of Service Affidavits of Ryan D. White); Ex. B (certified mail receipts).) According to the U.S. Postal Service website, the above-referenced documents were delivered on August 16, 2019, except for Defendant Barr's delivery, which was completed on August 19, 2019. (*See* Ex. C. (U.S. Postal Service delivery confirmation webpage).)

3. On August 12, 2019, I caused to be sent via certified U.S. mail a copy of the complaint (with exhibit), summons, and Docket Entries 3 and 5 in this matter to Jessie K. Liu, U.S. Attorney for the District of Columbia, as required by Federal Rule of Civil Procedure 4(i) for service on Defendants.  (*See* Exs. A & B.)  According to the U.S. Postal Service website, the above-referenced documents were delivered on August 19, 2019.  (*See* Ex. C.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2019.          Respectfully submitted,

 /s/ Murad Hussain
Howard N. Cayne (D.C. Bar. No. 331306)
Murad Hussain (D.C. Bar. No. 999278)
Owen Dunn (D.C. Bar. No. 1044290)
Ryan D. White (D.C. Bar No. 1655918)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*Attorneys for Plaintiff Andrew G. McCabe*

# EXHIBIT A

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANDREW G. MCCABE <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his official capacity as DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; and FEDERAL BUREAU OF INVESTIGATION. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William P. Barr, in his official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard N. Cayne
Murad Hussain
Owen Dunn
Ryan D. White
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: ___8/9/2019___   /s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2399

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William P. Barr, Attorney General of the United States__

was received by me on *(date)* __August 9, 2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On August 12, 2019, I caused to be served via certified mail a copy of the summons and the complaint on Attorney General William P. Barr, which was delivered on August 19, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/19/19__

*Server's signature*

Ryan D. White, Associate

*Printed name and title*

601 Massachusetts Ave NW
Washington, DC 20001

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANDREW G. MCCABE <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his official capacity as DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; and FEDERAL BUREAU OF INVESTIGATION. <br><br> *Defendant(s)* | Civil Action No. 19-cv-02399-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Howard N. Cayne
Murad Hussain
Owen Dunn
Ryan D. White
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 8/9/2019

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2399

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice
was received by me on *(date)* August 9, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On August 12, 2019, I caused to be served via certified mail a copy of the summons and the complaint on the U.S. Department of Justice, which was delivered on August 16, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/19/19

*Server's signature*

Ryan D. White, Associate
*Printed name and title*

601 Massachusetts Ave NW
Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

ANDREW G. MCCABE

*Plaintiff(s)*

v().

WILLIAM P. BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his official capacity as DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; and FEDERAL BUREAU OF INVESTIGATION.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher A. Wray, in his official capacity as
Director of the Federal Bureau of Investigation
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard N. Cayne
Murad Hussain
Owen Dunn
Ryan D. White
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 8/9/2019



/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2399

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher A. Wray, Director of the Federal Bureau of Investigation
was received by me on *(date)* August 9, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On August 12, 2019, I caused to be served via certified mail a copy of the summons and of the complaint on FBI Director Christopher A. Wray, which was delivered on August 16, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/19/19

*Server's signature*

Ryan D. White, Associate
*Printed name and title*

601 Massachusetts Ave NW
Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANDREW G. MCCABE <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his official capacity as DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; and FEDERAL BUREAU OF INVESTIGATION. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-cv-02399-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard N. Cayne
Murad Hussain
Owen Dunn
Ryan D. White
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 8/9/2019                              /s/ Erica Garmendez
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-2399

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Bureau of Investigation

was received by me on *(date)* August 9, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On August 12, 2019, I caused to be served via certified mail a copy of the summons and the complaint on the Federal Bureau of Investigation, which was delivered on August 16, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/19/19

_____
*Server's signature*

Ryan D. White, Associate
*Printed name and title*

601 Massachusetts Ave NW
Washington, DC 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANDREW G. MCCABE *Plaintiff(s)* v. WILLIAM P. BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his official capacity as DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; and FEDERAL BUREAU OF INVESTIGATION. *Defendant(s)* | Civil Action No. 19-cv-02399-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
(served as required by Fed. R. Civ. P. 4(i)(2))
c/o U.S. Attorney Jessie K. Liu
U.S. Attorney's Office
555 4th St., N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard N. Cayne
Murad Hussain
Owen Dunn
Ryan D. White
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 8/9/2019                                                      /s/ Erica Garmendez
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2399

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessie K. Liu, U.S. Attorney for the District of Columbia
was received by me on *(date)* August 9, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jessie K. Liu, U.S. Attorney for the District of Columbia , who is
designated by law to accept service of process on behalf of *(name of organization)* United States of America
_____ on *(date)* August 12, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/19/19

*Server's signature*

Ryan D. White, Associate

*Printed name and title*

601 Massachusetts Ave NW
Washington, DC 20001

*Server's address*

Additional information regarding attempted service, etc:

On August 12, 2019, I caused to be served via certified mail a copy of the summons and
the complaint on U.S. Attorney Jessie K. Liu, which was delivered August 19, 2019.

# EXHIBIT B











# EXHIBIT C

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70122210000113778868

Your item was delivered at 6:20 am on August 19, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

August 19, 2019 at 6:20 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Remove ✕

**Tracking Number:** 70122210000113778875

Your item was delivered at 5:54 am on August 16, 2019 in WASHINGTON, DC 20530.

 **Delivered**

August 16, 2019 at 5:54 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

**Tracking Number:** 70122210000113778882

Remove ✕

Your item was delivered at 5:44 am on August 16, 2019 in WASHINGTON, DC 20535.

 **Delivered**

August 16, 2019 at 5:44 am
Delivered
WASHINGTON, DC 20535

Get Updates ∨

Feedback

See More ∨

**Tracking Number:** 70071490000139901986

Remove ✕

Your item was delivered at 5:44 am on August 16, 2019 in WASHINGTON, DC 20535.

 **Delivered**

August 16, 2019 at 5:44 am
Delivered
WASHINGTON, DC 20535

Get Updates ∨

See More ∨

**Tracking Number:** 70071490000139902006

Remove ✕

Your item was delivered at 6:20 am on August 19, 2019 in WASHINGTON, DC 20530.

 Delivered

August 19, 2019 at 6:20 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?
app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback