# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CV-2399-RDM |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Justin M. Sandberg of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Dated: August 21, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Phone: (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*