**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW G. MCCABE., | ) |
| | ) |
| Plaintiff, | ) |
| | )     Case No. 1:19-CV-2399-RDM |
| v. | ) |
| | ) |
| WILLIAM P. BARR, in his official capacity | ) |
| as Attorney General of the United States, *et* | ) |
| *al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## RESPONSE TO SEALED MOTION

While Defendants disagree with a number of the arguments offered in support of Plaintiff's

sealed motion [ECF No. 7], they do not oppose the requested relief.


Dated: August 23, 2019                       Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
U.S. Dep't of Justice, Civil Div., Federal Programs
Branch
1100 L Street, NW
Washington, D.C.  20001
Phone:  (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*