APPEAL,MANDAMUS,TYPE–L

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:19–cv–02399–RDM</u>

MCCABE v. BARR et al
Assigned to: Judge Randolph D. Moss
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 08/08/2019
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ANDREW G. MCCABE**

represented by **Murad Hussain**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942–6143
Fax: (202) 942–5999
Email: <u>murad.hussain@apks.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILLIAM P. BARR**
*in his official capacity as Attorney
General*

represented by **Justin Michael Sandberg**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11004
Washington, DC 20005
(202) 514–5838
Fax: (202) 616–8202
Email: <u>justin.sandberg@usdoj.gov</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**

represented by **Justin Michael Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOPHER A. WRAY**
*in his official capacity as Director of the
Federal Bureau of Investigation*

represented by **Justin Michael Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **FEDERAL BUREAU OF INVESTIGATION** | represented by **Justin Michael Sandberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | |
|---|---|
| **DAVID ANDREW CHRISTENSON**<br>*TERMINATED: 08/16/2019* | represented by **DAVID ANDREW CHRISTENSON**<br>P.O. Box 9063<br>Miramar Beach, FL 32550<br>PRO SE |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/08/2019 | 1 | | COMPLAINT against WILLIAM P. BARR, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY ( Filing fee $ 400 receipt number 0090–6309806) filed by Andrew G. McCabe. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Notice of Other Cases, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons)(Hussain, Murad) (Attachment 2 replaced on 8/8/2019) (zeg). (Attachment 3 replaced on 8/8/2019) (zeg). (Entered: 08/08/2019) |
| 08/08/2019 | 2 | | NOTICE OF RELATED CASE by ANDREW G. MCCABE. (zeg) (Entered: 08/09/2019) |
| 08/09/2019 | 3 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ANDREW G. MCCABE (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A)(Hussain, Murad) (Entered: 08/09/2019) |
| 08/09/2019 | | | Case Assigned to Judge Randolph D. Moss. (zeg) (Entered: 08/09/2019) |
| 08/09/2019 | 4 | | SUMMONS (5) Issued Electronically as to WILLIAM P. BARR, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zeg) (Entered: 08/09/2019) |
| 08/09/2019 | 5 | | STANDING ORDER: The parties are hereby ORDERED to comply with the directives set forth in the attached Standing Order. See document for details. Signed by Judge Randolph D. Moss on 8/9/2019. (lcrdm3, ) (Entered: 08/09/2019) |
| 08/12/2019 | 6 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON (Attachments: # 1 Attachments)(ztd) (Entered: 08/14/2019) |
| 08/16/2019 | | | MINUTE ORDER: Upon consideration of Plaintiff's Sealed Motion for Leave to File Document Under Seal 3 , it is hereby ORDERED that the motion is GRANTED. Plaintiff's Motion for Leave to File Document Under Seal 3 and all supporting documents [3–1] shall both be docketed UNDER SEAL. Plaintiff may file the motion attached as Exhibit A to the Motion for Leave to File Document Under Seal 3 UNDER SEAL. Signed by Judge Randolph D. Moss on 8/16/19. (lcrdm3, ) (Entered: 08/16/2019) |

| 08/16/2019 | | | MINUTE ORDER: Upon consideration of the Motion to Intervene 6 , it is hereby ORDERED that the motion is DENIED. The motion does not provide any legally cognizable basis upon which the movant should be permitted to intervene in this action. Signed by Judge Randolph D. Moss on 8/16/19. (lcrdm3, ) (Entered: 08/16/2019) |
|---|---|---|---|
| 08/16/2019 | 7 | | SEALED MOTION filed by ANDREW G. MCCABE. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 08/16/2019) |
| 08/19/2019 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WILLIAM P. BARR served on 8/19/2019; FEDERAL BUREAU OF INVESTIGATION served on 8/16/2019; U.S. DEPARTMENT OF JUSTICE served on 8/16/2019; CHRISTOPHER A. WRAY served on 8/16/2019, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 8/19/2019. ( Answer due for ALL FEDERAL DEFENDANTS by 10/18/2019.) (Attachments: # 1 Proof of service affidavits, # 2 USPS certified mail receipts, # 3 USPS website delivery verification)(Hussain, Murad) (Entered: 08/19/2019) |
| 08/21/2019 | 9 | | NOTICE of Appearance by Justin Michael Sandberg on behalf of All Defendants (Sandberg, Justin) (Entered: 08/21/2019) |
| 08/22/2019 | 11 | | LEAVE TO FILE DENIED– David Andrew Christenson's Motion for Reconsideration This document is unavailable as the Court denied its filing. "Leave to File Denied." Signed by Judge Randolph D. Moss on 8/22/19. (ztd) Modified to add text on 9/3/2019 (znmw). (Entered: 08/29/2019) |
| 08/23/2019 | 10 | | RESPONSE re 7 SEALED MOTION filed by ANDREW G. MCCABE. (This document is SEALED and only available to authorized persons.) filed by WILLIAM P. BARR, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY. (Sandberg, Justin) (Entered: 08/23/2019) |
| 08/23/2019 | | | MINUTE ORDER: Upon consideration of Plaintiff's sealed motion 7 , it is hereby ORDERED that the motion is GRANTED. Signed by Judge Randolph D. Moss on 08/23/19. (lcrdm3, ) (Entered: 08/23/2019) |
| 09/17/2019 | 12 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus/Notice 66 This document is unavailable as the Court denied its filing. "Leave to File Denied." Signed by Judge Randolph D. Moss on 9/17/19. (ztd) Modified on 9/26/2019 (znmw). (Entered: 09/20/2019) |
| 09/20/2019 | 13 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus – Note 68 This document is unavailable as the Court denied its filing. "Leave to File Denied." Signed by Judge Randolph D. Moss on 9/20/19. (ztd) Modified date filed and text on 9/26/2019 (znmw). (Entered: 09/25/2019) |
| 10/04/2019 | 14 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus Brief Notice 64 and 65 This document is unavailable as the Court denied its filing.. Signed by Judge Randolph D. Moss on 10/4/19. (ztd) (Entered: 10/10/2019) |
| 10/04/2019 | 16 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus/Notice 67 This document is unavailable as the Court denied its filing.. Signed by Judge Randolph D. Moss on 10/4/19. (ztd) (Entered: 10/10/2019) |

| 10/07/2019 | 15 | | LEAVE TO FILE DENIED– David Andrew Christenson's Notice 73, Amicus Notice 74 and Amicus Notice 76 This document is unavailable as the Court denied its filing.. Signed by Judge Randolph D. Moss on 10/7/19. (ztd) (Entered: 10/10/2019) |
| 10/07/2019 | 17 | | NOTICE OF INTERLOCUTORY APPEAL as to 14 Leave to File Denied, Order on Motion to Intervene, 12 Leave to File Denied, 16 Leave to File Denied by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (ztd); ("Let It Be Filed" signed by Judge Randolph D. Moss on 10/7/19) (Entered: 10/10/2019) |

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)

Case: **To be Assigned**
Civil Action No. 19-cv-2399-RDM
Judge Randolph Daniel Moss

Andrew McCabe
Plaintiff,

v.

William Barr, Attorney General, et. al.,
Defendants.

**LET IT BE FILED**
Randy D. Mn
USDJ
10/7/19

Notice of Appeal

This appeal is about upholding and honoring the Constitution.

Attachment 1: Amicus/Notice 66 Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism Watch List is Unconstitutional.
Attachment 2: Notice 65 "Nuke the Hurricanes" by President Donald Trump Docketed in the US House Application.
Attachment 3: Amicus/Notice 67 Julian Paul Assange Defendant
Attachment 4: Motion for Leave to File Motion to Intervene Chelsea Manning Defendant.
Attachment 5: Motion for Leave to File Motion to Intervene Reality Leigh Winner Defendant.

- Amicus/Notice 69 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 15th, 2019)
- Notice 69 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 15th, 2019)
- Notice 69 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 15th, 2019)
- Notice 69 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 15th, 2019)
- Amicus/Notice 69 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 15th, 2019)
- Amicus/Notice 69 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 15th, 2019)

5

- Amicus/Notice 69 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on September 16th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON


RECEIVED
Mail Room
SEP 19
United States Court of Appeals
District of Columbia Circuit

ANAS ELHADY, et al.,
Plaintiffs,

Case No. 16-cv-00375-AJT

Judge Anthony J. Trenga

v.

CHARLES H. KABLE, Director of the Terrorist Screening Center; in his official capacity, et al.;
Defendants.

Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism
Watch List is Unconstitutional.

**Americans will murder every Federal Judge when the truth comes out. I am trying to save the Judges
and their family members. Trump, the other Demigods, time, math, etc. will ensure that the truth
comes out.** (Read the Demigod FBI Director Comey DOJ/IG report about his conduct if you want proof.
Comey, the sunarcissist ("A sunarcissist is a narcissist who chooses suicide over honor.") wanted an
apology because he was not charged with a crime, yet.)

The Federal Judiciary is responsible for the Terrorism Watch List. (Albeit it has a different name now
because of the protection provided by the Federal Judiciary.) The Federal Judiciary has made it
impossible for Americana to receive Justice as is their Constitutional Right(s) – First Amendment – Last
Sentence – "and to petition the Government for a redress of grievances." I have filed, on behalf of all
Americans, "Grievances" in over 150 Federal Cases. The Cancer (Criminally violating the Constitutional
Rights of Americans) is systemic within the Federal Government, all three branches. Stockholm
Syndrome: The Federal Judiciary sympathizes with their captors, the Executive Branch.

(Ask Judge Emmet G. Sullivan why he allows criminal prosecutor misconduct to run rampant in his
courtroom. He did so in the Senator Ted Stevens criminal case and now again in the General Mike Flynn
criminal case. The conviction for Stevens was vacated. Will Flynn's guilty plea be vacated? We have
Obamacare because of the Stevens conviction. He lost the election and then there was a two-vote swing
in the Senate, thus Obamacare passed. Americans did not receive a fair and impartial election as is their
Constitutional Right. The Federal Judiciary tampered with the Election. Would Obama have become
President if Stevens had not been convicted?)

➢ American, Hero and Federal Whistleblower Chelsea Manning sits is prison because of <u>Judge
Anthony John Trenga.</u>

➢ American, Hero, Federal Whistleblower Coast Guard Commander William Goetzee was
murdered while in Federal custody because of the Federal Judiciary.

➢ American, Federal Whistleblower Air Force Captain David Andrew Christenson was falsely
arrested, placed in isolation and medicated against his will and still he was never charged with a



RECEIVED
Mail Room

AUG 2 9 2019

United States Court of Appeals
District of Columbia Circuit

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

RECEIVED
Mail Room

SEP 1 9 2019

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    AUG 29 2019

CLERK

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA

v.

JULIAN PAUL ASSANGE,
Defendant.



CRIMINAL NO. Case 1:18-cr-00111-CMH

SENIOR JUDGE CLAUDE M. HILTON

Amicus/Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

<u>Is the following true?</u>

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

<u>The following is true.</u>

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

<center><b><u>THE PARADOX AND WHY I AM HERE</u></b></center>

<center><b><u>BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE</u></b></center>

<center><b><u>YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR</u></b></center>

# Attachment 4



F I L E D
JUN - 5 2019
CLERK, U.S. DIS...
ALEXANDRIA, VIRG...

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA

CRIMINAL NO. Case 1:19-dm-12

v.

JUDGE ANTHONY JOHN TRENGA

JOHN DOE 2010R03793, (Chelsea Manning)

United States Court of Appeals
District of Columbia Circuit

SEP 1 9 2019

RECEIVED
Mail Room

Motion for Leave to File Motion to Intervene

This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal Government

The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a mathematical certainty

Statement of Fact: There is no other place to get this information. Look at what is taking place today. The media in this country is for profit and power. (The Speaker of the United States House of Representatives has asked the Trump family to hold an intervention for the President.)

I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime commissioned US Military Officer that is trying to protect his country and honor the oath that I took.

I will start with my most recent federal court filings. It will take some effort on the part of court to comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.

These specific pleadings are about the criminal conduct of the National Media. I am only including the pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are currently before the District of Columbia.

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121

UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson - CADC Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC Case: 19-5057

# Attachment 5

UNITED STATES OF AMERICA                                    NO. 1:17-CR-0034-JRH
v.
REALITY LEIGH WINNER,                                       Judge James Randal Hall
Defendant.

### Motion for Leave to File Motion to Intervene

### This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal Government

### The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a mathematical certainty

Statement of Fact: There is no other place to get this information. Look at what is taking place today. The media in this country is for profit and power. (The Speaker of the United States House of Representatives has asked the Trump family to hold an intervention for the President.)

I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime commissioned US Military Officer that is trying to protect his country and honor the oath that I took.

I will start with my most recent federal court filings. It will take some effort on the part of court to comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.

These specific pleadings are about the criminal conduct of the National Media. I am only including the pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are currently before the District of Columbia.

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121

UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson - CADC Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC Case: 19-5057

JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia Judge Tanya Sue Chutkan – CADC Case: 19-5091

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

16 SEP 2019 PM 2

SANTA ROSA
FL 32459

SEP 16 2019

USPS

TWO OUNCE

Clerk Mark Langer
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

20001-289999



UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civil Action No. 19-cv-2399-RDM

Andrew McCabe
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Randolph Daniel Moss

Amicus/Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

<u>Is the following true?</u>

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

<u>The following is true.</u>

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

### THE PARADOX AND WHY I AM HERE

### BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE

### YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR

All of you, all three branches of our government, participated in the coverup of the negligent release of the Katrina Virus and the murdering of Americans by the US Military during Hurricane Katrina. You covered up the Genocide of Mankind.

RECEIVED
Mail Room

SEP 1 3 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

13

You, the criminals, are making a case that you can only be so much of a criminal and that in most cases you're being a criminal is for the greater good. The problem is Trump. He turned being a criminal into becoming the President and you helped. You reap what you sow.

**IN ORDER TO STOP TRUMP, YOU WILL HAVE TO KILL HIM OR ADMIT THAT YOU ARE RESPONSIBLE FOR THE GENOCIDE OF MANKIND – THAT IS THE PARADOX**

> What happened to the Judiciary was insidious. It has happened to every civilization. It is why every civilization has failed.

# GOD IS GIVING YOU A CHANCE TO SERVE YOUR PENANCE HERE ON EARTH JUST LIKE ME.

Attachment 1: Notice 65 — "Nuke the Hurricanes" by President Donald Trump page 1 only

Food for thought. Did our government turn Hurricane Dorian? Trump stated it was going to Alabama and has not backed down. Why? We know he is protecting and benefiting himself but why?

I live by the following

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

- Amicus/Notice 67 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 10th, 2019)
- Notice 67 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 10th, 2019)

- Amicus/Notice 67 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 10th, 2019)

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



RECEIVED
Mail Room
AUG 2 9 2019
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

-------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    AUG 29 2019

CLERK

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
10 SEP 2019 PM 2 L



Clerk Angela Caesar
U. S. District Court for DC
333 Constitution Avenue N.W.
Washington D.C. 20001

20001-289999

LEAVE TO FILE DENIED
Randolph D Moss, USDJ
Sept 17, 2019

Movant David Andrew Christenson

Civil Action No. 19-cv-2399-RDM

Andrew McCabe
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Randolph Daniel Moss

Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism Watch List is Unconstitutional.

**Americans will murder every Federal Judge when the truth comes out. I am trying to save the Judges and their family members. Trump, the other Demigods, time, math, etc. will ensure that the truth comes out.** (Read the Demigod FBI Director Comey DOJ/IG report about his conduct if you want proof. Comey, the sunarcissist ("A sunarcissist is a narcissist who chooses suicide over honor.") wanted an apology because he was not charged with a crime, yet.)

The Federal Judiciary is responsible for the Terrorism Watch List. (Albeit it has a different name now because of the protection provided by the Federal Judiciary.) The Federal Judiciary has made it impossible for Americana to receive Justice as is their Constitutional Right(s) – First Amendment – Last Sentence – "and to petition the Government for a redress of grievances." I have filed, on behalf of all Americans, "Grievances" in over 150 Federal Cases. The Cancer (Criminally violating the Constitutional Rights of Americans) is systemic within the Federal Government, all three branches. Stockholm Syndrome: The Federal Judiciary sympathizes with their captors, the Executive Branch.

(Ask Judge Emmet G. Sullivan why he allows criminal prosecutor misconduct to run rampant in his courtroom. He did so in the Senator Ted Stevens criminal case and now again in the General Mike Flynn criminal case. The conviction for Stevens was vacated. Will Flynn's guilty plea be vacated? We have Obamacare because of the Stevens conviction. He lost the election and then there was a two-vote swing in the Senate, thus Obamacare passed. Americans did not receive a fair and impartial election as is their Constitutional Right. The Federal Judiciary tampered with the Election. Would Obama have become President if Stevens had not been convicted?)

➢ American, Hero and Federal Whistleblower Chelsea Manning sits is prison because of <u>Judge Anthony John Trenga.</u>

➢ American, Hero, Federal Whistleblower Coast Guard Commander William Goetzee was murdered while in Federal custody because of the Federal Judiciary.

➢ American, Federal Whistleblower Air Force Captain David Andrew Christenson was falsely arrested, placed in isolation and medicated against his will and still he was never charged with a crime. He was classified as a terrorist. **His defense attorneys were future Attorney General and Ex US Attorney Matthew Whitaker, US Attorney Linda Mott and US Attorney Billy Gibbens.**



RECEIVED
Mail Room
SEP 10 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

19

# Attachment 1



FILED
JUN - 5 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                          CRIMINAL NO. Case 1:19-dm-12

v.                                                JUDGE ANTHONY JOHN TRENGA

JOHN DOE 2010R03793, (Chelsea Manning)

Motion for Leave to File Motion to Intervene

This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal
Government

The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a
mathematical certainty

Statement of Fact: There is no other place to get this information. Look at what is taking place today.
The media in this country is for profit and power. (The Speaker of the United States House of
Representatives has asked the Trump family to hold an intervention for the President.)

I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime
commissioned US Military Officer that is trying to protect his country and honor the oath that I took.

I will start with my most recent federal court filings. It will take some effort on the part of court to
comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.

These specific pleadings are about the criminal conduct of the National Media. I am only including the
pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one
specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are
currently before the District of Columbia.

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-
00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121

UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson
- CADC Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC
Case: 19-5057

# Attachment 1

JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia Judge Tanya Sue Chutkan – CADC Case: 19-5091

CADC - Case: 19-5121

➢ Notice – I make $22,000.00 per year working for Brooks Brothers as a supervisor at the Silver Sands Outlet Mall in Miramar Beach Florida. My life, and what little money I have, I dedicate to saving my fellow man.

➢ Notice – The attached Memorandum was docketed by this court (CADC) on June 20th, 2005 in the Senator Rand Paul Appeal.

➢ Notice – The murder and the coverup of Mankind is correlated with the murder of a newspaper – the New Orleans Times Picayune.

➢ Notice – Chief Justice John Roberts cannot and does not fully understand what is taking place.

➢ Notice – Unbelievable – Amazon.com/Jeff Bezos/Washington Post are going to censor me after seven years

➢ Motion for Leave to Proceed on Appeal in Forma Pauperis

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**
Pansy v. Stroudsburg: **Third parties have a right to intervene.**
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v.

# Attachment 1

Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Godspeed.

Sincerely filed

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 2

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 3

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-6 EBook

Factual, documented and verifiable account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a

**terrorist.** This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

# Attachment 3

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Murad Hussain (murad.hussain@apks.com,
murad.hussain@arnoldporter.com), Judge Randolph D. Moss (alex_miller@dcd.uscourts.gov,
dorothy_patterson@dcd.uscourts.gov, giovanni_sanchez@dcd.uscourts.gov,
grace_leeper@dcd.uscourts.gov, grace_zhou@dcd.uscourts.gov,
harrison_stark@dcd.uscourts.gov, helen_white@dcd.uscourts.gov,
james_barton@dcd.uscourts.gov, jyoti_jasrasaria@dcd.uscourts.gov,
kelsey_chapple@dcd.uscourts.gov, kristin_thompson@dcd.uscourts.gov,
rdm_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Byron C. Tau (3830664420@filings.docketbird.com,
byron.tau@wsj.com), Darren S. Samuelsohn (adesiderio@politico.com,
dsamuelsohn@politico.com, kcheney@politico.com, nbertrand@politico.com), Jacqueline E.
Thomsen (jathomsen@alm.com), KATELYN POLANTZ (katelyn.polantz@cnn.com), Tierney M. Sneed
(tierney@talkingpointsmemo.com), Michael A. Scarcella (mscarcella@alm.com), Arthur B.
Spitzer (artspitzer@gmail.com), Andrew M. Harris (aharris16@bloomberg.net), Zoe M. Tillman
(zoe.tillman@buzzfeed.com), Clare E. Hymes (hymesc@cbsnews.com), Patricia A. McKinney
(lisa.rubin@nbcuni.com, matthew.alexander@nbcuni.com, miriam.ward@nbcuni.com,
tricia.mckinney@nbcuni.com), Lucien C. Bruggeman (lucien.c.bruggeman@abc.com), Mark Albert
(emcmanamon@hearst.com, malbert@hearst.com, wwilk@hearst.com), Joshua A. Gerstein
(jagalerts@yahoo.com), Spencer S. Hsu (spencer.hsu@washpost.com), Aruna Viswanatha
(aruna.viswanatha@wsj.com), Megan Mineiro (meganmineiro@gmail.com)
--No Notice Sent:

Message-Id:6157175@dcd.uscourts.gov
Subject:Activity in Case 1:19-cv-02399-RDM MCCABE v. BARR et al Order on Motion to
Intervene
Content-Type: text/html
```

<div align="center">

## U.S. District Court

## District of Columbia

</div>

**Notice of Electronic Filing**

The following transaction was entered on 8/16/2019 at 9:39 AM and filed on 8/16/2019

| | |
|---|---|
| **Case Name:** | MCCABE v. BARR et al |
| **Case Number:** | 1:19–cv–02399–RDM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **MINUTE ORDER: Upon consideration of the Motion to Intervene [6], it is hereby ORDERED that the motion is DENIED. The motion does not provide any legally cognizable basis upon which the movant should be permitted to intervene in this action. Signed by Judge Randolph D. Moss on 8/16/19. (lcrdm3, )**


**1:19–cv–02399–RDM Notice has been electronically mailed to:**

Murad Hussain    murad.hussain@apks.com, murad.hussain@arnoldporter.com

**1:19–cv–02399–RDM Notice will be delivered by other means to::**

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

*Randl D. Mos
USDJ 10/4/19*

Movant David Andrew Christenson

Civil Action No. 19-cv-2399-RDM

Andrew McCabe
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Randolph Daniel Moss

Amicus Brief

Notice 64 – Federal Desensitizing Propaganda about the current Suicide Epidemic in the Air Force which was the Precursor to the current Suicide Epidemic with the General Population of the United States and the World.

### **CHANGE THE NARRATIVE, NOW!**

When you read the following you become immune to it. It becomes normal that our heroes are committing suicide at epidemic rates.

"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves." President Abraham Lincoln

We developed the perfect military weapon and used it on our soldiers, our heroes. The Katrina Virus is organic, easy to disperse, dissipates in five days with the result being the opposing army committing suicide.

Articles by CNN and Fox follow.

Federal Desensitizing Propaganda Facts (FDPF) about the articles:

➤ *Here is the most heinous FDPF: They don't talk about the military family members that are committing suicide. The greatest nation, with the greatest army, in the world and we won't help our soldier's families and we won't even talk about it. Over 75 commit suicide every day.*

➤ The US Army has 900 suicide programs. *FDPF - They don't work.*

➤ The Air Force has the lowest suicide rate of all the branches. Remember that 80% of the soldiers that commit suicide were never in combat. *FDPF – They should be talking about the Army.*

➤ Chief Master Sergeant of the Air Force Kaleth Wright said in a video earlier this month the number of suicides so far in 2019 (78) is 28 higher for the same time period in 2018. **"We lose more airmen to suicide than any other single enemy, even more than combat,"** he said. *FDPF – The enemy is us. We are murdering our own by not telling them the truth.*



RECEIVED
Mail Room

AUG 3 0 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

28

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

USDJ 10/4/19

Movant David Andrew Christenson

Civil Action No. 19-cv-2399-RDM

Andrew McCabe
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Randolph Daniel Moss

Amicus Brief

Notice 64 – Federal Desensitizing Propaganda about the current Suicide Epidemic in the Air Force which was the Precursor to the current Suicide Epidemic with the General Population of the United States and the World.

**CHANGE THE NARRATIVE, NOW!**

When you read the following you become immune to it. It becomes normal that our heroes are committing suicide at epidemic rates.

"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves." President Abraham Lincoln

We developed the perfect military weapon and used it on our soldiers, our heroes. The Katrina Virus is organic, easy to disperse, dissipates in five days with the result being the opposing army committing suicide.

Articles by CNN and Fox follow.

Federal Desensitizing Propaganda Facts (FDPF) about the articles:

➢ *Here is the most heinous FDPF: They don't talk about the military family members that are committing suicide. The greatest nation, with the greatest army, in the world and we won't help our soldier's families and we won't even talk about it. Over 75 commit suicide every day.*

➢ The US Army has 900 suicide programs. *FDPF - They don't work.*

➢ The Air Force has the lowest suicide rate of all the branches. Remember that 80% of the soldiers that commit suicide were never in combat. *FDPF – They should be talking about the Army.*

➢ Chief Master Sergeant of the Air Force Kaleth Wright said in a video earlier this month the number of suicides so far in 2019 (78) is 28 higher for the same time period in 2018. **"We lose more airmen to suicide than any other single enemy, even more than combat,"** he said. *FDPF – The enemy is us. We are murdering our own by not telling them the truth.*



RECEIVED
Mail Room

AUG 3 0 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

30

> Wright isn't able **to pinpoint** the exact reasoning for the uptick in suicide rates this year, although he says some common examples include relationship problems and discipline issues. *FDPF – They know the truth. What he stated is bullshit.*

> *FDPF – Since May three airmen have committed suicide. What about January through April?*

> The sharply rising number of suicides across the Air Force prompted Air Force Chief of Staff Gen. Dave Goldfein in early August to order every wing to take a one-day stand down to address the issue of suicide. *FDPF – Sharply rising numbers and every wing in the Air Force is standing down. Every year they state the Air Force has "sharply rising numbers" for suicides.*

> The suicide rate in the general US population has been rising in recent decades, according to the US Centers for Disease Control and Prevention's National Center for Health Statistics. The rate in 2017 was 33% higher than 1999 and was the highest level since World War II. *FDPF – There is and has been a very proactive program to classify deaths as something other than suicide. If you properly classify suicides you will find the suicide rates increase 300% - 400% every 10 years. If you include those that die from murder suicide, and you should, the rate is far worse. This is having a catastrophic impact on the procreation rate for Mankind and thus his/her survival. It is why birth rates in every country in the world will be negative in 20 years.*

> Resilience Tactical Pause (RTP). *FDPF – We now have a term for whitewashing the suicide epidemic. A big term that means nothing until we tell the truth. Our protectors deserve the truth.*

> O'Malley shares the sentiment of Wright and says while there isn't one solution, they are doing what they can to help out their fellow brothers in need. "While there isn't one big solution, there are a thousand little ones, including giving more time back to airmen, said O'Malley. "Whether through a few more designated days off or by adjusting our ops tempo, we are going to take this time to recharge, engage and #BeThere for each other." *FDPF: None of this will help. We have to tell the truth.*

South Carolina Air Force base to add days off after recent **suicides** Updated 9:54 PM ET, Sat August 24, 2019 https://www.cnn.com/2019/08/24/us/south-carolina-air-force-base-suicides-days-off/index.html (CNN) On Friday, most of the service members of the Air Force's 20th Fighter Wing at Shaw Air Force base in South Carolina will get a needed extra day off.

The day off comes after three airmen have died by suicide **since May**, according to media reports. The State newspaper in Columbia reported that coroners confirmed the manner of death in each case. In addition to the airmen who took their lives, two others have died from health complications, the newspaper reported.

**The sharply rising number of suicides across the Air Force prompted Air Force Chief of Staff Gen. Dave Goldfein in early August to order every wing to take a one-day stand down to address the issue of suicide.**

For Shaw, 35 miles east of Columbia, August 30 won't be the only day off.

"As we continue this dialogue about suicide prevention across our Air Force I was thinking about the words we shared last week about how there's no one thing that we can do that will solve this, but there's thousands of things that we can do that will help," Col. Derek J. O'Malley, Commander for the 20th Fighter Wing, said Wednesday on a video posted to Facebook.

The base was scheduling three days at separate times as part of its resiliency tactical pause instead of one, he said.

Shaw added Friday to the Labor Day weekend schedule, giving many airmen a four-day weekend. Another day off is scheduled for September 20.

On September 13, Shaw Air Force Base is bringing in a speaker for its mandated resiliency day and will have small group discussions.

"I know that these are small gestures, given all that's going on in the 20th Fighter Wing, the weight of things that have happened, and all the sacrifices that you and your family make," O'Malley said.

> **Chief Master Sergeant of the Air Force Kaleth Wright said in a video earlier this month the number of suicides so far in 2019 (78) is 28 higher for the same time period in 2018. "We lose more airmen to suicide than any other single enemy, even more than combat," he said.**

A chart in the Department of Defense Suicide Event Report for 2017 shows that from 2015 to 2017 the Air Force had about 60 active duty suicides per year, about 10 among reservists and 12 to 21 suicides among the Air Guard.

The first report, with data from 2008, said there were 45 suspected suicides total.

The suicide rate in the general US population has been rising in recent decades, according to the US Centers for Disease Control and Prevention's National Center for Health Statistics. The rate in 2017 was 33% higher than 1999 and was the highest level since World War II.

To get help, call the National Suicide Prevention Lifeline at 1-800-273-TALK (8255). There is also a crisis text line. For crisis support in Spanish, call 1-888-628-9454.

Shaw Air Force Base will pause operations after rise in suicides By David Aaro | Fox News
https://www.foxnews.com/us/shaw-air-force-base-suicide-rate
Shaw Air Force Base in South Carolina is planning a tactical stand-down over three days in August and September to help those at the base "recharge" following the suicides of three airmen in the past year and the **alarming uptick in Air Force suicides throughout the U.S.**

Second Lt. Christopher Rhoton, 35, Justin Strickland, 26, and Jose Llanes, 28, all committed suicide at the base this year, according to Sumter County Coroner Robert Baker, while 79 suicides have occurred in the Air Force from January to July 2019.

Air Force Col. Derek O'Malley of Shaw Air Force Base posted a video on Facebook Wednesday detailing their plans to allow Air Force personnel time to recharge their batteries during a **Resilience Tactical Pause (RTP) at the base.**

"I've directed our commanders to take a hard look at our schedules," O'Malley said. "No doubt there are times where our country needs us to really push it forward, demands a lot of us and our mission, but there are times also where we can really pull it back. And we need to proactively identify those times so that we can rest up and be ready for when our nation really needs us."

The RTP schedule includes days off on Aug. 30 and Sept. 20, as well as a guest speaker on Sept. 13, before they break into small groups later in the day to help promote dialogue about mental health.

> **"We lose more airmen to suicide than any other single enemy, even more than combat," Kaleth Wright, chief master sergeant of the Air Force told the Post and Courier. "If we don't do something, we could lose up to 150, 160 airmen in 2019."**

> **Wright isn't able to pinpoint the exact reasoning for the uptick in suicide rates this year, although he says some common examples include relationship problems and discipline issues.**

O'Malley shares the sentiment of Wright and says while there isn't one solution, they are doing what they can to help out their fellow brothers in need.

"While there isn't one big solution, there are a thousand little ones, including giving more time back to airmen, said O'Malley. "Whether through a few more designated days off or by adjusting our ops tempo, we are going to take this time to recharge, engage and #BeThere for each other."

- Thirty Second Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.
- Notice 64 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit.
- Notice 64 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit.
- Motion to Intervene and Join: McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia.
- Motion to Intervene and Join: Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on August 25ᵗʰ, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

26 AUG 2019 PM 1 L

USA
FOREVER

Clerk Angela Caesar
U. S. District Court for DC
333 Constitution Avenue N.W.
Washington D.C. 20001

20001-289999

LEAVE TO FILE DENIED

*Raul D. Law*
USDJ
10/8/19

Movant David Andrew Christenson

Civil Action No. 19-cv-2399-RDM

Andrew McCabe
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Randolph Daniel Moss

Amicus Brief - Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

## STOP COMMITTING SUICIDE.

Axios published the following article: "Scoop: Trump suggested nuking hurricanes to stop them from hitting U.S."

The premise of the article is correct. The United States has developed and used weapons to alter weather patterns. Initially the development was for military purposes but that has changed. The weapons have a political, economic, social, etc. purpose. (Trump wants to get reelected at all costs and that includes the Genocide of Mankind.)

RECEIVED
Mail Room

AUG 30 2019

39

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Federal Desensitizing Propaganda Facts (FDPF) about the article:

1. Homeland Security would not handle the weapon which is called: "Thor". The weapon exits and has been tested and used. Trump intentionally leaked highly classified information.
2. The reason you could hear a gnat fart was because the information was highly classified. It was an "Oh Fuck" moment, he just didn't say that did he?
3. The statement: "**went nowhere and never entered a formal policy process."** It already existed. It was a CONOP plan.
4. They actually tell you that plan came from Eisenhower.
5. The article is misleading in that they talk about nukes **but not about other types of weapons**.
6. **The United States has the weapons to alter the weather.** (Common sense. Is there cloud seeding? Yes.) (A small nuke denoted inside a hurricane would be undetectable.)

Attachment 1: Fourteenth Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill. (Remember that the BP Attorney was Jeffrey Bossert Clark, a partner at the law firm Kirkland & Ellis. He was confirmed as United States Assistant Attorney General for the Environment and Natural Resources Division on October 11, 2018. He is the guy that protects our environment. Attorney General Jeffrey Bossert Clark's Views on Regulating Greenhouse Gasses as taken from Wikipedia: https://en.wikipedia.org/wiki/Jeffrey_Bossert_Clark Clark has opposed regulation of greenhouse gasses.[7] Clark characterized US efforts to regulate greenhouse gasses as "reminiscent of kind of a Leninistic program from the 1920s to seize control of the commanding heights of the economy." [8][9] Regarding the 2010 EPA finding on greenhouse gas emissions. Clark wrote in a blog: When did America risk coming to be ruled by foreign scientists and apparatchiks at the United Nations? The answer, it would seem, is ever since Lisa Jackson, the administrator of the Environmental Protection Agency (EPA) under President Obama, chose to issue a rule determining that carbon dioxide and other greenhouse gases endanger the public health and welfare. - Jeffrey Bossert Clark [10]

Some of my pleadings that were filed with the 5th Circuit in my BP Oil Spill Appeal
*"I am trying to help."*

Attachment 2: Sixth Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 3: Seventh Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 4: Eight Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 5: Tenth Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 6: Thirteenth Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 7: Fifteenth Open Letter to Chief Justice Carl Stewart Case No. 16-30918 BP Oil Spill.
Attachment 8: Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars - Motion to Create a 20 Trillion Dollar Medical Settlement - Motion for Punitive (Treble) Damages (120 Trillion Dollars) - Motion to add the United States of America and the United Kingdom (Britain) as Defendants - The American People deserve to know the truth so please do not Seal this pleading. August 18th, 2016

Jonathan Swan, Margaret Talev 13 hours ago
Scoop: Trump suggested nuking hurricanes to stop them from hitting U.S.
https://www.axios.com/trump-nuclear-bombs-hurricanes-97231f38-2394-4120-a3fa-8c9cf0e3f51c.html
President Trump has suggested multiple times to senior Homeland Security and national security officials that they explore using nuclear bombs to stop hurricanes from hitting the United States,

according to sources who have heard the president's private remarks and been briefed on a National Security Council memorandum that recorded those comments.

Behind the scenes: During one hurricane briefing at the White House, Trump said, "I got it. I got it. Why don't we nuke them?" according to one source who was there. "They start forming off the coast of Africa, as they're moving across the Atlantic, we drop a bomb inside the eye of the hurricane and it disrupts it. Why can't we do that?" the source added, paraphrasing the president's remarks.

Asked how the briefer reacted, the source recalled he said something to the effect of, "Sir, we'll look into that."

Trump replied by asking incredulously how many hurricanes the U.S. could handle and reiterating his suggestion that the government intervene before they make landfall.

The briefer "was knocked back on his heels," the source in the room added. "You could hear a gnat fart in that meeting. People were astonished. After the meeting ended, we thought, 'What the f---? What do we do with this?'"

Trump also raised the idea in another conversation with a senior administration official. A 2017 NSC memo describes that second conversation, in which Trump asked whether the administration should bomb hurricanes to stop them from hitting the homeland. A source briefed on the NSC memo said it does not contain the word "nuclear"; it just says the president talked about bombing hurricanes.

The source added that this NSC memo captured "multiple topics, not just hurricanes. ... It wasn't that somebody was so terrified of the bombing idea that they wrote it down. They just captured the president's comments."

The sources said that Trump's "bomb the hurricanes" idea — which he floated early in the first year and a bit of his presidency before John Bolton took over as national security adviser — went nowhere and never entered a formal policy process.

White House response: A senior administration official said, "We don't comment on private discussions that the president may or may not have had with his national security team."

A different senior administration official, who has been briefed on the president's hurricane bombing suggestion, defended Trump's idea and said it was no cause for alarm. "His goal — to keep a catastrophic hurricane from hitting the mainland — is not bad," the official said. "His objective is not bad."

"What people near the president do is they say 'I love a president who asks questions like that, who's willing to ask tough questions.' ... It takes strong people to respond to him in the right way when stuff like this comes up. For me, alarm bells weren't going off when I heard about it, but I did think somebody is going to use this to feed into 'the president is crazy' narrative."

Trump called this story "ridiculous" in a Monday tweet from the G7 summit. He added, "I never said this. Just more FAKE NEWS!"

The big picture: Trump didn't invent this idea. The notion that detonating a nuclear bomb over the eye of a hurricane could be used to counteract convection currents dates to the Eisenhower era, when it was floated by a government scientist.

The idea keeps resurfacing in the public even though scientists agree it won't work. The myth has been so persistent that the National Oceanic and Atmospheric Administration, the U.S. government agency that predicts changes in weather and the oceans, published an online fact sheet for the public under the heading "Tropical Cyclone Myths Page."

The page states: "Apart from the fact that this might not even alter the storm, this approach neglects the problem that the released radioactive fallout would fairly quickly move with the tradewinds to affect land areas and cause devastating environmental problems. Needless to say, this is not a good idea."

About 3 weeks after Trump's 2016 election, National Geographic published an article titled, "Nuking Hurricanes: The Surprising History of a Really Bad Idea." It found, among other problems, that:

Dropping a nuclear bomb into a hurricane would be banned under the terms of the Peaceful Nuclear Explosions Treaty between the U.S. and the former Soviet Union. So that could stave off any experiments, as long as the U.S. observes the terms of the treaty.
Atlantic hurricane season runs until Nov. 30.

- Thirty Second Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.
- Notice 64 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit.
- Notice 64 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit.
- Motion to Intervene and Join: McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia.
- Motion to Intervene and Join: Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on August 26th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1

## Fourteenth Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

# Attachment 1

September 19th, 2017

5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

## THE SCARLETT EFFECT

Judge Stewart,

I met my wife on February 27th, 1990 and have been calling her Scarlett ever since. She has been persecuted more than anyone I know and yet she is the closet person to God that I know. Maybe it is her prayers that will save Mankind.

I am not a prophet and this is not a prophecy or prediction but rudimentary mathematical equations. When Hurricanes Jose and Maria merge they will create heat and winds. This will force a constriction of the Hurricanes and then an elongation into the upper atmosphere which is the path of least resistance. You see water is the only non-compressible liquid on earth so the Hurricanes cannot go down. When the salt compresses it will force the hot water to evaporate upwards, as heat does. At about 60,000 feet the atmosphere will suck the storms up and dissipate them via the jet stream and the earth's rotation over the entire world where it will grab the greenhouse gases and then fall back to earth as fertilizer that creates a Garden of Eden of sorts. (This is far more complicated than I can put into one paragraph)

Will Mankind see this as God's work via a miracle or will they just write it off. Not even the world famous theoretical physicist Stephen Hawkin will be able to get his mind around this.

God gave us free will. Will we be able to save Mankind from himself? Will God give us one last miracle?

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

# Attachment 2

## Sixth Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

                                        Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

                        Defendants - Appellees

v.

                        DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Administrator/Chief Judge Carl Stewart                    September 6th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

I can be wrong but look at how close we will be to Armageddon. Censorship denies all Americans their Constitutional Rights. Look at how close we will come to the clowns in Washington using a nuclear weapon without an open and honest dialogue. The clowns in Washington, with the implicit consent of the Federal Judiciary, allowed the Katrina Virus to escape and allowed the US Military to murder Americans in New Orleans during Hurricane Katrina. The Federal Judiciary has covered up the impending Genocide and continues to be an active participant. The Federal Judiciary has covered up their own suicide.

If Hurricanes Irma and Jose, together or separately, threaten (as Cat 5) the Washington or New York areas our government will be stupid enough to use nuclear type weapons and the Federal Judiciary will approve and cover it up. Attachment 1 is an email to you and your fellow justices. The US has a plan to use nuclear type weapons to alter a weather phenomenon (Hurricane). Today is Wednesday September 6th, 2017. Look at the 5-day track for Hurricanes Irma and Jose. Look how close they get. Irma slows down over land and Jose speeds up in the open ocean. Next Tuesday, September 12th, 2017, the storms will be close enough to start an interaction process. The storms will be drawn to each other.

The Fujiwhara Effect: The Fujiwhara effect, sometimes referred to as Fujiwara interaction or binary interaction, is when two nearby cyclonic vortices orbit each other and close the distance between the circulations of their corresponding low-pressure areas. The effect is named after Sakuhei Fujiwhara, the Japanese meteorologist who initially described the effect. Binary interaction of smaller circulations can cause the development of a larger cyclone, or cause two cyclones to merge into one. **Extratropical cyclones typically engage in binary interaction when within 2,000 kilometres (1,200 mi)** of one another, while tropical cyclones typically interact within 1,400 kilometres (870 mi) of each other.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 2

## I found out this morning that I am right. I received Top Secret info from my classmate at the USAFA.

Sent: 🔒 September 5, 2017 9:25 PM

From: Cedric Wooley cedricwooley@protonmail.com

To: carl_stewart@ca5.uscourts.gov carl_stewart@ca5.uscourts.gov,
cindy_broadhead@ca5.uscourts.gov cindy_broadhead@ca5.uscourts.gov,
lyle_cayce@ca5.uscourts.gov lyle_cayce@ca5.uscourts.gov, thomas_plunkett@ca5.uscourts.gov
thomas_plunkett@ca5.uscourts.gov, dawn_victoriano@ca5.uscourts.gov
dawn_victoriano@ca5.uscourts.gov, edith_clement@ca5.uscourts.gov
edith_clement@ca5.uscourts.gov, edith_jones@ca5.uscourts.gov edith_jones@ca5.uscourts.gov,
edward_prado@ca5.uscourts.gov edward_prado@ca5.uscourts.gov, peterbarcowski@protonmail.com
peterbarcowski@protonmail.com

Top Secret CONOP Plan or Plan "Thor" is being put into effect. This is a plan to use nuclear type weapons to alter a hurricane heading for the Washington or New York area. It is the dumbest plan there could be. The big Thor hammer will save America short term but mother nature always wins.

This plan will become public if Jose tracks to Washington.

David Andrew Christenson

Sent with ⸴⸴⸴⸴⸴⸴ Secure Email.

# Attachment 3

### Seventh Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Administrator/Chief Judge Carl Stewart                September 12th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

Yesterday was the first time an inland tropical storm warning was issued. The tropical storm warning was for Atlanta where Williams Sonoma has multiple stores.

Go to Weather Underground and look at Hurricane Jose. Review the 5-day track, computer models and ensemble models. The Hurricane is making a 360 turn. There is no natural phenomenon that would account for this.

The Fujiwhara Effect would have drawn Hurricanes Irma and Jose together. As you go north in latitude the "attraction distance" between Hurricanes increases. By Nature's laws Irma and Jose should have come together.

The problem they have is that they don't know the outcome of their actions. They put off the problem in hopes that there would be a smaller problem. They gambled with our lives. This is what they did during Hurricane Katrina and the BP Oil Spill.

Hurricane Jose is a true unknown and this time they may not be able to stop it. They are messing with Mother Nature.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 4

## Eight Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

# Attachment 4

Chief Administrator/Chief Judge Carl Stewart                September 13th, 2017

5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

Operation Thor was successfully implemented by our government to alter the course of Hurricane Jose on or about September 9th, 2017. Reference my letter to you and my filing with the 5th Circuit dated September 6th, 2017. Thor used military weaponry to alter the hurricane's path by increasing the high-pressure system over and to the west of it. Thor was implemented to counter the Fujiwhara effect, which is the attraction of two (Irma and Jose) hurricanes into one colossal hurricane. New York and Washington would have been in the direct path of this colossal hurricane and this was unacceptable to the Federal Government. **THE CONSEQUENCES OF OUR GOVERNMENT PLAYING GOD WILL BE THE DESTRUCTION OF OUR PLANET, WHICH HAPPENS TO BE OUR HABITAT, AND THUS MANKIND.**

Not one of the more than 50 hurricane models predicted the three hundred and sixty degrees turn that Jose is making. This has never happened before in open waters. Hurricane Ivan made a huge turn but it involved land. This turn is taking place in the open Atlantic. The mid-level high, which measured off the scale, came out of nowhere. Hurricane Jose is making a tight turn inside of itself with 75-95 mile an hour winds and it is doing so against those winds. Jose is turning clockwise while Jose is rotating counterclockwise. This is impossible. The turn is smaller than the width of the Hurricane. Here is the unknown. Thor was supposed to dissipate Jose but that has not happened as of today. The problem is energy. Where will or did the energy go? There is a 50% probability that Jose will turn into a mega storm with winds of 250 miles an hour. The energy must go somewhere.

Altering the course of Jose has created a void. The use of weapons created an instant void which effects the entire planet's weather systems. This is catastrophic. In simple terms, our government has created a yin and yang scenario. What will the yang be? Hurricanes, like earthquakes and volcanic eruptions, take years to develop. It could take a million years for a volcano to erupt. Hurricane Jose was not the result of what happened this year or this century. This one event of playing God could be worse than all the pollution that man has pumped into the atmosphere.

There must be an open dialogue. You have censored me and many like me.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

**Attachment 5**

## Tenth Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Attachment 5

Chief Administrator/Chief Judge Carl Stewart
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

September 14th, 2017

Judge Stewart,

This is as of 8:00 AM on September 14th, 2017. Maybe I am wrong but what if I am not? My story should be heard and you have censored me and thus the American People.

This is just a snapshot of one point in time. They have no idea where Hurricane Jose is going and they have no idea how strong it will get. See attachment. Disturbances 1 and 2 did not exist yesterday. This morning at 5:00 AM they both had a 10% chance of becoming Hurricanes in the next 5 days. The chances increased to 60% and 40% in a matter of hours.

Is this the result of the Federal Government using a weapon on Hurricane Jose to alter its course or to dissipate it? I know that it is.

A void was created that altered the weather patterns of our world and the result could truly be catastrophic. What if "The Fujiwhara Effect" connects the two Disturbances? We could have a Hurricane with 250 MPH winds.

What bothers me is that our government is operating in an unchecked manner with no judicial oversight. The government is gambling with our lives and that includes you.

**This is suicide.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

# Attachment 6

## Thirteenth Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Administrator/Chief Judge Carl Stewart                    September 19th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

There is a prophecy/prediction that September 23rd, 2017 is the end of times. I don't believe in such things but I do believe in math. Hurricanes Jose and Maria will connect on Saturday September 23rd, 2017 if there is not a drastic change in the weather patterns. Will our government do something stupid again to alter Hurricane Jose? This connection is called the Fujiwhara effect. This Fujiwhara Effect could create a Hurricane with 250 MPH winds. There has never been a hurricane that has done a 360 degree turn over open water let alone two turns. You are witnessing an historic event that truly could change the course for Mankind. This could be a trillion-dollar storm that could have been prevented if our government had let nature take its own course. You have repeatedly allowed our government to operate secretly with no oversight. Censorship has removed free thinking, free speech and oversight from the national dialogue. The Federal Judiciary is responsible for this censorship with Genocide being the conclusion.

I think that it is amazing that Jose is hovering off New York. Did you know that yesterday Hurricane Jose came to a stop and then moved straight west for 100 miles before heading North again? How does a Hurricane stop? Why is no one talking about this? The maps clearly show the stop and the movement.

We both pray that I am wrong but for different reasons. You pray that the truth does not come out and I pray that people are not harmed and that mankind survives.

The Fujiwhara Effect (On Saturday September 23rd, 2017 the Hurricanes will be within 1200 miles of each other.) The Fujiwhara effect, sometimes referred to as Fujiwara interaction or binary interaction, is when two nearby cyclonic vortices orbit each other and close the distance between the circulations of their corresponding low-pressure areas. The effect is named after Sakuhei Fujiwhara, the Japanese meteorologist who initially described the effect. Binary interaction of smaller circulations can cause the development of a larger cyclone, or cause two cyclones to merge into one. Extratropical cyclones typically engage in binary interaction when within 2,000 kilometres (1,200 mi) of one another, while tropical cyclones typically interact within 1,400 kilometres (870 mi) of each other.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

# Attachment 7

## Fifteenth Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Administrator/Chief Judge Carl Stewart September 20th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

The Scarlett Effect will reduce the temperature of the world's oceans by at least three degrees Fahrenheit. God or Mother Nature will balance our world.

Simplistically: The water is sucked into the atmosphere where the temperature approaches -450 Fahrenheit. As the water returns to earth it cools the oceans and our planet returns to an equilibrium state.

The temperature reduction is greater than what is optimal but it will be OK. We have residual greenhouse gases that will increase the temperature of the oceans. This is God or Mother Nature's way of giving us time to fix the problems.

God gave us free will and will not be stepping in to save us but maybe it is Mother Nature that is giving us a second chance.


Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

# Attachment 8

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please **do not Seal this pleading**.
August 18th, 2016

You must have full and honest disclosure in order for there to be an equitable settlement. This settlement does not have full and honest disclosure. The plaintiffs have suffered and will continue to suffer. The environment has suffered and will continue to suffer (The Gulf of Mexico is dying). The potential damage cannot be calculated but worst case it could be the genocide of mankind. The starting point has to be what caused the explosion. The deceptive use of what failed should not be tolerated. What caused the explosion happened away from the oil rig and traveled to the rig and up the riser at supersonic speed. The settlement agreement is based on fraud with the three most important (criminal) frauds being what was leaked into the environment, why the need for Corexit and what caused the explosion. The United States of America and the United Kingdom are partners with BP in this criminal conspiracy to defraud and ultimately to commit genocide.

The connection between the spill and Hurricane Katrina must be disclosed as well. The triggering event for the explosion was inadvertently and negligently put in place during Hurricane Katrina. I have coined the term: Katrina Virus, which is a compilation term for all the viruses, bacteria, fungi, etc. that leaked into the environment. We had Hurricane Katrina which spread the Katrina Virus into the atmosphere and the BP Oil Spill which spread the Katrina Virus into the oceans. You could not have picked a better way to murder mankind. Invent a chemical warfare agent and disperse it throughout the world via the oceans and the atmosphere. Terrorists could not have done a better job. The United States of America is the greatest terrorist organization in the world.

(What I don't understand is why the attorneys have accepted a dollar amount for their lives and the lives of their families. Why has the court accepted such a horrific settlement whose consequences are mortality?)

This is much bigger than just the settlement. Everyone has a God Given and a Constitutional Right to know the truth. This truth is far more important than any cash payout. The most important and number one item in the settlement agreement must be the truth about what happened.

The attorneys for the plaintiffs have committed malpractice. The contingency fees that the attorneys are receiving has blinded them. Thousands of claimants are suffering and receiving less than fare settlements because of what was negotiated. Thousands of claimants have given up. This process has to be corrected and simplified. The process must be equitable and timely. Our losses continue to increase every day.

The attorneys as officers of the court failed in their responsibilities to the court, thus irreparably harming the integrity of the court.

My wife and I have cause and standing as individuals, business owners and inhabitants of earth. We are members of this class action complaint. Whoever agreed to the settlement on our behalf as well as others like us has committed malpractice.

There are tens of thousands of us who have not received settlements and who probably won't even though we have been negatively impacted by the spill. In simplest terms all of mankind should receive a settlement. The Gulf Stream has carried the contaminants around the world thus impacting all of mankind.

We are running out of time. You and I will probably not be saved but what about your children and grandchildren?

Without the truth we will fail and thus mankind will cease to exist.


Godspeed.
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

AUG 30 2019
SCREENED BY
U.S. MARSHALS

UNITED STATES
POSTAL SERVICE®

1000

20001

U.S. POSTAGE PAID
FCM LG ENV
MIRAMAR BEACH, FL
32550
AUG 26, 19
AMOUNT

$1.45
R2304M111370-13

Clerk Angela Caesar
U. S. District Court for DC
333 Constitution Avenue N.W.
Washington D.C. 20001

19 - CV - 2399

64