# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:19-CV-2399-RDM |

## NOTICE OF APPEARANCE

Please take notice that undersigned attorney, Kyla M. Snow of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated:   October 17, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

JUSTIN M. SANDBERG
Senior Trial Counsel

*/s/ Kyla M. Snow*
KYLA M. SNOW
Trial Attorney (Ohio Bar No. 96662)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:   (202) 514-3259
Fax:   (202) 616-8460

E-mail:   kyla.snow@usdoj.gov

*Counsel for Defendants*