# EXHIBIT 4

**U.S. Department of Justice**

*Washington, D.C. 20530*

March 8, 2018

<u>By e-mail</u>: ▮▮▮dd@fbi.gov
Mr. Andrew G. McCabe

Subject: Proposed Removal from the FBI

Dear Mr. McCabe:

On March 7, 2018, Ms. Candice Will, Assistant Director, Office of Professional Responsibility, Federal Bureau of Investigation (FBI) sent you a letter notifying you of your proposed removal from the FBI, including the basis for that proposal. This letter notifies you that your removal would be effective no earlier than March 16, 2018. A final decision on the proposal will be made in accordance with DOJ Order 1202 (November 26, 2013) (copy attached).

You have the right to review the material relied upon to support the proposal. You have the right to reply to this notice orally, in writing, or both, and to submit any affidavits or other documentary evidence you wish in support of your reply. You also have the right to have your attorneys assist you in preparing and presenting your reply. You and your attorneys will be provided access to the supporting materials, and I have been copied on e-mails confirming that your attorneys will begin their review at 11:00 a.m. on March 9, 2018. You and they should continue to work with Ms. Will to arrange additional access.

Your written reply must be received by me no later than close of business on March 15, 2018. Please submit your reply to me via e-mail at Scott.Schools@usdoj.gov, or by delivery to Room 4111, RFK Main Building, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

If you wish to make an oral reply, you may contact me at (202) 305-7848 to arrange a time. After review of the record, including your reply (if any), I will notify you in writing of the final decision. During the notice period, you will remain in your current paid leave status.

If you have any questions concerning the procedures governing this action, you may contact me by phone or e-mail.

Sincerely yours,

Scott N. Schools
Associate Deputy Attorney General

Attachment

`Case 1:19-cv-02399-RDM   Document 23-5   Filed 11/01/19   Page 3 of 18`

**By e-mail Michael.Browmwich@thebrowmichgroup.com**
Michael R. Bromwich, Esq.
Senior Counsel
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, NW, Suite 411L
Washington, D.C. 20006

**By e-mail Eric.Bruce@kobrekim.com**
Eric B. Bruce, Esq.
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036



**U.S. Department of Justice**    **1202**

**Approved On:** November 26, 2013

# DOJ ORDER

## EXECUTIVE RESOURCES MANAGEMENT

| | |
|---|---|
| **PURPOSE:** | This Order establishes Department of Justice (DOJ) policies that govern executive resources management. Executive Resources include Senior Executive Service (SES), Senior Level (SL), and Scientific and Professional (ST) positions and appointments. SL and ST positions are collectively referred to as "Senior Professional" (SP) positions. |
| **SCOPE:** | The provisions of this Order apply to all SES and SP positions in the Department, except that only the following portions of the Order apply to positions in the Federal Bureau of Investigation (FBI) and Drug Enforcement Administration (DEA): Section I.A - Delegation; and Section I.D - Position Titles. |
| **ORIGINATOR:** | Justice Management Division (JMD), Human Resources (HR) Staff. |
| **CATEGORY:** | (I) Administrative, (II) Human Resources. |
| **AUTHORITY:** | 5 U.S.C. §§ 3104, 3131-3134, 3151-3152, 3301, 3324-3325, 3391-3396, 4301-4303, 4311-4314, 5108, 5376, 5381-5385; 5 U.S.C. Chapter 75. |
| **CANCELLATION:** | DOJ Order 1920.1; DOJ Order 1200.1, Part 8; Deputy Attorney General (DAG) Memoranda, Delegation of Authority for Executive Resources, December 29, 1999; DAG Memorandum, Updated Delegation of Authority for Senior Executive Service Positions, May 27, 2008. |
| **DISTRIBUTION:** | This Order is distributed electronically to those components referenced in the "SCOPE" section as well as posted to the DOJ Directives electronic repository (SharePoint). |
| **APPROVED BY:** | Eric H. Holder, Jr.<br>Attorney General |

U.S. Department of Justice
Order 1202

# ACTION LOG

All DOJ directives are reviewed, at minimum, every five years and revisions are made as necessary. The action log records dates of approval, recertification, and cancellation, as well as major and minor revisions to this directive. A brief summary of all revisions will be noted. In the event this directive is cancelled or superseded, or supersedes another directive, that will also be noted in the action log.

| Action | Authorized by | Date | Summary |
|---|---|---|---|
| Initial Approval | The Attorney General (AG) | November 26, 2013 | Establishes DOJ policies that govern executive resources management. |
| Minor Change | The Assistant Attorney General for Administration | June 19, 2014 | On the last page of the Appendix, the reference to "Assistant Chief Immigration Judge" under "Key SL Positions" was deleted. These judges are on the Immigration Judge pay scale and are not SL positions. |

# TABLE OF CONTENTS

Glossary of Terms ................................................................................................................ 4

I.  Policy ............................................................................................................................ 7
    A.    Delegation. ............................................................................................................ 7
    B.    Allocations. ........................................................................................................... 7
    C.    Position Designation ............................................................................................ 8
    D.    Position Titles. ...................................................................................................... 8

II.  Roles and Responsibilities ........................................................................................... 8
    A.    Deputy Attorney General (DAG). ........................................................................ 8
    B.    Component Heads. ............................................................................................... 8
    C.    Senior Executive Resources Board (SERB). ....................................................... 8
    D.    Executive Resources Boards (ERB). ................................................................... 9
    E.    Performance Review Boards (PRB). ................................................................. 10

Appendix  - U.S. Department of Justice Executive Resources Delegations of Authority ............ 12

U.S. Department of Justice<br>Order 1202

# GLOSSARY OF TERMS

**DEFINITIONS**

| Term | Definition |
|---|---|
| **Annual Summary Rating** | The overall rating level that an appointing authority assigns at the end of the appraisal period after considering a PRB's recommendations. This is the official rating. |
| **Appointing Authority** | The AG or other Department official with authority to make an SES or SP appointment. For purposes of performance management, the appointing authority is the AG or other Department official with authority to issue an annual summary rating. |
| **Career Reserved SES Position** | A position that meets the criteria in 5 C.F.R. § 214.402. |
| **Career SES Appointment** | An appointment to an SES position based on OPM's approval of the appointee's executive qualifications. |
| **Component** | An Office, Board, Division, or Bureau of the Department of Justice as defined in 28 C.F.R. § 0.1. |
| **General SES Position** | A position that does not meet the criteria in 5 C.F.R. § 214.402. |
| **Higher Level Reviewing Official** | An official designated to provide a higher level review of an SES or SP appointee's initial appraisal, typically the second-level supervisor. |
| **Initial Summary Rating** | The overall rating level the supervisor derives from appraising the SES or SP appointee's performance during the appraisal period and forwards to the PRB. |
| **Key SES, SL and ST Positions** | High-ranking executive positions over which the AG and Deputy Attorney General (DAG) retain certain personnel authorities. These positions are listed in the Appendix of this Order. |
| **Limited Emergency SES Appointment** | A non-renewable appointment, not to exceed 18 months, to a SES position established to meet a bona fide, unanticipated, urgent need. |
| **Limited Term SES Appointment** | A non-renewable appointment not to exceed three years to a SES position where the duties will expire at the end of such term. |
| **Non-Career SES Appointment** | An SES appointment that is not a career, limited term, or limited emergency appointment. |
| **Performance** | The accomplishment of the work described in the SES or SP appointee's performance plan. |

| **Performance Appraisal** | The review and evaluation of an SES or SP appointee's performance against performance elements and requirements documented on a Department-approved SES or SP Performance Work Plan (PWP). |
|---|---|
| **Performance Management System** | The framework of policies and practices established under 5 U.S.C. § 4312 and 5 C.F.R. Part 430, Subpart C, for SES, or 5 U.S.C. § 4302 and 5 C.F.R. Part 430, Subpart B, for SPs, for planning, monitoring, developing, evaluating, and rewarding both individual and organizational performance and for using resulting performance information in making personnel decisions. |
| **Performance Review Board** | An agency board that is responsible for making recommendations to the appointing authority on SES and SL performance ratings and bonuses. Agencies may have more than one PRB. |

U.S. Department of Justice
Order 1202

**ACRONYMS**

| Acronym | Meaning |
|---|---|
| **AAG/A** | Assistant Attorney General for Administration |
| **AG** | Attorney General |
| **CHCO** | Chief Human Capital Officer |
| **DAG** | Deputy Attorney General |
| **DEA** | Drug Enforcement Administration |
| **DOJ** | Department of Justice |
| **ERB** | Executive Resources Board |
| **FBI** | Federal Bureau of Investigation |
| **JMD/HR** | Justice Management Division Human Resources |
| **OMB** | Office of Management and Budget |
| **OPM** | Office of Personnel Management |
| **PL** | Public Law |
| **PRB** | Performance Review Board |
| **SERB** | Senior Executive Resources Board |
| **SES** | Senior Executive Service |
| **SL** | Senior Level (positions) |
| **SP** | Senior Professional (positions) |
| **ST** | Scientific and Professional (positions) |

## I. Policy

This Order establishes the Department of Justice (DOJ or Department) policies that govern executive resources management. These policies ensure that human resources decisions relating to executive resources are consistent with principles of fairness and comply with all applicable laws. DOJ will not discriminate based on race, color, national origin, religion, sex, gender identity, age, political affiliation, disability, marital status, sexual orientation, status as a parent, membership or non-membership in an employee organization, genetic information, or other non-merit factor. The Department is an Equal Opportunity/Reasonable Accommodation Employer.

This Order is based on the executive personnel provisions of the Civil Service Reform Act (Pub. L. No. 95-454) as codified in Titles 5 and 28 of the U.S. Code, and regulations and guidance issued by the Office of Personnel Management (OPM). Additional administrative policy guidance affecting the DOJ's executive resources shall be issued as necessary by the Assistant Attorney General for Administration (AAG/A).

- **A. Delegation.** The Attorney General (AG) delegates to the heads of Department Components the authorities identified in the Appendix. The Appendix also identifies the authorities retained by the Deputy Attorney General (DAG) or, in some cases, the AG. The Appendix identifies certain SES, SL, and ST positions as key positions over which the AG retains certain, enumerated authorities. The DAG may modify the delegations made in this Order pursuant to the DAG's authority under 28 C.F.R. § 0.15(b)(1)(i).

- **B. Allocations.** The DAG, with the support of the Senior Executive Resources Board (SERB), oversees the biennial allocation of executive resources (SES and SP) to Components.

    1. During each biennial cycle, Components shall provide to Justice Management Division, Human Resources (JMD/HR) a comprehensive assessment of their executive resources needs. This assessment shall identify the Components' established SES and SP positions and any requests for new SES and SP positions, and it shall prioritize all established and requested positions in terms of their relative contribution to the Department's mission.

    2. JMD/HR, under the guidance of the Chief Human Capital Officer (CHCO), shall compile the Components' assessments and present them to the AAG/A. The AAG/A shall review and make recommendations to the DAG regarding the Components' requests for SES and SP positions.

    3. Following transmittal of the AAG/A's recommendations, the SERB shall review and make recommendations to the DAG regarding all requests for new allocations. The

DAG shall approve DOJ's final request for SES and SP positions and submit that request to the OPM and the Office of Management and Budget (OMB).

4. Upon receipt of OPM/OMB's decision, the DAG or the SERB will allocate to the respective Components the positions authorized by OPM/OMB.

5. Upon the DAG's approval of the allocation, JMD/HR shall report new position establishments to OPM.

6. The DAG may request from OPM an adjustment of DOJ's allocations outside the biennial cycle.

7. When a component establishes a new executive position, JMD/HR must classify the position prior to any personnel action (reassignment, transfer, initial career appointment).

8. Components that receive additional SES or SP positions through the biennial allocation must assign position titles as approved by the SERB.

C. **Position Designation.** SES positions are designated as either general or career reserved. A career reserved position may be filled only by a career appointee. A general position may be filled by a career, noncareer, limited term, or limited emergency appointment. Upon establishment of positions, Components shall submit recommendations to JMD/HR on whether the positions should be designated as general or career reserved. JMD/HR approval is required for position designations. JMD/HR shall submit any requests to change position designations to OPM for OPM's approval.

D. **Position Titles.** Components will utilize position titles that clearly communicate the nature and duties of the position. JMD/HR may review SES and SP position titles for consistency and compliance with Department protocols and regulations.

## II. Roles and Responsibilities

A. **Deputy Attorney General.** The DAG, by delegation at 28 C.F.R. § 0.15(b)(1)(i), is responsible for managing the Department's executive resources. The DAG chairs the SERB. The DAG makes final decisions regarding matters over which the DAG retains authority, as listed in the Appendix.

B. **Component Heads.** The heads of Department Components exercise the delegated authorities identified in the Appendix.

C. **Senior Executive Resources Board.**

8

1. **Membership.**  The SERB shall have the following members:

   a. The DAG, who shall serve as the Chairperson (voting member);

   b. The AAG/A, who shall serve as the Vice Chairperson (voting member);

   c. The Associate Attorney General (voting member);

   d. The Chief of Staff to the AG, or designee (voting member);

   e. The DOJ CHCO, who shall serve as the Executive Secretary (non-voting member);

   f. The Director, JMD/HR, who may serve as a non-voting Technical Advisor on an "as needed" basis; and

   g. Up to three non-voting members designated by the DAG on an "as needed" basis.

2. **Functions.**  The SERB reviews and, with the approval of the DAG, makes determinations regarding: the allocation of SES and SP positions to Components; agency awards and performance-based pay adjustments for SES and SP appointees; and any other action for which the DAG requires or requests the recommendation of the SERB.

D. **Executive Resources Boards (ERB).**

1. **Establishment.**  Components shall establish one or more ERBs.

2. **Membership.**  The members of an ERB shall be appointed by the Component Head or the Component Head's designee.  ERBs shall consist of SES or SP appointees employed by the Department.  A Component should consider diversity and qualifications when staffing an ERB.  More than one half of the members of each Board shall be career SES appointees.  Components shall not appoint officials to serve on an ERB who are in the supervisory chain of the position being filled.  Each ERB shall be led by a Chairperson.  ERB Chairpersons shall appoint a non-voting technical advisor.  The technical advisor should be a human resources expert who is available to the ERB as an advisor on executive resources.

3. **Functions.**  ERBs shall review the qualifications of candidates for executive positions, make written recommendations to the appropriate selecting official concerning eligible executive candidates, and identify the best-qualified candidates.

E.  **Performance Review Boards (PRB).**

   1. **Establishment.**  Each Component Head shall establish a PRB to review the performance of SES and SP appointees. Two or more Component Heads may jointly establish one PRB. A Component may establish a separate PRB to review SP performance, or it may use the same PRB to review both SES and SP performance.

   2. **Membership.**

      a. Each PRB shall have at least three members, one of which shall serve as Chairperson. When appraising a career SES appointee's performance or recommending a career SES appointee for an agency award, a majority of the PRB must be career SES appointees. When appraising an SP appointee's performance or recommending an SP for an agency award, a majority of the PRB must be either career SES or SP appointees. Component Heads shall appoint PRB members in such a manner as to assure consistency, stability, and objectivity in reviewing performance appraisals. In lieu of appointing their own PRB members, Component Heads may request that JMD/HR appoint the members of the PRB.

      b. JMD/HR shall maintain a list of all employees eligible to serve on PRBs. This list shall consist of all career and noncareer SES appointees and SP appointees in the Department, except those in the FBI and DEA. The AAG/A shall submit the list to the Office of Legal Counsel, which shall ensure that it is published in the Federal Register. Other than for the FBI and DEA, no one may serve on a PRB unless his or her name is included on the most recent list of PRB eligible employees published in the Federal Register.

      c. To be appointed to a PRB, an SES or SP appointee:

         (1) Must have a current performance rating of "Achieved Results" or above;

         (2) Should have consistently applied the Department's appraisal systems effectively in his or her respective organization; and

         (3) Should possess a thorough knowledge and understanding of the performance appraisal system and other pertinent aspects of SES or SP performance management.

      PRB members must recuse themselves from matters that pose an actual or apparent conflict of interest. Accordingly, a member of a PRB may not participate in the consideration of the performance appraisal of:

10

 (1) Any SES/SP employee whom the PRB member initially reviewed during the same rating cycle;

 (2) Anyone in the supervisory chain of the PRB member; or

 (3) The PRB member's own performance appraisal.

 If a PRB member is recused from a particular action or review, the remaining PRB members shall conduct the action or review.

3. **Functions.**

   a. For each SES or SP appraisal assigned to a PRB, the PRB shall review and evaluate: (1) the initial appraisal and initial summary rating; (2) any accompanying recommendations for awards, performance-based pay adjustments, or corrective actions; (3) the employee's written response (if any); and (4) the written comments of the higher-level reviewing official (if any). To aid in its review, a PRB may seek or review additional information, including by conducting interviews. A PRB shall request assistance from their servicing Human Resources staff in conducting such interviews.

   b. The PRB shall submit its recommendations in writing under the signature of the PRB Chairperson, along with the proposed rating and accompanying documentation, to the appropriate appointing authority. Where the PRB does not concur with the initial appraisal, or where the employee or higher level reviewing official disagrees with the initial appraisal, the PRB shall provide a written justification to accompany its recommendations. The appointing authority shall issue the final appraisal and annual summary rating only after considering the PRB's recommendations.

# APPENDIX

**U.S. Department of Justice Executive Resources Delegations of Authority**

| Position Management Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| <ul><li>Establishment/abolishment of SES and SP positions within Component's allocation.</li><li>Abolishment of encumbered SES and SP positions [i.e., reduction-in-force (RIF)], after notification to the AAG/A.</li></ul> | <ul><li>Request allocation from Office of Personnel Management (OPM) for Senior Executive Service (SES) and Senior Professional (SP) positions.</li><li>Approval of Components' SES and SP allocations, including temporary ("float") allocations, within Department's overall allocation.</li></ul> |

| Staffing Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| <ul><li>Establishment of qualifications standards.</li><li>Establishment of ERBs.</li><li>Approval of SES and SP career appointments (except to key positions listed below).</li><li>Approval of SES and SP reassignments, reinstatements, transfers, and intradepartmental details, including designations of acting officials (except to key positions listed below).</li></ul> | <ul><li>AG approval required for appointments, reassignments, reinstatements, transfers, and details to key positions listed below, including designations of acting officials.</li><li>Limited term and limited emergency SES appointments, except FBI/DEA.</li><li>AG approval required for noncareer appointments.</li></ul> |

12

| Compensation Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| <ul><li>Initial pay setting of career SES and SP not to exceed 10% over current salary (except for key positions listed below).</li><li>Pay setting of career SES not to exceed 10% over current salary upon reassignments or transfers to positions with greater complexity, scope, and responsibility (except for key positions listed below).</li><li>Recruitment and relocation bonuses (except to key positions listed below). Only career SES and SL are eligible for these bonuses.</li></ul> | <ul><li>Initial pay setting of career SES and SP in excess of 10% of current salary.</li><li>Pay setting of career SES in excess of 10% over current salary upon reassignments or transfers to positions with greater complexity, scope, and responsibility.</li><li>Approval of retention allowances.</li><li>Initial pay setting and pay adjustments for key positions listed below.</li><li>Initial pay setting and pay adjustments for limited term and limited emergency appointments.</li><li>AG approval required for initial pay setting and non-performance based pay adjustments for noncareer executives.</li></ul> |

| Performance Management Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| <ul><li>Issuance of annual summary rating on SES and SP performance appraisals.</li><li>Appointment of Performance Review Boards.</li><li>Performance-based reassignments (except to key positions listed below).</li></ul> | <ul><li>Approval of agency awards for SES and SP appointees.</li><li>The AG or the AG's designee makes recommendations to OPM for Presidential Rank Awards.</li><li>SES and SP performance-based pay adjustments.</li><li>Waiver to 12-month restriction on SES pay adjustments.</li></ul> |

U.S. Department of Justice
Order 1202

| Adverse Action Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| - Reprimand, suspension, or removal (except those retained by the AG/DAG). | - Reprimand, suspension or removal of appointees from key positions listed below. The AG has sole authority to approve removal from key position or suspension without pay from key position for more than 30 days.<br>- The AG has sole authority to approve reprimand, suspension, or removal of noncareer executives.<br>- Suspension or removal of career SES attorneys.<br>- Reprimand, suspension, or removal of limited emergency and limited term appointees covered by 5 C.F.R. Part 752, Subpart F. |

| Other Delegations ||
|---|---|
| **Authority Delegated to Component Heads** | **Authority Retained by the AG/DAG** |
| - None. | - Any other authority granted to the DAG by law or by delegation from the AG, and which the DAG cannot delegate or has not delegated. |

**Key SES positions (except DEA and FBI):**

- Assistant Attorney General for Administration
- All career Deputy Assistant Attorneys General
- All career SES officials who report directly to the DAG or the Associate Attorney General
- All career SES officials who are deputy Component Heads in Components with a single deputy position
- All career SES officials who are principal or ranking deputy Component Heads, including those designated as such by order or memorandum, in Components with two or more deputy positions
- All career SES officials who are deputy Component Heads in Components with two or more deputies but no principal or ranking deputy
- The Chairman and Vice Chairman (if career) of the Board of Immigration Appeals
- The Chief Immigration Judge and Deputy Chief Immigration Judge

14

- The following additional career SES officials in the Office of Justice Programs:
    - All career Deputy Directors in the National Institute of Justice and the Bureau of Justice Statistics; and
    - The Directors of the following offices:
        - Office of Audit, Assessment, and Management; and
        - Community Capacity Development Office.

**Key DEA SES positions:**

- Deputy Administrator
- Chief of Operations
- Chief of Intelligence
- Assistant Administrator for Human Resources
- Assistant Administrator for Operational Support
- Chief Inspector
- Chief Counsel
- Chief Financial Officer

**Key FBI SES positions:**

- Deputy Director
- Associate Deputy Director
- All Executive Assistant Directors
- General Counsel
- SES officials who report directly to the Director of the FBI

**Key SL positions:**

- Vice Chairman and Members of the Board of Immigration Appeals

\*\* Note: Nothing in this Order authorizes the appointment, reassignment, transfer, or reinstatement of a person to an inferior officer position, or the removal or suspension without pay for over 30 days of a person from an inferior officer position, without the express approval of the Attorney General.

\*\* Note: Additional SES, SL, or ST positions in the Department may be identified as key positions for purposes of this Order.

\*\* Note: The approval of the President is required for an appointment, reassignment, reinstatement, transfer, or detail to the Assistant Attorney General for Administration position, and for a removal of the Assistant Attorney General for Administration.