# PLAINTIFF'S EXHIBIT 3

## Selected Public Statements by Donald J. Trump

| LINE | DATE | TIME (ET) | STATEMENT | SOURCE |
|---|---|---|---|---|
| 1 | 10/24/16 | n/a | [O]ne of the closest people to Hillary Clinton, with longstanding ties to her husband and herself, gave more, this just came out, gave more than $675,000 to the campaign of the spouse, the wife, of the top FBI official, who helped oversee the investigation into Mrs. Clinton's illegal email server.  So the man that was investigating her from the FBI, his wife runs for office and they give her more than $675,000 to run.  And it just came out, they just figured it out.  We've never had a thing like this in the history of this country.  This represented a large portion of the money the FBI official's spouse had for the entire campaign, a big, big percentage.  It's absolutely disgraceful.  It's absolutely terrible.  And it's unbelievable how Hillary Clinton got away with the email lie, the email scam, the email corruption, but now at least we have a pretty good idea. | https://www.c-span.org/video/?c4813356/2016-10-24 |
| 2 | 10/25/16 | n/a | Terry McAuliffe, they gave to the FBI person at the high level, who was doing the investigation, who was in charge of the investigation.  They gave his wife $675,000.  Now you think of that.  Now, that's Clinton giving the money because that's how close they are.  So Clinton gave the FBI agent, who was — top person, who's the top person in charge of her email case, which is a disgrace that she got off of that.  She lied to the FBI.  She lied to Congress.  She lied to everybody.  And look what they did to General James Cartwright, a great man, a four star general. They destroyed his life, he's going to go to jail, perhaps for five years.  She gave money at — at a huge clip, $675,000, to the wife of the FBI agent who was in charge of her investigation.  Let me tell you something.  That's a criminal act. | https://www.mediamatters.org/video/2016/10/25/watch-congresswoman-dismantle-right-wing-medias-new-favorite-clinton-pseudo-scandal/214092 |
| 3 | 7/19/17 | n/a | TRUMP: I mean, look at what we have now. We have a director of the F.B.I., acting, who received $700,000, whose wife received $700,000 from, essentially, Hillary Clinton. 'Cause it was through Terry. Which is Hillary Clinton.<br>HABERMAN: This is [Andrew] McCabe's wife, you mean?<br>TRUMP: McCabe's wife. She got $700,000, and he's at the F.B.I. I mean, how do you think that? But when you say that — and think about this for a second. I don't think — you could give me a whole string of new information. I don't think I could really have — there's only so much. You know, you can only say many things. After that it gets boring, O.K.?" | https://www.nytimes.com/2017/07/19/us/politics/trump-interview-transcript.html |
| 4 | 7/25/17 | 6:12 a.m. | Attorney General Jeff Sessions has taken a VERY weak position on Hillary Clinton crimes (where are E-mails & DNC server) & Intel leakers! | https://twitter.com/realDonaldTrump/status/889790429398528000 |
| 5 | 7/25/17 | 6:21 a.m. | Problem is that the acting head of the FBI & the person in charge of the Hillary investigation, Andrew McCabe, got $700,000 from H for wife! | https://twitter.com/realDonaldTrump/status/889792764363276288 |
| 6 | 7/26/17 | 9:48 a.m. | Why didn't A.G. Sessions replace Acting FBI Director Andrew McCabe, a Comey friend who was in charge of Clinton investigation but got.... | https://twitter.com/realDonaldTrump/status/890207082926022656 |

| LINE | DATE | TIME (ET) | STATEMENT | SOURCE |
|---|---|---|---|---|
| 7 | 7/26/17 | 9:52 a.m. | ...big dollars ($700,000) for his wife's political run from Hillary Clinton and her representatives. Drain the Swamp! | https://twitter.com/realDonaldTrump/status/890208319566229504 |
| 8 | 12/3/17 | n/a | RT @paulsperry_: Wray needs to clean house. Now we know the politicization even worse than McCabe's ties to McAuliffe/Clinton. It also infe… | https://twitter.com/realDonaldTrump/status/937296570256625666 |
| 9 | 12/3/17 | 7:42 a.m. | Tainted (no, very dishonest?) FBI "agent's role in Clinton probe under review." Led Clinton Email probe. @foxandfriends  Clinton money going to wife of another FBI agent in charge. | https://twitter.com/realDonaldTrump/status/937301085156503552 |
| 10 | 12/23/17 | 3:27 p.m. | How can FBI Deputy Director Andrew McCabe, the man in charge, along with leakin' James Comey, of the Phony Hillary Clinton investigation (including her 33,000 illegally deleted emails) be given $700,000 for wife's campaign by Clinton Puppets during investigation? | https://twitter.com/realDonaldTrump/status/944665687292817415 |
| 11 | 12/23/17 | 3:30 p.m. | FBI Deputy Director Andrew McCabe is racing the clock to retire with full benefits. 90 days to go?!!! | https://twitter.com/realDonaldTrump/status/944666448185692166 |
| 12 | 12/24/17 | 7:25 a.m. | .@FoxNews -FBI's Andrew McCabe, "in addition to his wife getting all of this money from M (Clinton Puppet), he was using, allegedly, his FBI Official Email Account to promote her campaign. You obviously cannot do this. These were the people who were investigating Hillary Clinton." | https://twitter.com/realDonaldTrump/status/944906847970119680 |
| 13 | 1/24/18 | n/a | Q: Should McCabe go?  Should McCabe go, Mr. President?  Should McCabe go?<br>TRUMP: Well, McCabe got more than $500,000 from, essentially, Hillary Clinton. And is he investigating Hillary Clinton?<br>Q: So should he go?<br>Trump: Do you remember, did anybody hear many of my speeches when I talked about McCabe?  He was the star of my speech — this isn't now — and I said a man who was more or less in charge of her — that, the wife got $500,000 from Terry. Now Terry is Hillary. | https://youtu.be/faZaHwRcAuM?t=124 |
| 14 | 2/28/18 | 9:34 a.m. | Why is A.G. Jeff Sessions asking the Inspector General to investigate potentially massive FISA abuse. Will take forever, has no prosecutorial power and already late with reports on Comey etc. Isn't the I.G. an Obama guy? Why not use Justice Department lawyers? DISGRACEFUL! | https://twitter.com/realDonaldTrump/status/968856971075051521 |
| 15 | 3/17/18 | 12:08 a.m. | Andrew McCabe FIRED, a great day for the hard working men and women of the FBI - A great day for Democracy. Sanctimonious James Comey was his boss and made McCabe look like a choirboy. He knew all about the lies and corruption going on at the highest levels of the FBI! | https://twitter.com/realDonaldTrump/status/974859881827258369 |
| 16 | 3/17/18 | 1:34 p.m. | The Fake News is beside themselves that McCabe was caught, called out and fired. How many hundreds of thousands of dollars was given to wife's campaign by Crooked H friend, Terry M, who was also under investigation? How many lies? How many leaks? Comey knew it all, and much more! | https://twitter.com/realDonaldTrump/status/975062797162811394 |

| LINE | DATE | TIME (ET) | STATEMENT | SOURCE |
|---|---|---|---|---|
| 17 | 4/13/18 | 3:36 p.m. | DOJ just issued the McCabe report - which is a total disaster. He LIED! LIED! LIED! McCabe was totally controlled by Comey - McCabe is Comey!! No collusion all made up by this den of thieves and lowlifes! | https://twitter.com/realDonaldTrump/status/984877999718895616 |
| 18 | 5/30/18 | 11:21 p.m. | "The recusal of Jeff Sessions was an unforced betrayal of the President of the United States." JOE DIGENOVA, former U.S. Attorney. | https://twitter.com/realDonaldTrump/status/1002027245131661312 |
| 19 | 6/15/18 | n/a | And Comey knew everything that was going on. You think McCabe didn't tell him everything? McCabe told him everything . . . . | https://youtu.be/R8CWrQ4EY4I?t=732 |
| 20 | 8/11/18 | 9:17 a.m. | Why isn't the FBI giving Andrew McCabe text messages to Judicial Watch or appropriate governmental authorities. FBI said they won't give up even one (I may have to get involved, DO NOT DESTROY). What are they hiding? McCabe wife took big campaign dollars from Hillary people..... | https://twitter.com/realDonaldTrump/status/1028269087133257728 |
| 21 | 2/18/19 | 10:26 p.m. | Remember this, Andrew McCabe didn't go to the bathroom without the approval of Leakin' James Comey! | https://twitter.com/realDonaldTrump/status/1097698985953898497 |
| 22 | 6/19/19 | n/a | McCabe didn't do anything without Comey. McCabe was totally dominated by Comey. He did nothing. Andrew McCabe was a bad guy, but Andrew McCabe did nothing without calling Comey. He wouldn't — there's an expression: he wouldn't go to the bathroom without getting Comey's approval. | https://www.youtube.com/watch?v=1jCHVsOT8nQ&t=19m46s |
| 23 | 1/4/19 | n/a | The people that started that investigation are McCabe, who's a proven liar and was fired from the FBI . . . . | https://www.youtube.com/watch?v=IJ2a4jrvsas&feature=youtu.be&t=345 |
| 24 | 12/10/19 | 7:16 a.m. | I don't know what report current Director of the FBI Christopher Wray was reading, but it sure wasn't the one given to me. With that kind of attitude, he will never be able to fix the FBI, which is badly broken despite having some of the greatest men & women working there! | https://twitter.com/realDonaldTrump/status/1204374382715506690 |