# PLAINTIFF'S EXHIBIT 6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-30-2018 BY       NSICG b6 -1
b7C -1

## Will, Candice M. (DO) (FBI)

**From:** Will, Candice M. (DO) (FBI)
**Sent:** Monday, March 05, 2018 12:10 PM
**To:** Rosenstein, Rod (ODAG) (JMD)
**Subject:** IG Report
**Attachments:** 5-27-2008 DAG Memo re FBI SES Positions.pdf

DAG Rosenstein:

FBI OPR received the IG's "Report of Investigation of Certain Allegations Relating to Former FBI Deputy Director Andrew McCabe" on February 28. We have completed our review of the Report and underlying investigative materials and we are in the process of preparing our proposed action. When we complete our proposed action, we will provide it to you and, pursuant to FBI procedure, to Mr. McCabe. Upon the execution of his attorney's non-disclosure agreement, we will also provide a copy of our proposed action to Mr. McCabe's attorney, Michael Bromwich. Thereafter, Mr. McCabe and Mr. Bromwich may review our file and prepare a written response to the proposed action. Pursuant to the DAG's May 27, 2008 Memo to the FBI Director (copy attached), the Department has retained final decision-making authority over adverse actions impacting the Deputy Director. Our proposed action will be adverse, therefore the Department will have final decision-making authority. In the normal course, once an FBI employee has provided his/her written response to FBI OPR's proposed action, FBI OPR would schedule an oral hearing. We will do so in this case subject to your approval. Thank you.

Candice Will
Assistant Director
Office of Professional Responsibility
Federal Bureau of Investigation

b6 -1
b7C -1



b6 -1
b7C -1

FBI 18-cv-01766-1475