# PLAINTIFF'S EXHIBIT 7

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-30-2018 BY NSICG b6 -1
b7C -1

## Will, Candice M. (DO) (FBI)

**From:** Will, Candice M. (DO) (FBI)
**Sent:** Wednesday, March 07, 2018 7:28 AM
**To:** Hur, Robert (ODAG) (JMD)

Mr. Hur,

Do you have a few minutes this morning for me to speak with you by telephone about a matter being forwarded to the DAG?

Candice Will
Assistant Director
Office of Professional Responsibility
Federal Bureau of Investigation        b6 -1
                                        b7C -1

1

FBI 18-cv-01766-1500