# PLAINTIFF'S EXHIBIT 8

**Will, Candice M. (DO) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-30-2018 BY [redacted] NSICG b6 -1
b7C -1

| | |
|---|---|
| **Subject:** | Sensitive Matter |
| **Location:** | Conference Call to 202-514-2105 from [redacted] (cell)   b6 Per DOJ/OIP |
| **Start:** | Wed 3/7/2018 6:30 PM |
| **End:** | Wed 3/7/2018 6:45 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | Hur, Robert (ODAG) |

POC: Angela Brown
Attendees: Candace Will and Robert Hur

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation. If you believe other individuals should be included, please contact the ODAG Front Office.