# PLAINTIFF'S EXHIBIT 9

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-30-2018 BY [redacted] NSICG b6 -1
b7C -1

3/7/18

Teleph call w/ Rob Hur:
DAG/Scott Schools - he met w/ them

b5 Per DOJ/OIP

[redacted]

b5 Per DOJ/OIP

2003-HQ-[redacted] /37
b6 -1
b7C -1

FBI 18-cv-01766-1501