# PLAINTIFF'S EXHIBIT 14

| | |
|---|---|
| **Message** | |
| **From:** | Mccabe, Andrew G. (DO) (FBI) [/O=FBI/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AGAGMCCA] |
| **Sent:** | 10/23/2016 9:00:45 PM |
| **To:** | James B. Comey [/o=FBI/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jbcomey2]; Rybicki, James E. (DO) (FBI) [/o=FBI/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JERybicki]; Bowdich, David L. (DO) (FBI) [/o=FBI/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=       ]        b6 -1 |
| **Subject:** | Fwd: DIRECTOR'S WEEKEND REPORT 10/23/2016                b7C -1 |

Boss

Not too much in the update. The only additional notable news is that Mike K and I spent a good part of the day trying to shape the WSJ story on my alleged conflict. Looks like they may try to release it on line tonight. The reporter also called Jill for a comment, so we are working that as well.

I am trying to reach out to Mark G but don't seem to have his cell. If you have it please shoot it my way.

Thanks and see you tomorrow.

-------- Original message --------
From: SIOC▬▬▬▬                    b7E -4
Date: 10/23/16 4:40 PM (GMT-05:00)
To: "Bowdich, David L. (DO) (FBI)"▬▬▬▬▬▬▬▬▬▬▬(DO) (FBI)"▬▬▬▬
"Castor, Andrew J. (DO) (FBI)"▬▬▬▬▬▬ "Coleman, Randall C. (CD) (FBI)"
<Randall.Coleman@ic.fbi.gov>,▬▬▬▬(DO) (FBI)"▬▬▬ "Davis, Paul R. (DO) (FBI)"
▬▬▬▬▬▬(DO) (FBI)"▬▬▬▬ "Droishagen, Rainer S. (DO) (FBI)"
▬▬▬▬▬▬▬DO) (FBI)"▬▬▬▬▬ "Hacker, J. C. (CID) (FBI)"
▬▬▬▬ "Hess, Amy S. (DO) (FBI)"▬▬▬▬▬(CYD) (FBI)"                                    b6 -1
▬▬▬ "Johnson, David J. (DO) (FBI)▬▬▬▬▬ "Maguire, Jacqueline (BH) (FBI)"   b7C -1
<Jacqueline.Maguire@ic.fbi.gov>, "Mccabe, Andrew G. (DO) (FBI)" <Andrew.McCabe@ic.fbi.gov>, "Mcdermott, Renae
M. (DO) (FBI)"▬▬▬▬ "Parlave, Valerie (DO) (FBI)"▬▬▬▬ "Rybicki,
James E. (DO) (FBI)" <James.Rybicki@ic.fbi.gov>,
▬(DO) (FBI)"▬▬▬▬▬▬(IR) (FBI)"▬▬▬ "Steinbach, Michael B. (DO)
(FBI)"▬▬▬▬ "Turgal, James L. (DO) (FBI)"▬▬▬▬▬▬▬(IR)
(FBI)"▬▬▬
Subject: DIRECTOR'S WEEKEND REPORT 10/23/2016

ALCON,