**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW G. MCCABE,<br><br>    *Plaintiff*,<br><br>  v.<br><br>WILLIAM P. BARR,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, *et al.*,<br><br>    *Defendants*. | Civil Action No. 19-2399 (RDM) |

**DECLARATION OF MURAD HUSSAIN IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT HIS OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

I, Murad Hussain, make this Declaration in support of Plaintiff Andrew G. McCabe's Unopposed Motion for Leave to Supplement His Opposition to Defendants' Motion to Dismiss and for Summary Judgment ("Motion for Leave"):

1. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), a member of the bar of this Court, and licensed to practice law in the District of Columbia.

2. I am counsel of record for Plaintiff Andrew G. McCabe in the above-captioned matter.

3. Attached hereto as **Plaintiff's Exhibit ("PX-") 25** is a summary chart entitled "Supplemental Chart of Selected Public Statements by Donald J. Trump." This chart contains text from three of Trump's public statements relevant to Plaintiff's Motion for Leave and Defendants' pending motion for summary judgment, and lists each statement's publicly available online URL source. I created this summary chart to the best of my ability, and prepared any transcriptions of

audio/video recordings as accurately as possible under the circumstances, given the quality of the recordings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2020.

       /s/ Murad Hussain
Murad Hussain
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999