**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW G. MCCABE., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 1:19-CV-2399-RDM |
| v. | ) <br> ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**UNOPPOSED MOTION FOR SIX-DAY EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Defendants hereby seek a six-day extension of the deadline to file a reply brief in support of their motion to dismiss and for summary judgement. The proposed extension would move the reply deadline from January 17, 2020 to January 23, 2020. Plaintiff does not oppose this motion. The bases for this motion are provided below.

1. Defendants filed their motion to dismiss and for summary judgment on November 1, 2019. ECF No. 23.

2. Per a briefing schedule entered by minute order on November 12, 2019, Plaintiff's response brief was due December 20, 2019. Due to a personal emergency, the Court granted Plaintiff's unopposed motion to extend the response deadline to December 23, 2019. Minute Order, December 20, 2019.

3. On January 2, 2020, the Court granted Plaintiff's unopposed motion to supplement his opposition to Defendants' motion to dismiss and for summary judgment. Minute Order, January 2, 2020.

4. Defendants' deadline to file a reply brief in support of their motion to dismiss and for summary judgment is January 17, 2020.

5. Defendants request an extension of six calendar days—but only three business days, in light of the intervening weekend and Martin Luther King Day holiday—from January 17 to January 23 to file their reply brief, to account for Plaintiff's December extension, Plaintiff's January supplementation of his opposition brief, and the weather-related closure of the government mid-day on January 7, 2020.

6. Plaintiff does not oppose the requested six-day extension of time.

Accordingly, for good cause shown, the Court should extend the deadline for Defendants to file a reply brief in support of their motion to dismiss and for summary judgment from January 17, 2020 to January 23, 2020.

Dated: January 10, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
KYLA SNOW
Trial Attorney
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Phone: (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CV-2399-RDM |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

The Court, having considered Defendants' Unopposed Motion for Six-Day Extension of Time to File Reply Brief in Support of Motion to Dismiss and for Summary Judgment, hereby GRANTS the motion, extending the deadline to file a reply brief from January 17, 2020 to January 23, 2020.

IT IS SO **ORDERED**, this _____ day of _____, 2020.

_____
HON.  RANDOLPH D. MOSS
United States District Judge