IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:19-CV-2399-RDM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 25 PAGES

Defendants hereby seek leave to file a 30-page reply brief in support of their motion to dismiss and for summary judgment. Plaintiff does not oppose this request. The bases for this motion are provided below.

1. Defendants filed their memorandum of points and authorities in support of their motion to dismiss and for summary judgment on November 1, 2019. ECF No. 23. It was well under the 45-page limit allowed by the local rules for initial and opposition briefs, running slightly over 30 pages. L. Civ. R. 7(e).

2. Plaintiff's opposition brief, ECF No. 27, Dec. 23, 2019, spans the full 45 pages allowed by the local rules. L. Civ. R. 7(e). Also, Plaintiff's brief contains an argument under Federal Rule of Civil Procedure 56(d) asserting a need for certain discovery to oppose Defendants' motion; this was not an issue that Defendants had addressed in their opening brief, given that it had not been raised yet.

3. To enable Defendants to most appropriately respond to Plaintiff's arguments, including his Rule 56(d) argument, and thereby fully assist the Court in resolving this motion, Defendants seek leave to file a reply brief of up to 30 pages, which is five pages in excess of that allotted by the Local Rules for reply briefs.  *See* L. Civ. R. 7(e).

4. Plaintiff does not oppose this request.

Accordingly, for good cause shown, the Court should grant Defendants' request for leave to file a reply brief of up to 30 pages in support of their motion to dismiss and for summary judgment.

Dated: January 21, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
KYLA SNOW
Trial Attorney
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
Phone:  (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-2399-RDM |
| v. ) | |
| ) | |
| WILLIAM P. BARR, in his official capacity ) | |
| as Attorney General of the United States, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

The Court, having considered Defendants' Unopposed Motion for Leave to File Reply Brief in Excess of 25 Pages, hereby GRANTS the motion, permitting Defendants to file a reply brief of up to 30 pages in support of their motion to dismiss and for summary judgment.

IT IS SO **ORDERED**, this _____ day of _____, 2020.


    _____
    HON.  RANDOLPH D. MOSS
    United States District Judge