## DECLARATION OF LOVELY A. CARRIER

Lovely A. Carrier declares under 28 U.S.C. § 1746:

1. I am employed by the Federal Bureau of Investigation (FBI). I am the Unit Chief of the Payroll Management Unit (PMU) within the Human Resources Division of the FBI. I have held this position since 2016.

2. PMU processes all personnel actions for each employee from the hire to separation actions. Each employee's Official Personnel Folder (eOPF) contains all documents reflecting the employee's official employment history with the agency, including grades, occupations, and pay.

3. Attached as **Exhibit 1** is an SF-52 Request for Personnel Action form from Plaintiff Andrew G. McCabe's eOPF with the social security number, date of birth, and forwarding address redacted for privacy. Names of Human Resources Division personnel are also redacted for privacy reasons. Box 7 on page 1 of Exhibit 1 shows that Plaintiff's position title at the time of his termination from the FBI on March 16, 2018, was Deputy Director of the FBI.

4. Attached as **Exhibit 2** is an SF-50 Notification of Personnel Action form from Plaintiff's eOPF with the social security number, date of birth, and forwarding address redacted for privacy. Box 7 of Exhibit 2 shows that Plaintiff's position title at the time of his termination from the FBI on March 16, 2018, was Deputy Director of the FBI.

5. I have reviewed the remaining documents in Plaintiff's eOPF. No documents in Plaintiff's eOPF show that Plaintiff was demoted from the position of Deputy Director of the FBI to any other position.

6. The documents in Plaintiff's eOPF, including Exhibits 1 and 2, were made near the time of the underlying events from information transmitted by individuals with knowledge of the underlying events. The documents in Plaintiff's eOPF, including Exhibits 1 and 2, are all kept in

the course of the regularly conducted activity of the FBI, and making those documents is a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief, and based upon records maintained in the ordinary course of business.

Executed on January 22, 2020, at Washington, District of Columbia.

Lovely A. Carrier

# Exhibit 1

# Exhibit 1

# REQUEST FOR PERSONNEL ACTION

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

## PART A - Requesting Office (Also complete Part B, Items 1,7-22,32,33,36 and 39)

1. Actions Requested
2. Request Number
3. For Additional Information Call (Name and Telephone Number)
4. Proposed Eff. Date: 03-16-2018
5. Action Requested By (Typed Name, Title, Signature, and Request Date)
6. Action Authorized By (Typed Name, Title, Signature, and Date)

## PART B - For Preparation of SF 50 (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): MCCABE, ANDREW G
2. Social Security Number: (P-1)
3. Date of Birth: (S)
4. Effective Date: 03-16-2018

**FIRST ACTION**
- 5-A. Code: 357
- 5-B. Nature of Action: Termination
- 5-C. Code: ZLM
- 5-D. Legal Authority: 5 USC 3151
- 5-E. Code:
- 5-F. Legal Authority:

**SECOND ACTION**
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number
SUPVY SPECIAL AGENT-DEPUTY DIR FBI
PD: 400141   Position: 00150116

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $187,000.00 | $0 | $187,000.00 | $0 |

14. Name and Location of Position's Organization
Federal Bureau of Investigation

WASHINGTON DC USA

15. TO: Position Title and Number

| 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference: 1 (1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30%)
24. Tenure: 0 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite)
25. Agency Use:
26. Veterans Preference for RIF: YES / X NO

27. FEGLI: B0 Waived
28. Annuitant Indicator: 9 Not Applicable
29. Pay Rate Determinant: 0 0-Regular Rate

30. Retirement Plan: M FERS and FICA Special
31. Service Comp. Date (Leave): 07-07-1996
32. Work Schedule: F Full Time
33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 4 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved)
35. FLSA Category: E (E-Exempt, N-Nonexempt)
36. Appropriation Code:
37. Bargaining Unit Status: 8888

38. Duty Station Code: 110010001
39. Duty Station (City-County-State or Overseas Location): WASHINGTON, DC  Dist Columbia  DC  USA

40. Agency Data | 41. | 42. | 43. | 44.

45. Edu. Lvl. | 46. Yr. Degr. Attd | 47. Acad. Discipl. | 48. Func. Class
49. Citizenship: 1 1-USA  8-Other
50. Veterans Status: X Non Vet
51. Supervisory Status: 2 Supv/Mgr

## PART C - Reviews and Approvals (Not to be used by requesting office.)

1. Office/Function | Initials/Signature | Date
A. 2ND/SME  D3-SENIOR  MGMT&PROG ANAL  (P)  03-19-2018
B. 3RD.
C. PRO.  D3-PAY/PER  SUPVY HR SPECIALIST  (P)  03-19-2018

1. Office/Function | Initials/Signature | Date
D. COR.
E. CAN.
F. OTHER.

2. Approval: I certify that the information entered on this form is accurate and the proposed action is in compliance with statutory and regulatory requirements.
Signature:
Approval Date:

CONTINUED ON REVERSE SIDE   OVER   Editions Prior to 7/91 Are Not Usable After 6/30/93

This is an 'official' document generated from the eOPF system.

Carrier Decl. Ex. 1

Name: MCCABE,ANDREW G                                                                                           PAR Number:

**PART D - Remarks by Requesting Office**

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF52).    ☐ YES   ☐ NO

**PART E - Employee Resignation/Retirement**

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.
This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 abd 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.
The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations.
Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

Termination

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| 03-16-2018 | MCCABE,ANDREW G | | |

**PART F - Remarks for SF 50**

- SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
- Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
- Forwarding address: (S) (S)
- Reason(s) for termination: By order of Attorney General

This is an 'official' document generated from the eOPF system.

Carrier Decl. Ex. 1

# Exhibit 2

# Exhibit 2

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) MCCABE, ANDREW G | 2. Social Security Number (P-1) | 3. Date of Birth (S) | 4. Effective Date 03/16/18 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 357 | 5-B. Nature of Action TERMINATION | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code ZLM | 5-D. Legal Authority 5 USC 3151 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number SUPVY SPECIAL AGENT-DEPUTY DIR FBI 00150116 400141 | 15. TO: Position Title and Number |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | 187,000.00 | PA | | | | | | |

| 12A. Basic Pay 187,000.00 | 12B. Locality Adj. .00 | 12C. Adj. Basic Pay 187,000.00 | 12D. Other Pay .00 | 20A. Basic Pay | 20B. Locality Adj. .00 | 20C. Adj. Basic Pay | 20D. Other Pay .00 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS DEPUTY DIRECTOR | 22. Name and Location of Position's Organization |
|---|---|
| | 1B DJ AV0100001500000000   PP 05 2018 |

## EMPLOYEE DATA

| 23. Veterans Preference 1   1-None  3-10-Point/Disability  5-10-Point/Other     2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 24. Tenure 0   0-None  2-Conditional     1-Permanent  3-Indefinite | 25. Agency Use | 26. Veterans Preference for RIF YES  X  NO |
|---|---|---|---|

| 27. FEGLI B0  WAIVED | 28. Annuitant Indicator 9  NOT APPLICABLE | 29. Pay Rate Determinant 0  NOT APPLICABLE |
|---|---|---|

| 30. Retirement Plan M  FERS AND FICA SPECIAL | 31. Service Comp. Date (Leave) 07/07/96 | 32. Work Schedule F  FULL TIME | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied 4   1-Competitive Service  3-SES General     2-Excepted Service     4-SES Career Reserved | 35. FLSA Category E   E-Exempt   N-Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status 8888 |
|---|---|---|---|

| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City - County - State or Overseas Location) WASHINGTON  DIST OF COLUMBIA  DC |
|---|---|

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: X | 44. ED LV:17 YR:93 INST PRG:220101 |
|---|---|---|---|---|

45. Remarks
SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
Forwarding address:
(S)

Reason(s) for termination: By order of Attorney General

| 46. Employing Department or Agency U.S. DEPARTMENT OF JUSTICE | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: DAVID W. SCHLENDORF |
|---|---|
| 47. Agency Code DJ AV | 48. Personnel Office ID 4017 | 49. Approval Date 03/17/18 | ASSISTANT DIRECTOR |

5-Part 50-316

Not Usable After 6/30/93
SN 7540-01-333-6238

This is an 'official' document generated from the eOPF system.

Carrier Decl. Ex. 2

**DELETION CODES**

P.    THE PRIVACY ACT OF 1974, 5 U.S.C. § 552a

P-1   INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

S.    PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.