# EXHIBIT 3



# Office of the Attorney General
## Washington, D.C. 20530

ORDER NO. 4101-2018

## DESIGNATION OF DAVID L. BOWDICH AS
## ACTING DEPUTY DIRECTOR, FEDERAL BUREAU OF INVESTIGATION

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C. §§ 509 and 510, I hereby designate David L. Bowdich as Acting Deputy Director, Federal Bureau of Investigation, as of January 29, 2018.

2/2/18
Date

Jefferson B. Sessions III
Attorney General