# EXHIBIT 5

# Special Agent Hiring Policy Guide




## Federal Bureau of Investigation

## Human Resources Division

## 1046PG

## December 20, 2018

# Approvals

| Policy Information | |
|---|---|
| Last Updated | N/A |
| Effective Date | 2018-12-20 |
| Review Date | 2021-12-20 |
| **Approval Information** | |
| Sponsoring Executive Approval | **David W. Schlendorf**<br>Assistant Director<br>Human Resources Division |
| Final Approval | **Andrew W. Vale**<br>Human Resources Branch<br>Executive Assistant Director |

## General Information

Questions or comments pertaining to this policy guide can be directed to:

Federal Bureau of Investigation Headquarters, Human Resources Division (HRD)

Policy point of contact (POC): unit chief (UC), New Agent/Analyst Testing and Selection Unit (NAATSU), 202-233-9177

## Supersession Information

This document supersedes *Special Agent Hiring Policy Guide*, 0878PG.

This document and its contents are the property of the FBI. If the document or its contents are provided to an outside agency, it and its contents are not to be distributed outside of that agency without the written permission of the unit listed in the contact section of this policy guide.

# Revision Log

The revision log documents substantive changes made to the previous version of this policy, the *Special Agent Hiring Policy Guide*, 0878PG, published on March 13, 2017. The numbers and titles in the “Revised” column refer to the subsections as they currently appear in this updated policy. “Deleted” subsection numbers refer to those in the previous published version of the policy.

| Revised Section Number and Title | Deleted Section Number and Title |
|---|---|
| 3.2. Privacy Act/Nondisclosure | |
| 4.7.2. Preparing for the Physical Fitness Test | |

# Table of Contents

**1. Introduction ........................................................................................................ 1**

1.1. Purpose ........................................................................................................ 1

1.2. Scope ........................................................................................................ 1

1.3. Exemptions ........................................................................................................ 1

**2. Roles and Responsibilities ........................................................................ 2**

2.1. Director of the Federal Bureau of Investigation ........................................ 2

2.2. Assistant Director (AD)/Human Resources Officer (HRO), Human Resources Division (HRD) ........................................................................................ 2

2.3. New Agent/Analyst Testing and Selection Unit (NAATSU) ........................ 2

2.4. New Agent/Analyst Testing and Selection Unit Program Managers (PM) ........ 2

2.5. Special Agent Applicant Suitability Review Process (SRP) ........................ 4

2.6. Employee and Medical Services Section ................................................ 5

2.7. Transfer Unit ........................................................................................ 5

2.8. Security Division ........................................................................................ 5

2.9. Critical Incident Response Group (CIRG) ................................................ 5

2.10. Field Offices ........................................................................................ 6

2.10.1. Assistant Directors in Charge and Special Agents in Charge .................. 6

2.10.2. Applicant Coordinators ........................................................................ 6

2.10.3. Special Agents Participating in Meet-and-Greet Sessions ........................ 7

2.10.4. Recruiters ........................................................................................ 7

2.10.5. Regional Site Coordinators ................................................................ 8

2.10.6. Field Office Human Resources Personnel ................................................ 8

2.11. Training Division, Physical Training Unit (PTU) ........................................ 8

2.12. Training Division Executive Management ................................................ 8

**3. Policy Statement ........................................................................................ 9**

3.1. Special Agent Selection System ................................................................ 9

3.2. Privacy Act/Nondisclosure ........................................................................ 10

**4. Processes and Procedures ........................................................................ 11**

4.1. Specialized Experience: Technical Skills Requirements ................................ 11

4.1.1. Applying for the Special Agent Position ................................................ 11

4.1.2. Preliminary Screening Requirements ....12
4.2. Phase I Testing ....17
4.2.1. Reasonable Accommodations for Phase I Testing ....18
4.3. Physical Fitness Test Self-Evaluation ....18
4.4. Meet-and-Greet Session ....18
4.5. Headquarters Review Process ....20
4.5.1. Headquarters Review Process Reevaluation of Ranking ....20
4.5.2. Suitability Review Process ....21
4.6. Phase II Testing ....21
4.6.1. Preparing for Phase II ....22
4.6.2. Making Travel Arrangements for Phase II ....22
4.6.3. Failure to Report for Phase II ....23
4.6.4. Reasonable Accommodations for Phase II Testing ....23
4.6.5. Phase II Applicants Caught Cheating or Sharing Test Information ....23
4.6.6. Phase II Retest Policy ....24
4.6.7. Review and Validating Phase II Assessments ....24
4.7. Physical Fitness Test ....24
4.7.1. Tactical Recruiting Program Physical Fitness Test ....25
4.7.2. Preparing for the Physical Fitness Test ....25
4.7.3. Administering the Field Physical Fitness Test ....25
4.7.4. Post-Phase II Physical Fitness Test ....26
4.7.5. Pre-Quantico Physical Fitness Test ....26
4.7.6. Illnesses, Injuries, and “No Shows” for the Physical Fitness Test ....26
4.7.7. Physical Fitness Test Accommodation Requests ....27
4.8. Conditional Appointment Offer ....28
4.9. Background Investigation ....28
4.10. Medical Examination ....28
4.11. Deactivation and Reactivation of Applicants ....29
4.12. Appointment Notification ....29
4.13. Special Agent Starting Salary ....29
4.14. Unique Applicant Categories ....30

4.14.1. Preference-Eligible Applicants ....................30
4.14.2. Military Applicants on Transition Leave Status ....................31
4.14.3. Military Reserve Status ....................32
4.14.4. Federal Bureau of Investigation Professional Staff ....................32
4.14.5. Applicants Who Reside Overseas ....................33
4.14.6. Applicants With Foreign Language Skills ....................33
4.14.7. Tactical Recruiting Program ....................33
4.14.8. Federal Law Enforcement Officers ....................34
4.14.9. Central Intelligence Agency Employees ....................35
4.14.10. Children of Slain Agents ....................35
4.14.11. New Agent Trainees Who Separate from the Basic Field Training Course Prior to Graduation ....................35
4.15. Appeals ....................35
4.16. Reinstatements ....................36
**5. Authorities ....................38**
**6. Recordkeeping Requirements ....................39**
6.1. Office of Personnel Management ....................39
6.2. Destruction of Special Agent Selection System Phase I and Phase II Test Materials ....................39

## List of Appendices

**Appendix A: References .................... A-1**
**Appendix B: Phase I Testing Protocols .................... B-1**
**Appendix C: Phase II Assessment Protocols and Evaluation Forms .................... C-1**
**Appendix D: Special Agent Performance Assessment Network .................... D-1**
**Appendix E: Special Agent Assessor Program .................... E-1**
**Appendix F: Phase II Testing Tips for Applicants .................... F-1**
**Appendix G: Making Travel Arrangements for Phase II .................... G-1**
**Appendix H: Meet-and-Greet Sessions .................... H-1**
**Appendix I: Acronyms .................... I-1**

#### 4.1.2.7. Mobility Agreement

Newly appointed SAs must complete FD-918, "Directed Reassignment and Worldwide Mobility Policy" forms and accept the possibility of transfer as a condition of their employment. Refusal to accept a reassignment is grounds for dismissal from the FBI. Based on the current funded staffing levels (FSL) and/or critical specialty needs, NATs will be assigned to one of the FBI's 56 FOs. NATs are given the opportunity to rank their desired locations. While consideration is given to these preferences, first-office assignments are based upon the staffing needs of the FBI. SAs rarely return to their processing offices. Applicants should ensure that their families are prepared and supportive of moving before they apply for the SA position.

#### 4.1.2.8. Willingness to Carry a Firearm and Use Deadly Force

SAs are required to carry a firearm at all times and may be required to use deadly force during the course of their duties. The DOJ Policy Statement on the Use of Deadly Force (2004) is contained in the *Domestic Investigations and Operations Guide* (DIOG), Appendix F.

#### 4.1.2.9. Willingness to Work an Average of Ten Hours a Day, Irregular Shifts, Nights, Weekends, Holidays, and Other Unscheduled Duty

Applicants must be advised that SAs are expected to be available for duty at all times, based upon the needs of the FBI. SAs may be assigned to work day or night shifts, as well as weekends, holidays, and irregular shifts. (See the *Time and Attendance Policy Directive and Policy Guide*, 0654DPG, for more information on agent availability pay [AVP].)

When an office becomes aware of a conflict between an applicant's religious beliefs and any requirement of the SA position, the office will neither commit the FBI to accommodate the individual nor automatically disqualify the applicant from employment. Instead, FO personnel must immediately contact the Office of the General Counsel (OGC) in order to determine the specific information needed from the applicant and the course of action that should be followed and notify NAATSU of the same.

#### 4.1.2.10. Automatic Disqualifiers

Applicants will be disqualified from the SASS if any of the following is true:

- The applicant was convicted of a felony. Expunged felony convictions are considered convictions (with few exceptions) and will make the applicant ineligible. Contact SecD to discuss any applicants who have expunged convictions.
- The applicant was convicted of a domestic violence misdemeanor that prohibits the applicant from possessing a firearm.
- The applicant was convicted of a sex crime that required his or her registration as a sex offender.
- The applicant knowingly or willfully engaged in acts or activities designed to overthrow the United States government by force or by any other means.
- The applicant failed to pay court-ordered child support.