# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5281**　　　　　　　　　　　　　September Term, 2019

1:19-cv-02399-RDM

Filed On: December 3, 2019 [1818455]

Andrew McCabe,

  Appellee

 v.

William P. Barr, in his official capacity as
Attorney General, et al.,

  Appellees

David Andrew Christenson,

  Appellant

## O R D E R

  By order filed October 24, 2019, appellant was directed to either pay the filing and docketing fee or file a motion to proceed in forma pauperis by November 25, 2019. To date, appellant has neither paid the fee nor filed a motion to proceed in forma pauperis. Upon consideration of the foregoing, it is

  **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

  The Clerk is directed to issue the mandate in this case by January 17, 2020.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

         BY: /s/
            Joseph A. D'Agostino
            Deputy Clerk