UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE,<br><br>                              Plaintiff,<br><br>      v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                            Defendants. | No. 19-cv-2399<br><br>Hon. Randolph D. Moss<br>United States District Judge |

**GOVERNMENT'S UNOPPOSED MOTION FOR 6-DAY EXTENSION OF TIME TO CONDUCT CONFERENCE OF COUNSEL UNDER RULE 26(f) AND LOCAL CIVIL RULE 16.3(a)**

As part of its September 25, 2020 Order setting the Initial Scheduling Conference for October 28, 2020, the Court ordered counsel to "confer at least 21 days prior to the date of the Initial Scheduling Conference to discuss each of the matters outlined in Local Civil Rule 16.3(c)" — i.e., by October 7, 2020. ECF No. 38 at 1.

Defendants William P. Barr, in his official capacity as U.S. Attorney General; U.S. Department of Justice; Christopher A. Wray, in his official capacity as Director of the Federal Bureau of Investigation; and Federal Bureau of Investigation move for a six-day extension of time to conduct the conference of counsel under Rule 26(f) and Local Civil Rule 16.3(a), from October 7, 2020, to October 13, 2020. The government does not seek to modify the date of the Initial Scheduling Conference or the deadline to submit the joint Local Civil Rule 16.3(d) report. Plaintiff Andrew G. McCabe does not oppose to this requested extension. This request is supported by good cause, as set forth below:

1

1. Due to obligations in other cases and other personal responsibilities, government counsel are not mutually available for the conference of counsel under Rule 26(f) and Local Civil Rule 16.3(a) on or before October 7, 2020, the current deadline to conduct the conference. The government thus requests a six-day extension of time to conduct the conference of counsel under Rule 26(f) and Local Civil Rule 16.3(a), from October 7, 2020, to October 13, 2020.

2. The government does not seek to modify the date of the Initial Scheduling Conference. The government also does not seek to modify the deadline to submit the joint Local Civil Rule 16.3(d) report, which would remain due "no fewer than 7 days prior to the date of the Initial Scheduling Conference." ECF No. 38 at 1.

3. In accordance with Local Civil Rule 7(m), government counsel conferred with counsel for plaintiff Andrew G. McCabe about this motion to extend the deadline to conduct the conference of counsel under Rule 26(f) and Local Civil Rule 16.3(a). Plaintiff's counsel advised that they do not oppose the motion.

4. A proposed order is attached.

Dated: October 2, 2020						Respectfully submitted,

							JEFFREY BOSSERT CLARK
							Acting Assistant Attorney General

							CHRISTOPHER R. HALL
							Assistant Branch Director

							*/s/ Garrett Coyle*
							JUSTIN M. SANDBERG
							Senior Trial Counsel
							GARRETT COYLE
							KYLA M. SNOW
							Trial Attorneys
							U.S. Department of Justice
							Civil Division, Federal Programs Branch
							1100 L Street NW
							Washington, DC 20005
							Phone: (202) 616-8016
							Fax: (202) 616-8470
							Email: garrett.coyle@usdoj.gov

							*Counsel for Defendants*