UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                    Defendants. | No. 19-cv-2399<br><br>Hon. Randolph D. Moss<br>United States District Judge |

**GOVERNMENT'S UNOPPOSED MOTION FOR 11-DAY EXTENSION OF TIME TO ANSWER**

Defendants seek an 11-day extension of time, from October 8, 2020 to October 19, 2020, to answer Plaintiff's complaint. The extension will not disrupt the deadlines set in the Court's scheduling order, which sets an October 21, 2020 deadline for the parties to submit the joint report of the meeting required by rule and order. ECF No. 38. Plaintiff Andrew G. McCabe does not oppose to this requested extension. This request is supported by good cause, as set forth below.

1.  On September 24, 2020, the Court denied Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. ECF No. 37.

2.  Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer is due 14 days after the Court's order, or October 8, 2020.

3.  Defendants request an 11-day extension of the answer deadline, until October 19, 2020, to attempt to gather facts responsive to the allegations in Plaintiff's 194-paragraph complaint. ECF No. 1.

4. The extension will not disrupt the deadlines set in the Court's scheduling order, which sets an October 21, 2020 deadline for the parties to submit the joint report of the meeting required by Rule and order. ECF No. 38

5. Plaintiff Andrew G. McCabe does not oppose to this requested extension.

For the reasons stated above, Defendants request an 11-day extension of the answer deadline, from October 8, 2020 to October 19, 2020.

Dated: October 5, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

 /s/ Justin M. Sandberg
JUSTIN M. SANDBERG
Senior Trial Counsel
GARRETT COYLE
KYLA M. SNOW
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5838
Fax: (202) 616-8470
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*