IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

Case No. 1:19-CV-2399-RDM

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Owen Dunn of Arnold & Porter Kaye Scholer LLP, enters his appearance in the above-captioned case on behalf of Plaintiff, Andrew G. McCabe.

Dated: October 6, 2020

Respectfully submitted,

*/s/ Owen Dunn*
Owen Dunn
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, D.C.  20001
Phone:  (202) 942-6461
Owen.Dunn@arnoldporter.com

*Counsel for Plaintiff*