# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE, <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM P. BARR, <br> in his official capacity as <br> ATTORNEY GENERAL OF THE <br> UNITED STATES, *et al.*, <br><br> *Defendants.* | Civil Action No. 19-2399 (RDM) |

## [PLAINTIFF'S PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Scheduling Conference Report and Discovery Plan and their positions as stated at the October 28, 2020 initial scheduling conference, the Court having been sufficiently advised and informed,

IT IS HEREBY ORDERED that the following schedule shall govern this case:

| EVENT | DATES |
|---|---|
| Initial disclosures | Nov. 23, 2020 (Mon) |
| Deadline to amend/join parties without leave of Court | Dec. 17, 2020 (Thu) |
| Proponent's R. 26(a)(2) statements | Apr. 26, 2021 (Mon) |
| Opponent's R. 26(a)(2) statements | May 26, 2021 (Wed) |
| Expert depositions may begin | June 25, 2021 (Fri) |
| Deadline for Post-R. 26(a) discovery requests | Sept. 27, 2021 (Mon) |
| Close of discovery | Oct. 28, 2021 (Thu) |
| Deadline for summary judgment motions | Dec. 7, 2021 (Tue) |
| Deadline for summary judgment oppositions | Jan. 17, 2022 (Mon) |
| Deadline for summary judgment replies | Feb. 7, 2022 (Mon) |
| Pretrial conference | May 9, 2022 (Mon) |
| Trial | June 20, 2022 (Mon) |

IT IS SO ORDERED on this the _____ day of October, 2020.

_____
RANDOLPH D. MOSS
United States District Judge