UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR, )<br>in his official capacity as )<br>ATTORNEY GENERAL OF THE )<br>UNITED STATES, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 19-2399 (RDM) |

**[DEFENDANTS' PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Scheduling Conference Report and Discovery Plan and their positions as stated at the October 28, 2020 initial scheduling conference, the Court having been sufficiently advised and informed,

IT IS HEREBY ORDERED that the following schedule shall govern this case:

| EVENT | DATE |
|---|---|
| Initial Disclosures | Nov. 23, 2020 |
| Deadline to amend/join parties w/o leave of Court | Dec. 17, 2020 |
| Proponent's R. 26(a)(2) Statements | Jan. 26, 2021 |
| Opponent's R. 26(a)(2) Statements | Feb. 25, 2021 |
| Expert Depositions May Begin | Mar. 26, 2021 |
| Deadline for Post-R. 26(a) Discovery Requests | Mar. 26, 2021 |
| Close of discovery | Apr. 26, 2021 |
| Deadline for summary judgment motions | June 10, 2021 |
| Deadline for summary judgment oppositions | July 12, 2021 |
| Deadline for summary judgment replies | Aug. 2, 2021 |
| Pretrial conference | Nov. 30, 2021 |
| Trial | Jan. 18, 2022 |

IT IS SO ORDERED on this the _____ day of October, 2020.

                                                                                              _____
                                                                                              RANDOLPH D. MOSS
                                                                                              United States District Judge