IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE, | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) ) |

Case No. 1:19-CV-2399-RDM

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The parties in the above-captioned action jointly request that the Court enter the attached proposed protective order.  Good cause for entry of the order exists as set forth below.

1. This action arises out of Mr. McCabe's separation from the Federal Bureau of Investigation and the civil service.

2. The parties are currently in the midst of discovery, which involves information and materials that are sensitive and/or protected from disclosure. The parties agree that a protective order should be entered to govern the dissemination and use of such information and materials.

3. The parties thus jointly request that the Court enter the attached proposed protective order in order to facilitate document production and subsequent discovery in this case.

Dated: January 14, 2021                                              Respectfully submitted,

 /s/ Murad Hussain                                                        JEFFREY BOSSERT CLARK
Howard N. Cayne (D.C. Bar. No. 331306)              Acting Assistant Attorney General
Murad Hussain (D.C. Bar. No. 999278)
Brittany McClure (D.C. Bar No. 1001889)              CHRISTOPHER R. HALL

1

2

| | |
|---|---|
| Owen Dunn (D.C. Bar. No. 1044290) | Assistant Branch Director |
| Ryan D. White (D.C. Bar No. 1655918) | |
| Marissa Loya (D.C. Bar No. 1672681) | */s/ Justin M. Sandberg* |
| ARNOLD & PORTER KAYE SCHOLER LLP | JUSTIN M. SANDBERG |
| 601 Massachusetts Avenue, NW | Senior Trial Counsel |
| Washington, DC  20001-3743 | GARRETT COYLE |
| Telephone: (202) 942-5000 | KYLA M. SNOW |
| | Trial Attorneys |
| *Counsel for Plaintiff Andrew G. McCabe* | U.S. Dep't of Justice, Civil Div. |
| | Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-5838 |
| | Justin.Sandberg@usdoj.gov |
| | |
| | *Counsel for Defendants* |