**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW G. MCCABE,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>WILLIAM P. BARR,  )<br>in his official capacity as  )<br>ATTORNEY GENERAL OF THE  )<br>UNITED STATES, *et al.*,  )<br>)<br>*Defendants*.  )<br>) | Civil Action No. 19-2399 (RDM) |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Motion to Compel Defendants' Production of Documents and Supporting Statement of Points and Authorities, and the Court having been sufficiently advised and informed,

IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED.**

IT IS SO ORDERED on this the _____ day of _____, 2021.

_____
RANDOLPH D. MOSS
United States District Judge