UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANDREW G. MCCABE,

                Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,

                Defendants.

No. 19-cv-2399

## DECLARATION OF BRANDY F. HAMILTON

Brandy F. Hamilton, pursuant to the provisions of 28 U.S.C. § 1746, hereby declares as follows:

1. I submit this declaration in support of the Defendants' Brief in Opposition to Plaintiff's Motion to Compel Defendants' Production of Documents.

2. I am the Director of Investigative Support in the Oversight and Review Division (O&R) of the U.S. Department of Justice (Department) Office of the Inspector General (OIG). O&R is a multi-disciplinary division that conducts special reviews and investigations of sensitive allegations and complex matters involving Department employees or programs. O&R also investigates allegations of misconduct involving senior Department officials, including investigations involving conflicts of interest, unauthorized leaks, and claims of whistleblower retaliation. As the Director of Investigative Support, I have a broad range of supervisory responsibilities over and provide technical direction and guidance to Program Analyst, Paralegal, Transcriptionist, and Administrative personnel; have oversight of the administrative services that support O&R; manage programmatic functions within the division; and respond to data calls and

1

inquiries from Congress, the Department, other agencies, and outside entities regarding O&R's work. The statements in this declaration are based upon my personal knowledge and experience and upon information made available to me in the course of my official duties.

3. On June 14, 2018, the OIG issued a report entitled "A Review of Various Actions by the Federal Bureau of Investigation and Department of Justice in Advance of the 2016 Election" (Pre-Election Report), which is publicly available at https://www.oversight.gov/sites/default/files/oig-reports/o1804.pdf. As described on page 3 of the Pre-Election Report, the OIG reviewed significantly more than 1.2 million documents during the course of the investigation. The OIG obtained a majority of these documents from the Department and from the Federal Bureau of Investigation in response to the OIG's requests for documents, and in some instances, directly from witnesses. These documents reside in a Relativity database maintained by the OIG.

4. In connection with the above-referenced litigation, I was asked to perform a search in the Relativity database to determine the approximate number of documents that hit on certain search terms.

5. On March 1, 2021, I ran a keyword search for documents in the Relativity database using the following search string: McCabe or AGM or "Deputy Director."

6. The search in Relativity returned approximately 178,000 documents.

7. The approximately 178,000 documents could include duplicate documents that were not de-duplicated when data was processed into the Relativity database.

8. Documents generated by the investigative team in conducting the review memorialized in the Pre-Election Report (Pre-Election Review) are not held in the Relativity database; rather, they are maintained in a separate OIG share drive folder. For example, the Pre-

Election Review share drive folder includes audio recordings and transcripts of witness interviews, congressional testimony, correspondence, legal research, and copies of documents produced in response to OIG's requests for documents, which are also loaded into Relativity.

9. I am unable to easily conduct a keyword search on the Pre-Election Review share drive folder as it is currently maintained, but I was asked to provide an estimate of the volume of material held in this folder. On March 5, 2021, using Windows Explorer, I reviewed the properties of the Pre-Election Review share drive folder to identify the volume of material held in it. I determined that the volume of material in the Pre-Election Review share drive folder is approximately 13.75 gigabytes. This 13.75 gigabyte figure is the total volume of the Pre-Election Review share drive folder less the volume of two subfolders: one which contains copies of documents produced in response to OIG's requests for documents, which are also loaded into Relativity, and one which contains the investigative materials related to the investigation memorialized in the February 2018 OIG report entitled "A Report of Investigation of Certain Allegations Relating to Former FBI Deputy Director Andrew McCabe."

10. There is a subfolder of the Pre-Election Review share drive folder that contains material related to Chapter 13 of the Pre-Election Report, entitled "Whether Former Deputy Director Andrew McCabe Should Have Recused From Certain Matters." The material in this subfolder comprises approximately 530 megabytes of the total volume of the Pre-Election Review share drive folder.

11. Based on my personal knowledge and experience, and documents and information made available to me in connection with this motion, I am aware that there are nineteen OIG employees who worked on the Pre-Election Review who did not also work on the investigation memorialized in the February 2018 OIG Report entitled "A Report of Investigation of Certain

Allegations Relating to Former FBI Deputy Director Andrew McCabe." This figure of nineteen does not include five OIG employees who participated in the Pre-Election Review by providing information technology support or intern support. I did not conduct a search or perform an estimate of the volume of material relating to the Pre-Election Review that these nineteen OIG employees might hold in their individual electronic drives or elsewhere. I am aware that a search was requested to be run by Lead Information Technology Specialist Bradley Leonard on the email accounts of these nineteen OIG employees.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Washington, D.C.
            March 12, 2021

                                                        Brandy F. Hamilton