UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANDREW G. MCCABE,

          Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,

          Defendants.

No. 19-cv-2399

## DECLARATION OF BRADLEY S. LEONARD

Bradley S. Leonard, pursuant to the provisions of 28 U.S.C. § 1746, hereby declares as follows:

1. I submit this declaration in support of the Defendants' Brief in Opposition to Plaintiff's Motion to Compel Defendants' Production of Documents.

2. I am the Lead Information Technology Specialist in the Cyber Investigations Office of the U.S. Department of Justice Office of the Inspector General (OIG). I have worked within the OIG as a student trainee in digital forensics from December 2011 to May 2014, and then as an ITS Specialist from May 2014 to the present. In my capacity as the Lead Information Technology Specialist, I regularly participate in the seizing of digital evidence for OIG investigations, conduct eDiscovery searches and collections, and perform forensic acquisitions and digital analysis. Searching OIG email accounts for eDiscovery requests is a regular occurrence within my normal duties. The statements in this declaration are based upon my personal knowledge and experience and upon information made available to me in the course of my official duties.

1

3. In connection with the above-referenced litigation, I was asked to perform a search to determine the approximate number of emails that hit on certain search terms within a given date range across the email accounts of nineteen OIG custodians.

4. On March 1, 2021, I ran a search for emails within the date range November 8, 2016 through May 11, 2019 across nineteen OIG custodians that hit any of the following search terms: McCabe, AGM, or "Deputy Director."

5. The search returned an estimated total of 24,351 results, approximately 13.24 gigabytes of indexed results across all nineteen custodians, and includes hits contained within both email messages and email attachments.

6. The total number of search hits is an estimated quantity and subject to change. A search hit tallied for an email does not include a count of any child items, such as attachments, that do not themselves have a search hit. The process of de-duplication was not performed or factored into the total.

7. The total also does not include partially indexed or unindexed items, which can include pictures, audio, or similar files attached to emails, and would need to be searched manually. OIG located 3,493 of these types of partially indexed or unindexed files.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Dallas, TX
         March 12, 2021

                                                    _____
                                                    Bradley S. Leonard