IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE,<br><br>    *Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, *et al.*,<br><br>    *Defendants*. | Civil Action No. 19-2399 (RDM) |

## DECLARATION OF EMILY A. SORKNESS

I, Emily A. Sorkness, declare as follows:

1. I am employed by the Federal Bureau of Investigation (FBI) as a Supervisory Special Agent, currently assigned to the Internal Affairs Unit, Inspection Division (INSD), located in Washington, D.C. I have served in this capacity from approximately 01/05/2020 to present. I have been employed by the FBI since 09/07/2004.

2. The statements contained in this declaration are based upon my personal knowledge, review and consideration of documents available to me in my official capacity and on information obtained from other FBI employees.

3. I submit this declaration in support of Defendants' response to Plaintiff's Motion to Compel.

4. I have conducted a review of INSD files regarding the Circa News leak investigation relating to the Plaintiff in this matter, Andrew G. McCabe, and I have

reviewed the discovery request relating to investigation other than the Wall Street Journal (WSJ) leak/lack of candor investigation. The following is the number of FBI custodians related to the Circa News investigation who did not work on the WSJ investigation; and the number of documents serialized/uploaded to the Circa News investigation. This number does not include emails and other files that custodians may have maintained in other locations which are not readily searchable.

a. Three FBI custodians

b. 151 FBI documents

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

    Executed this 11th day of March, 2021.

_____

                                          Emily A. Sorkness
                                          Supervisory Special Agent
                                          Internal Affairs Unit
                                          Inspection Division
                                          Federal Bureau of Investigation
                                          Washington, D.C.