# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-2399 (RDM) |
| ) | |
| MERRICK B. GARLAND, ) | |
| in his official capacity as ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties jointly move this Court to extend the deadlines in this case for the completion of discovery and other events. This is the parties' first request to extend the discovery period.

In support of this motion, the Parties state as follows:

1. By minute order dated October 30, 2020, this Court established various discovery deadlines.

2. Since then, the parties have each served written discovery requests and are in the process of collecting, reviewing, and producing responsive documents on a rolling basis. Plaintiff has also served draft deposition notices on Defendants for eight of their current and former employees, and Defendants are working to identify available dates.

3. Defendants have not have yet been able to run all of the necessary document searches. Therefore, the existing discovery deadlines will not give the parties adequate time with Defendants' ultimately produced documents ahead of Plaintiff's anticipated depositions.

4. The parties therefore respectfully request that the Court modify the discovery schedule as follows, without prejudice to either side's ability to seek further future extensions for good cause:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Proponent's R. 26(a)(2) statements | 3/31/2021 | 7/31/2021 (+4 months) |
| Opponent's R. 26(a)(2) statements | 4/30/2021 | 8/30/2021 (+4 months) |
| Close of discovery | 7/30/2021 | 10/30/2021 (+3 months) |
| Post-discovery status conference | 8/10/2021 | 11/10/2021 (+3 months) |

March 17, 2020

 /s/ Ryan D. White
Howard N. Cayne (D.C. Bar. No. 331306)
Murad Hussain (D.C. Bar. No. 999278)
Brittany McClure (D.C. Bar No. 1001889)
Owen Dunn (D.C. Bar. No. 1044290)
Ryan D. White (D.C. Bar No. 1655918)
Marissa Loya (D.C. Bar No. 1672681)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone: (202) 942-5000

*Counsel for Plaintiff Andrew G. McCabe*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

 /s/ Justin M. Sandberg
JUSTIN M. SANDBERG
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
GARRETT COYLE
MICHAEL GERARDI
Trial Attorneys
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20530
Phone:  (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE,<br><br>   *Plaintiff*,<br><br> v.<br><br>MERRICK B. GARLAND,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-2399 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Extent Discovery, the Court having been sufficiently advised and informed,

IT IS HEREBY ORDERED that the following schedule shall govern this case:

| EVENT | NEW DEADLINE |
|---|---|
| Proponent's R. 26(a)(2) statements | 7/31/2021 |
| Opponent's R. 26(a)(2) statements | 8/30/2021 |
| Close of discovery | 10/30/2021 |
| Post-discovery status conference | 11/10/2021 |

IT IS SO ORDERED on this the ____ day of March, 2021.

_____
RANDOLPH D. MOSS
United States District Judge