1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3    ANDREW G. MCCABE,
                                            Civil Action
4              Plaintiff,                   No. 1:19-cv-2399

5         vs.                               Washington, DC
                                            March 18, 2021
6    MERRICK B. GARLAND, et al.,
                                            9:00 a.m.
7              Defendants.
     _____/
8

9            TRANSCRIPT OF TELEPHONE CONFERENCE
           BEFORE THE HONORABLE RANDOLPH D. MOSS
10              UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:    MURAD HUSSAIN
13                         RYAN WHITE
                            Arnold & Porter
14                          601 Massachusetts Avenue, NW
                            Washington, D.C. 20001
15

16   For the Defendants:   MICHAEL GERARDI
                            U.S. Department of Justice
17                          Civil Division, F.P.B.
                            1100 L Street, NW
18                          Washington, D.C. 20530

19

20

21

22

23   Court Reporter:       JEFF M. HOOK
                            Official Court Reporter
                            U.S. District & Bankruptcy Courts
24                          333 Constitution Avenue, NW
                            Room 4700-C
25                          Washington, DC 20001

1                      P R O C E E D I N G S

2          **DEPUTY CLERK:**  This is civil action 19-2399,

3    Andrew G. McCabe versus William P. Barr, et al.  Appearing

4    for plaintiff, Murad Hussain and Ryan White.  Appearing for

5    defendants, Michael Gerardi.

6          **THE COURT:**  I'm sorry, for the defendants who was

7    it?

8          **DEPUTY CLERK:**  Mr. Gerardi just filed his

9    appearance yesterday.  It's Michael, and his last name is

10   G-E-R-A-R-D-I.

11         **THE COURT:**  Okay, thank you.  Well, thank you

12   everyone.  Before we get going, I want to remind you that

13   it's not permitted to record or to rebroadcast today's

14   proceedings, and I'm going to order that nobody do so.  I'll

15   ask that you mute your phones when you're not speaking so we

16   don't get feedback.  Please speak into the handset when it

17   is your turn so we can hear you clearly.  And also please

18   introduce yourself by name each time you speak so we have a

19   clear record.

20         We're here today on a discovery dispute between

21   the parties.  I have reviewed the parties' submissions, and

22   I'm happy to hear from you now.  Who will speak on behalf of

23   plaintiff today?

24         **MR. HUSSAIN:**  Good morning, your Honor.  This is

25   Murad Hussain at Arnold & Porter for Mr. McCabe.

1      **THE COURT:**  Okay, go ahead.

2      **MR. HUSSAIN:**  Thank you, your Honor.  Just to

3  briefly summarize, we have the two primary disputes about

4  the time period and the other investigations subject matter.

5  I'll just touch on the time period issue first, and then if

6  you'd like me to continue to the investigations I'll do so.

7      Again, just to recap, by and large the first set

8  of requests that we have served, the time period issue as I

9  go through it -- and perhaps we should have been a little

10  clearer in the papers now that I'm looking back on them,

11  mostly affects the general request number two for

12  communications regarding the plaintiff, his wife and various

13  Trump tweets.  Although as to the Trump tweets, the sides

14  are discussing that, and I'm hopeful we'll be able to reach

15  resolution.

16      So ultimately this time period issue primarily

17  focuses on communications related to plaintiff and his wife.

18  The other requests on the back end have specific time

19  limitations already built in.  And the other ones relating

20  to the investigations are somewhat circumscribed now that

21  we've construed them as relating to specific investigations.

22  To be sure, that doesn't mean the time period for those ends

23  necessarily when the investigations are completed because

24  there are reports and things like that.  But by and large,

25  we're focusing on communications I think as it relates to

1    this time period issue.

2             And our view is that under the case law, under

3    even the current notion of proportionality under the rules,

4    a two-year period is generally a reasonable one, and

5    particularly under the facts of this case.  In addition to

6    issues of comparator evidence, which are not before the

7    Court today -- those relate to later requests that have been

8    served and the parties are negotiating, what we're focused

9    on is this idea that essentially, like any traditional

10   workplace employment discrimination case, you have a leader

11   at the top in the form of the former president and

12   subsidiary officials -- here, the agency heads, the attorney

13   general, deputy attorney general, FBI director.

14            And ultimately the case law seems to be pretty

15   clear, that even if something has been said after the last

16   discriminatory action -- here, the events leading to the

17   separation of Mr. McCabe from the FBI in March 2018, they

18   will have probative value particularly if they reflect the

19   same sort of animus later on.  And particularly if they

20   point to what is called in some of the cases a managerial

21   attitude, a corporate culture.  Here what we have is a

22   situation where because of the staggered and overlapping

23   comings and goings of various leadership at the Department

24   of Justice and -- primarily the Department of Justice, the

25   defendants have proposed a cutoff date not of two years

1    after the separation, but roughly about one year after with

2    the departure of Deputy Attorney General Rosenstein.

3        An additional 10 months would be neither

4    particularly more burdensome nor would it actually get at

5    some of the core issues we've identified in the papers.  So

6    for example, what this would leave out would be the new

7    Deputy Attorney General Jeffrey Rosen.  Everyone else would

8    be covered to some degree; for example, Attorney General

9    Bill Barr who arrived in February of 2019.  And that

10   matters, because we've been able to articulate in our papers

11   specific concerns about ongoing retaliatory animus both in

12   the form of former President Trump's comments on Twitter and

13   otherwise in public against Mr. McCabe as well as strong

14   indicia of some concerns expressed by another judge of this

15   court by public reports regarding one of the prosecutors

16   involving the criminal matter.

17       And so again, we're not looking for some sort of

18   generalized probing of the criminal matter per se.  But to

19   the extent that there are non withholdable documents that

20   pertain to retaliatory animus that go to the same theories

21   that we're talking about here, that's sort of why we're

22   really pushing for that in addition to the comparator

23   evidence piece.

24       The defendants --

25       **THE COURT:**  Can I ask you about that, though?

1          **MR. HUSSAIN:**  Yes.

2          **THE COURT:**  I'm not entirely sure I understand

3    that.  I mean, I understand in the context of an employer in

4    a traditional discrimination suit where two, three, five

5    years later evidence that the management of an institution

6    holds racial biases could be probative of whether someone

7    was fired based on their race.  I guess I'm a little less

8    clear here as to what you're looking to find.

9          I mean, suppose that you found an e-mail from

10    Attorney General Barr that was disparaging of Mr. McCabe,

11    that expressed political disagreement with Mr. McCabe, that

12    said in it he got what was coming to him because of all of

13    his politics -- and understand for everyone on the line

14    these are entirely hypothetical, I'm just trying to

15    understand your argument.  What would that prove, somebody

16    who was at the Justice Department after Mr. McCabe was fired

17    didn't like him, was politically hostile to him, thought

18    that he deserved to be fired because of his politics?

19          I still don't quite see how that advances your

20    claim in the way that information that -- indicating that

21    company X is intolerant to people of particular races or

22    sexes or backgrounds would reflect anything.  I mean, the

23    theory here by nature is pretty personal.  It's not as

24    though the Justice Department as an ongoing institution

25    holds particular views here.  I take it the theory is that

1    there were particular people in the Justice Department who

2    were influenced by the president's tweets, and that they

3    acted on those tweets -- or on the influence of those

4    tweets -- from those tweets.

5            Mr. Hussain?

6            **MR. HUSSAIN:**  I'm sorry, I forgot to take myself

7    off mute.  The issue that brings people who were not present

8    at the original point of separation I think is covered by

9    cases like the Ryder case and others that go to this notion

10   of the managerial attitudes that existed.  And here, as your

11   Honor pointed out, we're talking about specific attitudes as

12   to an individual.  So in some ways it's much more narrowed

13   and focus than the general case where you're talking about a

14   more generalized notion of discriminatory animus, age based

15   animus.

16           So here, the reason why a statement by -- a

17   hypothetical statement by Attorney General Barr or someone

18   who was not present in March 2018 would be relevant would be

19   that although we are dealing with the parties being the

20   specific agencies as pled in the complaint and the theory

21   that we have articulated in the prior briefs is that this

22   was part of a general organizational structure involving

23   former President Trump where the people who were in charge

24   of these agencies were generally responsive to the impulses

25   that he would display with respect to the political animus

1    towards Mr. McCabe or others.

2            And so insofar --

3            **THE COURT:**  I'm sorry to interrupt, but that also

4    strikes me as somewhat of a stretch in this context.  You

5    know, evidence that -- again, completely hypothetically,

6    that Attorney General Barr was swayed, and he got up in the

7    morning and read President Trump's tweets and did whatever

8    President Trump said in the tweets doesn't say anything

9    about what Attorney General Sessions might have done or what

10   Mr. Schools might have done, right?

11           **MR. HUSSAIN:**  Well, your Honor, respectfully I

12   think it does.  Because insofar as the official who is

13   filling the official capacity defendant status here is

14   willing to act in such a way based on presidential directive

15   or insinuation, I think that makes it objectively reasonable

16   to -- makes the existence of similar action based upon that

17   improper motive more probable.  And so just as the cases we

18   have cited point to this notion that the existence of later

19   decision making or animus expressed along the same lines

20   later on by managers -- even if unrelated to the individual

21   in question, and even if they had no part in the employment

22   termination in question, the existence of that motive and

23   the process where the managerial actors are willing to act

24   in the normal course upon such motives, particularly coming

25   from the same source leader in the structure here, former

1    President Trump, that does make it more probable and thus

2    more probative of the existence of similar motivation in the

3    past.  Because here --

4            **THE COURT:**  Give me an example of what you would

5    hope to find in the period after Deputy Attorney General

6    Rosenstein and Mr. Schools had left the department -- and as

7    well as Attorney General Sessions.

8            **MR. HUSSAIN:**  Certainly.  So in addition to the

9    type of hypothetical that your Honor raised, here because we

10   are pointing to the unusual indicia regarding the delay

11   attendant to the criminal investigation, not just in the

12   normal course of investigation and ramping up, but

13   specifically as noted by Judge Walton, for example, and

14   concerns about delays, and the delay in the closure of that

15   investigation based on the withdrawal of the FOIA exemption

16   and then nothing, and then finally notifying Mr. McCabe that

17   it was being closed.  Because that investigation was itself

18   supposedly based upon the same underlying administrative

19   findings as the separation here, the criminal investigation

20   and any input from the department out to the investigators

21   or otherwise related to that investigation is coming from

22   that same impulse of animus that existed at the time of the

23   separation.

24           So for example, one of the declarations in the

25   other action that we cited to cited how the OIG report and

1    the respective administrative conclusions there -- which we

2    take issue with of course, but that those conclusions were

3    also essentially the predicate for looking into whether

4    there was any criminal matter to pursue.  Because that

5    really binds that later investigation with this case and the

6    subject matter and the genesis, that the ongoing conduct by

7    departmental leaders as it related even to that later

8    investigation would be very much of a piece in time person

9    and subject matter to the earlier decisions being made.

10            So for example, some statement in December of 2019

11    as we pointed to when President Trump at the time was taking

12    credit -- "Hopefully this will be one of my greatest

13    achievements," as he said, "I was getting rid of those dirty

14    cops," a phrase he used often to refer to plaintiff and

15    others in the FBI leadership.  And insofar as that was

16    during that period when the FOIA exemption had been

17    withdrawn but nothing was done, if there were for example --

18    again hypothetically, comments or discussions about we still

19    need to get this guy, we still want to make sure this

20    investigation keeps going even though whatever else may have

21    happened before to stop it from going forward happened,

22    those would be things of a piece with the managerial

23    attitude given the common genesis of all of these matters

24    coming from the same OIG report and administrative

25    proceedings.

1      **THE COURT:**  So who would say in your hypothetical

2  there, "We still have to get this guy"?  You know, is it the

3  head of the criminal division or a deputy assistant attorney

4  general in the criminal division?  How would that bear on

5  what happened with respect to the termination?

6      **MR. HUSSAIN:**  I think as to specific people, for

7  example, among the list of custodians we provided people

8  like -- whether it's the deputy attorney general, whether

9  it's the attorney general.  These are people who certainly

10  at that time -- as you will recall, in that late 2019, early

11  2020 period, the same week that they dropped the criminal

12  matter with respect to Mr. McCabe, that was the week of the

13  infamous circumstances regarding the Stone sentencing change

14  of recommendation and the controversies there.  So insofar

15  as things were reportedly coming in from leadership within

16  the Department of Justice, those would be the types of

17  custodians that we have in mind.

18      And again, just to be clear, because Mr. McCabe

19  left in March 2018, I suppose we do agree on one basic

20  proposition, which is that there shouldn't be too many

21  things to begin with.  If anyone is talking about Mr. McCabe

22  or his wife at that point in time, the fact that they're

23  talking about it almost seems to be inextricably linked with

24  something related to this impulse of animus.  And insofar

25  as --

1          **THE COURT:**  Well, except for the fact that there

2    apparently was an ongoing criminal investigation and ongoing

3    FOIA litigation which was somewhat high profile, and you

4    wouldn't be surprised to have some discussion among

5    leadership at the Department of Justice about things that

6    were going on even in the FOIA litigation given the fact

7    that it was getting some press coverage.

8          **MR. HUSSAIN:**  Quite possibly, your Honor.  And

9    that's why, as we suggested in our papers, that there may

10   well be withholdable ordinary course type documents.  But

11   insofar as we do have an external corroboration in the form

12   of Judge Walton's comments, public reporting for whatever

13   that's worth respecting the dissatisfaction by some of the

14   prosecutors who left the case, with respect to unusual

15   things happening in terms of delay, in terms of timeframe,

16   that that would take some of those things out of the

17   ordinary course of usual discussions and I think warrant

18   some additional scrutiny as to what exactly was being said

19   that might be of a piece with allegations regarding earlier

20   retaliatory animus.

21          I also think with respect to the burden questions

22   that they raise, insofar as the defendants do bear the

23   burden, they only raise a proportionality challenge as to

24   one issue, the burdens versus the benefits.  Given that

25   they've already proposed a counter of May 2019, adding an

1   additional 10 months during a period where we don't expect a

2   substantial volume of additional documents to be drawn in,

3   and they certainly have not suggested anything in terms of

4   specifics.  They pointed to the Department of Justice

5   conducting searches at this time.  The numbers they've cited

6   seem to be par for the course for contemporary litigation.

7   And certainly in terms of the Department of Justice at least

8   being able to perform some forms of technology-assisted

9   review, those general concerns don't really seem to

10  articulate a particular burden on DOJ.

11          With respect to the FBI, we certainly empathize

12  with the technological constraints and the pandemic-related

13  constraints that have slowed down their review.  And

14  certainly the parties have agreed to an extension of

15  discovery -- which your Honor granted, thank you, in

16  connection with that.  But that would apply regardless of

17  how reasonable or unreasonable they say we're being I think,

18  and frankly to any case.  And so again, those particular

19  assertions of burden are not particular to the issues here,

20  but rather more generalized concern with their resources at

21  this time.

22          **THE COURT:**  Can you narrow the custodians that

23  you're talking about?  One of the things that concerns me

24  about the time period here is the extent to which you're

25  really seeking discovery relating to an ongoing criminal

1    investigation where there really could be fairly voluminous

2    files and a fairly substantial number of custodians.  And if

3    the concern is political influence, can you limit this to

4    just a handful of senior political appointees?  It seems

5    improbable to me that you're going to find that a line

6    assistant in the U.S. Attorney's Office or in the criminal

7    division was operating based on any type of political

8    consideration.

9             MR. HUSSAIN:  We may well be able to, your Honor.

10   While I don't want to presume that any individual at any

11   level would necessarily be immune from -- if not political

12   animus, necessarily immune from pressure, I do agree that to

13   the extent that e-mails have not been deleted on one side of

14   a communication, searching for them at the site of the

15   likely transmitters -- so for example, whether that's high

16   level officials, Attorney General Barr, Deputy Attorney

17   General Rosen, et cetera, that might well capture what we're

18   looking for.  And indeed, those were among the individuals

19   that we provided in our custodian list to the other side.

20             We have asked them for some information about how

21   exactly they're searching.  We haven't received that.  I'm

22   not saying they're not going to give it to us, but we just

23   don't know the particulars of how exactly they're conducting

24   the search in terms of a custodian or search term

25   perspective.  So we have provided them with names, and

1    certainly some of those names I think are already on that

2    list.

3        **THE COURT:**  All right.  Let me -- oh, a final

4    question for you.  What about the defendants' response that

5    this is premature and they're actually actively considering

6    your request?

7        **MR. HUSSAIN:**  To that, your Honor, I mean, yes,

8    we've agreed to a slight extension of the discovery

9    schedule.  But the fact remains that they've had the request

10   since October 30th after the initial scheduling conference.

11   They've had our two-year cutoff proposal since mid December.

12   I noticed that some of these searches -- I'm not sure they'd

13   relate directly to the two-year period, but some of the

14   searches only began after two months of negotiations, and

15   then our indication that we were going to come before your

16   Honor on this dispute.  So I think two months certainly does

17   seem like a fair amount of time for any party to assess the

18   position.

19        And so to the extent that we certainly want to get

20   moving with this case, I think that they can continue to

21   consider our position as much as they want.  But they

22   certainly have articulated very specific reasons as to why

23   they think it's improper.  So I'm not sure if it's -- it's

24   always premature until someone agrees otherwise I suppose.

25   So I think we're comfortable bringing this in a timely

1  fashion and not letting the dispute fester, and then

2  potentially being accused of sitting on our rights down the

3  road.

4          **THE COURT:**  All right.  So let me hear from

5  Mr. Gerardi with respect to the temporal scope issues.

6          **MR. GERARDI:**  Sure.  Good morning, your Honor, and

7  thank you for the opportunity to speak with you about this

8  issue today.  I guess I would start with the prematurity

9  argument.  I think your conversation with plaintiff's

10  counsel had underscored why this issue is still premature.

11  In his argument, he offered to you that really this dispute

12  only deals with one RFP when their argument is one that

13  would apply to -- you know, as initially framed applied to

14  all the RFPs.  And he's also suggested some flexibility

15  about which officials to focus on I think in response to

16  your questions.

17          And, you know, for that reason, I think that --

18  I'm not sure that the issue is ready to be -- is fully

19  joined yet.  I mean, we'd certainly be willing to consider

20  proposals to narrow the scope of this by either RFP or by

21  custodian to get to a point where we can reach agreement.

22  But at this point, that's something we simply need more time

23  to kind of assess and get back to them on.

24          I guess on the relevance point, again, I think

25  your Honor's questions hit at exactly the right point.  I do

1    think that this case is a little bit different than a

2    typical kind of corporate culture discrimination case.  I

3    think that -- you know, I think the theory is treating the

4    DOJ officials that were in the department, you know, 14

5    months -- you know, more than 14 months after the decision

6    to terminate plaintiff was made, you know, as if they're

7    sort of interchangeable parts of a corporate culture that

8    simply answers to whatever statements may have been made on

9    Twitter that morning is not the right way to look at this

10   case.  I mean, it's treating DOJ as a sort of amorphous

11   mass.  And I think as you well know, there's lots of

12   varying -- you know, with changes in administration and

13   changes in personnel, you can't necessarily imply that

14   things that happened well after an official decision is

15   taken, that those intentions impute themselves to people who

16   served in the past.

17          And to kind of put a period on it, I mean, all of

18   those theories have to be sort of assessed through the prism

19   of Rule 26 which balances potential -- you know, the

20   potential for some sort of relevant evidence against the

21   burdens that it would impose.  We're already reviewing

22   hundreds of thousands of documents in this case.  We've

23   already -- you know, we've already offered a compromise

24   which was a kind of departure from our original position.

25   Initially when we responded to their discovery requests, we

1    noted 5/31 -- May 31, 2018 as the cutoff because that

2    mirrored the subpoena that the plaintiff served on the White

3    House.

4          I mean, so I think the compromise that we've

5    offered goes a long way from that, and I think it's already

6    sweeping in quite a huge number of documents.  And as

7    plaintiff's counsel acknowledged -- and I appreciate that

8    acknowledgement, especially for the FBI, that it's a

9    significant burden to review.  Because even if our tool for

10   collecting and searching ESI are still -- you know, it's

11   still -- it still takes a lot of work.  The search terms, as

12   I think you rightly pointed out, might hit on a lot of

13   things that ultimately are going to either not be relevant

14   or might not produced, but FBI still has to review each of

15   those documents by hand page by page, line by line.

16         So for that reason, I think that if the Court

17   decides to reach the issue, it should deny the motion.

18   Because I don't think that the plaintiff's theory of

19   relevance is outweighed by the proportional -- is

20   proportional to the burdens that pursuing it would impose.

21         THE COURT:  All right.  So this is what my view is

22   with respect to this issue.  I do think that it is

23   premature, and the reason I think it's premature is not that

24   perhaps the Justice Department and the FBI are still

25   thinking about how to respond.  The reason I think it's

1    premature is I think the parties should meet and confer

2    about whether there are ways to narrow and focus the

3    requests for the period of time after Attorney General

4    Sessions, Deputy Attorney General Rosenstein and Mr. Schools

5    had left the department.  And it may be that there is some

6    theory of relevance or calculated to lead to discoverable

7    evidence after that period with respect to serving

8    custodians or certain fairly focused requests.

9            My concern, though, is that I don't think that

10   it's proportionate or appropriate to open the door to

11   discovery relating to what was happening in the criminal

12   investigation, at least to the extent that decisions were

13   being made or analysis was taking place or there were even

14   communications that didn't involve any political appointees

15   in the department, but rather was just a more traditional

16   criminal investigation.  So that's my take on all that.

17           I do think you should have an opportunity to try

18   and negotiate something and see if you can narrow things and

19   focus it in light of that.  It may be that there's not much

20   here at all anyway, and therefore that will address some of

21   the burdensomeness.  And it may be that there are targeted

22   search terms that could be used that would narrow things as

23   well.  So I think you should meet and confer further about

24   this, but I would urge you to do so over the next 10 days or

25   so.  I don't think that this should drag on long.  Hopefully

1    you can come up with something.  If you can't, you're

2    welcome to come back to me and I'll decide it at that point

3    in time.  But hopefully I'll decide it based on a more

4    focused dispute where we're talking about a handful of

5    custodians and a fairly focused request, to the extent it

6    extends beyond the timeframe the department has already

7    agreed to.

8         Mr. Hussain, do you want to address the second set

9    of issues, the other investigations?  You may still be on

10   mute.

11        **MR. HUSSAIN:**  I'm sorry, I was, yes.  So with

12   respect to the investigations issues, the parties have

13   essentially construed them to refer to documents pertaining

14   to four specific investigations or prongs of investigations.

15   As well as the plaintiff has continued to say if there are

16   other investigations related to the plaintiff that he's not

17   aware of, then defendants should certainly do their work as

18   to that as well.  But because we don't know about them, we

19   haven't been able to refer to them and therefore we're

20   focused on these four.

21        Namely, the inspector general had announced early

22   in January 2017 before inauguration a comprehensive review

23   of election-related activities by the department and FBI.

24   So we're calling -- the bulk of that we're calling the

25   pre-election review which included various prongs, one of

1    which was a prong about media disclosures which was

2    eventually spun off into what's the Wall Street Journal

3    investigation which was the underlying supposed predicate

4    for defendants' actions here.  So the pre-election material

5    that does not involve the Wall Street Journal is number one.

6    The Wall Street Journal.  Review of -- questions of whether

7    Mr. McCabe should have recused in connection with his wife's

8    prior political campaign at the state level.  And then there

9    was an FBI review with respect to some disclosures to an

10   online publication called Circa News.

11        So with respect to all of those -- the

12   pre-election review, the recusal prong and the Circa News

13   review, all of those were things that we believe to be

14   relevant and probative just as the Wall Street Journal

15   investigation would be, because all of those things reviewed

16   the perceived political expression and association of

17   plaintiff and others.  And so to the extent, again, that the

18   defendants are objecting to this issue with respect to

19   proportionality, again, they only address one of the six

20   prongs which are to be balanced in sort of a holistic

21   fashion, focusing only on the burdens and the benefits.

22        And just jumping straight to the burdens that they

23   assert, we think that the declarations actually identify a

24   fairly manageable universe of documents.  So for example,

25   the materials regarding the recusal prong, apparently it's

1    548 megabytes.  It actually sits on an old school compact

2    disc, not even a DVD.  We think that's sort of very easily

3    produced to us.  With respect to the office of the inspector

4    general's and other's pre-election materials that they've

5    identified, those fit into roughly three buckets.  One is

6    materials on Relativity, which those appear to be a general

7    body of documents.  The second category are custodial

8    documents for 19 OIG employees.  And the third category are

9    documents that they generated during the course of the

10    investigation.

11            With respect to the documents generated in the

12    course of the investigation, as our reply brief identifies,

13    there are a number of categories that have been described.

14    We don't want all those categories.  The two categories

15    they've identified that are pertinent we think would be

16    witness interviews and correspondence, again, that

17    references and relates to plaintiff.  Insofar as these

18    investigations had aspects that were not pertinent to

19    plaintiff, we don't want that stuff, just the stuff that

20    references plaintiff.  They've already identified some of

21    their own chosen search terms.  We would have a few other

22    suggestions.  For example, acting director is a term that we

23    didn't see in their listing there.  We think that the

24    volumes they've identified are probably going to become

25    quite manageable once you cut out some of those other

1    categories that we don't care to review.

2          With respect to the OIG custodian materials, I'm

3    just bringing up their documents there.  Again, they've

4    identified I think about 25,000, 24,000 documents -- or

5    e-mails give or take.  That's actually up through I think

6    their May 2019 cutoff date.  I think we're complaining of a

7    few things here.  I mean, we're focused on things related to

8    the investigation as opposed to necessarily custodian

9    e-mails.  So if they have a thought on focusing that further

10   on the investigation as to this request, we're open to

11   entertaining that.  But ultimately the 24,000 odd e-mails

12   they've identified, again after de-duplication, it really

13   seems to be quite a manageable scope that we would be happy

14   to receive as is.  And then the largest batch of that is one

15   they've identified, again before de-duplication, of about

16   175,000 documents on their Relativity system.  Again, that's

17   something which --

18         THE COURT:  I'm sorry, can you say that word

19   again?  What system?

20         MR. HUSSAIN:  Relativity, it's a document review

21   platform.

22         THE COURT:  Okay.

23         MR. HUSSAIN:  Relativity is a commonly used one.

24   So it sounds like these are documents that are susceptible

25   to the usual sorts of searching and de-duplication and

1    standard culling processes.  So again, as with the other

2    documents, this 175,000 has not been -- it sounds like it

3    has not been de-duplicated yet.  So we think in addition

4    to -- it's also unclear exactly what the date range for

5    these documents are.  But again, given that we're focused on

6    the investigations, not so much the two-year or whatever

7    period may be, upon de-duplication, we would suggest again

8    applying a handful of other terms that we can negotiate with

9    them such as acting director.  Again, we're looking for

10   things just related to plaintiff.  And again, we think that

11   once that's probably culled through de-duplication, we'll

12   probably arrive at a scale of documents that is relatively

13   par for the course in contemporary litigation, again, that

14   we would be willing to take as a bundle.

15          So with respect to the burden argument, it sounds

16   like they've identified a fair -- and the fourth category is

17   the FBI has done its own review relating to this Circa News

18   online publication disclosure investigation.  That's 151

19   documents that have been serialized in their case files.

20   And then a number of custodians there, which again we would

21   suggest that they conduct in this same fashion of searching,

22   de-duplicating, filtering by date.  We had a start date of

23   November 2016, so it's unclear if they had applied that

24   already.  And so there were only three custodians -- so 151

25   documents for Circa News, and only three custodians as to

1    that investigation.  So again, that seems to be a highly

2    manageable universe of materials.

3              So as to all of the specific documents they've

4    identified in connection with these requests, we think

5    they're both relevant given the common review of political

6    expression and association, and the probative value of any

7    documents in there that would be discussing perceptions of

8    his politics.  And the burdens that they've articulated seem

9    to be quite manageable within the scope of contemporary

10   litigation.

11             **THE COURT:**  Mr. Gerardi, do you want to respond?

12             **MR. GERARDI:**  Sure, your Honor.  I think to start,

13   plaintiffs I don't think really contest what I think is the

14   central point of our opposition which is that these other

15   investigations were by and large -- and the people who we've

16   raised concerns about the burden of discovery into their

17   files in our opposition are people who didn't play a role in

18   the piece of the OIG's -- in the OIG investigation that

19   dealt with the WSJ leak.  I mean, it's worth recalling that

20   plaintiff's counsel pointed to the fact that there was a

21   pre-election review that was initiated in January 2017.  But

22   the review of Mr. McCabe's behavior with respect to the Wall

23   Street Journal leak was authorized later in August of 2017.

24   It was authorized by an FBI referral whereas the

25   pre-election review was based on requests by -- was sort of

1    an oversight request, members of Congress made those

2    requests.  You had different people working on different

3    issues.  It's not necessarily -- you know, there's not

4    necessarily anything on the face of the investigation that

5    would lead you to conclude that there's likely to be

6    evidence of animus, because the pre-election review didn't

7    conclude that -- as plaintiff concedes, didn't conclude

8    anything improper about him.

9            You can always I suppose come up with

10   hypotheticals about what you might find doing discovery, but

11   the Rule 26 inquiry has to balance the likelihood of

12   discovering relevant evidence against -- you know, and I

13   guess we'd agree with plaintiff's counsel, all of the

14   factors of Rule 26(b) -- although we believe here the most

15   pertinent one has to do with benefits and burdens, and it's

16   not necessarily a scorecard where you chalk up how many

17   factors are one way and how many factors go another and you

18   mechanically crank out --

19           **THE COURT:**  Well, let me ask you about the burden

20   here, because I think that's critical to the questions in

21   front of me.  I understand that there are a lot of documents

22   particularly relating to the pre-election review, and that

23   there are a lot of custodians.  But if all that information

24   is in searchable databases, is it in fact terribly

25   burdensome to search those materials simply for Mr. McCabe's

1    name or deputy director or acting director?  And I suspect

2    if you did that, the number of responsive documents quickly

3    would become pretty small.

4         **MR. GERARDI:**  Sure.  So your Honor, we already did

5    some of this analysis -- you know, explanation in our

6    opposition brief at pages nine to 10.  And I guess to maybe

7    touch on those points again, we've already tried to provide

8    an estimate of what's in that Relativity database by doing

9    some searching for some relevant -- for some terms of that

10   plaintiff's name, initials or title, and the same is true

11   for the e-mail addresses.  I think the reason why I'm not --

12   I don't agree with the other side's assessment of the burden

13   on this is that the way their request has been framed, I

14   think basically all of those documents are going to wind up

15   being responsive on some level.

16        Technology-assisted review and other sorts of

17   tools are still not at a place where they can kind of

18   replace privilege review, for instance.  Since this is stuff

19   that's coming out of an investigation, I suspect that there

20   would likely be significant privilege issues to work

21   through.  I kind of read their reply brief as sort of not

22   really conceding much to us on our concerns about burden.  I

23   mean, I know that the plaintiff has -- based on our sort of

24   description of some of the contents of the shared drive

25   folder, the plaintiff has identified perhaps some obviously

1  irrelevant materials or things that are obviously of no use

2  to them.  But I think that by and large, just going through

3  the transcripts and producing -- you know, searching those

4  for references for plaintiff and trying to figure out if

5  there's things that have to be redacted or withheld or

6  subject to our protective order, you know, that's -- I still

7  think that's a significant burden.  So I wouldn't

8  necessarily agree that the way they've narrowed the dispute

9  is helpful in that regard.

10       **THE COURT:**  Let me ask you, within the Relativity

11  database, is it possible to do conjunctive searches so that

12  you can do a search that's McCabe, AGM, deputy director,

13  acting director -- or acting director all in parentheses,

14  and president or Trump or Jill McCabe or Democrat or

15  something like that?  Is it possible to do searches like

16  that in a way that you can narrow it?  Because I do

17  understand that asking for a review of 178,000 documents is

18  a lot, and so what I'm trying to get at is whether there are

19  other ways to narrow that 178,000 documents.

20       **MR. GERARDI:**  The simple answer is yes, Relativity

21  like most search platforms does allow you to do conjunctive

22  searches and use some Boolean terms.  Like if you use

23  Westlaw to pull cases -- you know, I don't want to say that

24  they're completely the same, but there are some analogs.

25  And the way this was initially -- I think the way the

1   dispute was framed up for you was like anything that

2   mentions plaintiff in here.  I think if the discussion is of

3   a narrower band of documents, I think that's something I'd

4   have to take back to our -- to OIG to see if it's something

5   that we could work with in terms of burden.

6           **THE COURT:**  Well --

7           **MR. HUSSAIN:**  Your Honor, if I might?  This is

8   Mr. Hussain.

9           **THE COURT:**  Is that Mr. Hussain?

10          **MR. HUSSAIN:**  Yes, this is Mr. Hussain.  If I can

11  just add one point -- two points.  With respect to the

12  volumes identified in the declarations, those are pre

13  de-duplication.  And certainly it has been our experience in

14  other matters that de-duplication will cull a significant

15  number of documents when they are gathered from multiple

16  custodians, particularly those who are working on related

17  matters.  So I think part of the size issue would be taken

18  care of.

19          The other point I would just want to reinforce is

20  that with respect to the genesis -- the asserted genesis of

21  the Wall Street Journal piece, we've already set forth in

22  our opening motion that it was not in fact purely an FBI

23  issue that generated the Wall Street Journal thing.  Because

24  in fact, OIG at a very early phase had actually prompted the

25  FBI investigators to look into the Wall Street Journal

1    question.  And so there's a lot of intertwining in terms of

2    how things all spun out from this original pre-election

3    review.

4         **THE COURT:**  Okay.  Well, I have to say, my take on

5    all this is that the likelihood of discovery of relevant

6    information or information likely to lead to the discovery

7    of relevant information with respect to the Wall Street

8    Journal investigation, the recusal investigation and the FBI

9    Circa News investigation, that in all those cases the burden

10   is not so substantial as to outweigh the potential probative

11   value of the discovery.

12        I'm less certain about the pre-election review

13   matter and 178,000 documents.  It may be that it gets

14   narrowed a great deal through de-duplication, I don't know

15   the answer to that.  Nineteen custodians seems like a lot.

16   I do grant you, though, that it's possible that there is

17   something in those materials that could be relevant in this

18   case.  But I think you need to find some way to narrow your

19   request or to meet and confer and to come to some agreement

20   on a less burdensome process.

21        It may be that if you narrow it and you through

22   the narrowed searches discover material that is highly

23   significant, that I would then be persuaded to open it back

24   up and authorize broader discovery.  But I think as cast

25   now, it is too burdensome in light of the likelihood of

1    discovering probative information.  I just think the parties

2    need to meet and confer about how to narrow that.

3            It may be that there's some way to limit the

4    custodians.  It may be that there are ways to narrow the

5    search by using conjunctive terms to narrow it.  It may be

6    that the defendants just have to do the de-duplication

7    analysis.  And I frankly don't know how complicated that is,

8    and whether it's a matter of pushing a button and waiting

9    for the answer or whether it takes hundreds of hours to do

10   that.  But if that can be done easily and you can come back

11   to me and say it's actually not 178,000 documents we're

12   talking about here, it's actually 25,000, that's a very

13   different question at that point.  But until you get to that

14   point, I don't think that I'm in a position or that I should

15   order that defendants simply conduct a review and produce

16   those documents.

17           So I think you have a couple of issues that you

18   need to continue to meet and confer on.  I think in

19   particular, you need to do so with respect to the timeframe

20   and with respect to the pre-election review.  And in both

21   cases, to see whether there are ways to narrow the search

22   but still provide plaintiff with information to which he is

23   entitled.

24           Mr. Hussain, anything further you wanted to raise

25   today?

1      MR. HUSSAIN:  Not today.  Although with respect to

2  the pre-election references, I just wanted to clarify.

3  Since the defendants' position I think is that the recusal

4  investigation is a quote -- or I think that was our term,

5  prong of the pre-election, that you are granting our request

6  that they provide the recusal related materials, and your

7  discussion of the pre-election materials and the narrowing

8  is sort of pre-election less the other investigations being

9  discussed?

10      THE COURT:  That's correct.

11      MR. HUSSAIN:  Thank you, your Honor.  Nothing

12  further from plaintiff today.

13      THE COURT:  Mr. Gerardi, anything further from

14  defendants today?

15      MR. GERARDI:  No, your Honor.  Thank you again.

16      THE COURT:  All right, thank you all.  Good luck.

17      (Proceedings adjourned at 9:48 a.m.)

18

19

20

21

22

23

24

25

1                            **C E R T I F I C A T E**

2

3                    I, **Jeff Hook, Official Court Reporter**,

4      certify that the foregoing is a true and correct transcript

5      of the remotely reported proceedings in the above-entitled

6      matter.

7                        **PLEASE NOTE:**  This hearing occurred during

8      the COVID-19 pandemic and is therefore subject to the

9      technological limitations of court reporting remotely.

10

11

12

13      **March 22, 2021**

14           **DATE**                              **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**1**

10 [4]   5/3 13/1
19/24 27/6
1100 [1]   1/17
14 [2]   17/4 17/5
151 [2]   24/18 24/24
175,000 [2]   23/16
24/2
178,000 [4]   28/17
28/19 30/13 31/11
18 [1]   1/5
19 [2]   22/8 33/8
19-2399 [1]   2/2
1:19-cv-2399 [1]
1/4

**2**

20001 [2]   1/14 1/25
2016 [1]   24/23
2017 [3]   20/22
25/21 25/23
2018 [4]   4/17 7/18
11/19 18/1
2019 [5]   5/9 10/10
11/10 12/25 23/6
2020 [1]   11/11
2021 [1]   1/5
20530 [1]   1/18
2399 [2]   1/4 2/2
24,000 [2]   23/4
23/11
25,000 [2]   23/4
31/12
26 [3]   17/19 26/11
26/14

**3**

30th [1]   15/10
31 [2]   18/1 18/1
333 [1]   1/24

**4**

4700-C [1]   1/24

**5**

5/31 [1]   18/1
548 [1]   22/1

**6**

601 [1]   1/14

**9**

9:00 [1]   1/6
9:48 a.m [1]   32/17

**A**

a.m [2]   1/6 32/17
able [5]   3/14 5/10
13/8 14/9 20/19
above [1]   33/5
above-entitled [1]
33/5
accused [1]   16/2
achievements [1]
10/13
acknowledged [1]
18/7
acknowledgement [1]
18/8

act [2]   8/14 8/23
acted [1]   7/3
acting [5]   22/22
24/9 27/1 28/13
28/13
action [5]   1/3 2/2
4/16 8/16 9/25
actions [1]   21/4
actively [1]   15/5
activities [1]
20/23
actors [1]   8/23
actually [8]   5/4
15/5 21/23 22/1
23/5 29/24 31/11
31/12
add [1]   29/11
adding [1]   12/25
addition [4]   4/5
5/22 9/8 24/3
additional [1]   5/3
12/18 13/1 13/2
address [3]   19/20
20/8 21/19
addresses [1]   27/11
adjourned [1]   32/17
administration [1]
17/12
administrative [3]
9/18 10/1 10/24
advances [1]   6/19
affects [1]   3/11
again [25]   3/7 5/17
8/5 10/18 11/18
13/18 16/24 21/17
21/19 22/16 23/3
23/12 23/15 23/16
23/19 24/1 24/5
24/7 24/9 24/10
24/13 24/20 25/1
27/7 32/15
against [3]   5/13
17/20 26/12
age [1]   7/14
agencies [2]   7/20
7/24
agency [1]   4/12
AGM [1]   28/12
agree [5]   11/19
14/12 26/13 27/12
28/8
agreed [3]   13/14
15/8 20/7
agreement [2]   16/21
30/19
agrees [1]   15/24
ahead [1]   3/1
al [2]   1/6 2/3
allegations [1]
12/19
allow [1]   28/21
almost [1]   11/23
along [1]   8/19
although [4]   3/13
7/19 26/14 32/1
always [2]   15/24
26/9
among [3]   11/7 12/4
14/18
amorphous [1]   17/10

amount [1]   15/17
analogs [1]   28/24
analysis [3]   19/13
27/5 31/7
ANDREW [2]   1/3 2/3
animus [12]   4/19
5/11 5/20 7/14 7/15
7/25 8/19 9/22
11/24 12/20 14/12
26/6
announced [1]   20/21
apparently [2]   12/2
21/25
appear [1]   22/6
appearance [1]   2/9
APPEARANCES [1]
1/11
Appearing [2]   2/3
2/4
applied [2]   16/13
24/23
apply [2]   13/16
16/13
applying [1]   24/8
appointees [2]   14/4
19/14
appreciate [1]   18/7
appropriate [1]
19/10
argument [5]   6/15
16/9 16/11 16/12
24/15
Arnold [2]   1/13
2/25
arrive [1]   24/12
arrived [1]   5/9
articulate [2]   5/10
13/10
articulated [3]
7/21 15/22 25/8
aspects [1]   22/18
assert [1]   21/23
asserted [1]   29/20
assertions [1]
13/19
assess [2]   15/17
16/23
assessed [1]   17/18
assessment [1]
27/12
assistant [2]   11/3
14/6
assisted [2]   13/8
27/16
association [2]
21/16 25/6
attendant [1]   9/11
attitude [2]   4/21
10/23
attitudes [2]   7/10
7/11
attorney [18]   4/12
4/13 5/2 5/7 5/8
6/10 7/17 8/6 8/9
9/5 9/7 11/3 11/8
11/9 14/16 14/16
19/3 19/4
Attorney's [1]   14/6
August [1]   25/23
authorize [1]   30/24

authorized [2]
25/23 25/24
Avenue [1]   1/14
1/24
aware [1]   20/17

**B**

back [7]   3/10 3/18
16/23 20/2 29/4
30/23 31/10
backgrounds [1]
6/22
balance [1]   26/11
balanced [1]   21/20
balances [1]   17/19
band [1]   29/3
Bankruptcy [1]   1/23
Barr [6]   2/3 5/9
6/10 7/17 8/6 14/16
based [10]   6/7 7/14
8/14 8/16 9/15 9/18
14/7 20/3 25/25
27/23
basic [1]   11/19
basically [1]   27/14
batch [1]   23/14
bear [2]   11/4 12/22
become [2]   22/24
27/3
began [1]   15/14
begin [1]   11/21
behalf [1]   2/22
behavior [1]   25/22
benefits [3]   12/24
21/21 26/15
beyond [1]   20/6
biases [1]   6/6
Bill [1]   5/9
binds [1]   10/5
bit [1]   17/1
body [1]   22/7
Boolean [1]   28/22
both [3]   5/11 25/5
31/20
brief [3]   22/12
27/6 27/21
briefly [1]   3/3
briefs [1]   7/21
bringing [2]   15/25
23/3
brings [1]   7/7
broader [1]   30/24
buckets [1]   22/5
built [1]   3/19
bulk [1]   20/24
bundle [1]   24/14
burden [13]   12/21
12/23 13/10 13/19
18/9 24/15 25/16
26/19 27/12 27/22
28/7 29/5 30/9
burdens [7]   12/24
17/21 18/20 21/21
21/22 25/8 26/15
burdensome [4]   5/4
26/25 30/20 30/25
burdensomeness [1]
19/21
button [1]   31/8

**C**

called [2]   4/20
 21/10
calling [2]   20/24
 20/24
campaign [1]   21/8
can [17]   2/17 5/25
 13/22 14/3 15/20
 16/21 19/18 20/1
 23/18 24/8 26/9
 27/17 28/12 28/16
 29/10 31/10 31/10
capacity [1]   8/13
capture [1]   14/17
care [2]   23/1 29/18
case [16]   4/2 4/5
 4/10 4/14 7/9 7/13
 10/5 12/14 13/18
 15/20 17/1 17/2
 17/10 17/22 24/19
 30/18
cases [6]   4/20 7/9
 8/17 28/23 30/9
 31/21
cast [1]   30/24
categories [4]
 22/13 22/14 22/14
 23/1
category [3]   22/7
 22/8 24/16
central [1]   25/14
certain [2]   19/8
 30/12
certainly [13]   9/8
 11/9 13/3 13/7
 13/11 13/14 15/1
 15/16 15/19 15/22
 16/19 20/17 29/13
certify [1]   33/4
cetera [1]   14/17
chalk [1]   26/16
challenge [1]   12/23
change [1]   11/13
changes [2]   17/12
 17/13
charge [1]   7/23
chosen [1]   22/21
Circa [5]   21/10
 21/12 24/17 24/25
 30/9
circumscribed [1]
 3/20
circumstances [1]
 11/13
cited [4]   8/18 9/25
 9/25 13/5
civil [3]   1/3 1/17
 2/2
claim [1]   6/20
clarify [1]   32/2
clear [4]   2/19 4/15
 6/8 11/18
clearer [1]   3/10
clearly [1]   2/17
closed [1]   9/17
closure [1]   9/14
collecting [1]
 18/10
COLUMBIA [1]   1/1

comfortable [1]
 15/25
coming [6]   6/12
 8/24 9/21 10/24
 11/15 27/19
comings [1]   4/23
comments [3]   5/12
 10/18 12/12
common [2]   10/23
 25/5
commonly [1]   23/23
communication [1]
 14/14
communications [4]
 3/12 3/17 3/25
 19/14
compact [1]   22/1
company [1]   6/21
comparator [2]   4/6
 5/22
complaining [1]
 23/6
complaint [1]   7/20
completed [1]   3/23
completely [2]   8/5
 28/24
complicated [1]
 31/7
comprehensive [1]
 20/22
compromise [2]
 17/23 18/4
concedes [1]   26/7
conceding [1]   27/22
concern [3]   13/20
 14/3 19/9
concerns [7]   5/11
 5/14 9/14 13/9
 13/23 25/16 27/22
conclude [3]   26/5
 26/7 26/7
conclusions [2]
 10/1 10/2
conduct [3]   10/6
 24/21 31/15
conducting [2]   13/5
 14/23
confer [5]   19/1
 19/23 30/19 31/2
 31/18
conference [2]   1/9
 15/10
Congress [1]   26/1
conjunctive [3]
 28/11 28/21 31/5
connection [3]
 13/16 21/7 25/4
consider [2]   15/21
 16/19
consideration [1]
 14/8
considering [1]
 15/5
Constitution [1]
 1/24
constraints [2]
 13/12 13/13
construed [2]   3/21
 20/13
contemporary [3]

13/6 24/13 25/9
contents [1]   27/24
contest [1]   25/13
context [2]   6/3 8/4
continue [3]   3/6
 15/20 31/18
continued [1]   20/15
controversies [1]
 11/14
conversation [1]
 16/9
cops [1]   10/14
core [1]   5/5
corporate [3]   4/21
 17/2 17/7
correspondence [1]
 22/16
corroboration [1]
 12/11
counsel [4]   16/10
 18/7 25/20 26/13
counter [1]   12/25
couple [1]   31/17
course [9]   8/24
 9/12 10/2 12/10
 12/17 13/6 22/9
 22/12 24/13
court [8]   1/1 1/22
 1/23 4/7 5/15 18/16
 33/3 33/9
Courts [1]   1/23
coverage [1]   12/7
covered [2]   5/8 7/8
COVID [1]   33/8
COVID-19 [1]   33/8
crank [1]   26/18
credit [1]   10/12
criminal [13]   5/16
 5/18 9/11 9/19 10/4
 11/3 11/4 11/11
 12/2 13/25 14/6
 19/11 19/16
critical [1]   26/20
cull [1]   29/14
culled [1]   24/11
culling [1]   24/1
culture [3]   4/21
 17/2 17/7
current [1]   4/3
custodial [1]   22/7
custodian [5]   14/19
 14/24 16/21 23/2
 23/8
custodians [13]
 11/7 11/17 13/22
 14/2 19/8 20/5
 24/20 24/24 24/25
 26/23 29/16 30/15
 31/4
cut [1]   22/25
cutoff [4]   4/25
 15/11 18/1 23/6
cv [1]   1/4

**D**

D.C [2]   1/14 1/18
database [2]   27/8
 28/11
databases [1]   26/24
date [6]   4/25 23/6

24/4 24/22 24/22
 33/14
days [1]   19/24
DC [2]   1/5 1/25
de [11]   23/12 23/15
 23/25 24/3 24/7
 24/11 24/22 29/13
 29/14 30/14 31/6
de-duplicated [1]
 24/3
de-duplicating [1]
 24/22
de-duplication [9]
 23/12 23/15 23/25
 24/7 24/11 29/13
 29/14 30/14 31/6
deal [1]   30/14
dealing [1]   7/19
deals [1]   16/12
dealt [1]   25/19
December [2]   10/10
 15/11
December of [1]
 10/10
decide [2]   20/2
 20/3
decides [1]   18/17
decision [3]   8/19
 17/5 17/14
decisions [2]   10/9
 19/12
declarations [3]
 9/24 21/23 29/12
defendant [1]   8/13
defendants [12]   1/7
 1/16 2/5 2/6 4/25
 5/24 12/22 20/17
 21/18 31/6 31/15
 32/14
defendants' [3]
 15/4 21/4 32/3
degree [1]   5/8
delay [3]   9/10 9/14
 12/15
delays [1]   9/14
deleted [1]   14/13
Democrat [1]   28/14
deny [1]   18/17
department [18]
 1/16 4/23 4/24 6/16
 6/24 7/1 9/6 9/20
 11/16 12/5 13/4
 13/7 17/4 18/24
 19/5 19/15 20/6
 20/23
departmental [1]
 10/7
departure [2]   5/2
 17/24
deputy [10]   4/13
 5/2 5/7 9/5 11/3
 11/8 14/16 19/4
 27/1 28/12
described [1]   22/13
description [1]
 27/24
deserved [1]   6/18
different [4]   17/1
 26/2 26/2 31/13
directive [1]   8/14

**D**

directly [1]   15/13
director [8]   4/13
22/22 24/9 27/1
27/1 28/12 28/13
28/13
dirty [1]   10/13
disagreement [1]
6/11
disc [1]   22/2
disclosure [1]
24/18
disclosures [2]
21/1 21/9
discover [1]   30/22
discoverable [1]
19/6
discovering [2]
26/12 31/1
discovery [12]   2/20
13/15 13/25 15/8
17/25 19/11 25/16
26/10 30/5 30/6
30/11 30/24
discrimination [3]
4/10 6/4 17/2
discriminatory [2]
4/16 7/14
discussed [1]   32/9
discussing [2]   3/14
25/7
discussion [3]   12/4
29/2 32/7
discussions [2]
10/18 12/17
disparaging [1]
6/10
display [1]   7/25
dispute [7]   2/20
15/16 16/1 16/11
20/4 28/8 29/1
disputes [1]   3/3
dissatisfaction [1]
12/13
DISTRICT [4]   1/1
1/1 1/10 1/23
division [4]   1/17
11/3 11/4 14/7
document [1]   23/20
documents [33]   5/19
12/10 13/2 17/22
18/6 18/15 20/13
21/24 22/7 22/8
22/9 22/11 23/3
23/4 23/16 23/24
24/2 24/5 24/12
24/19 24/25 25/3
25/7 26/21 27/2
27/14 28/17 28/19
29/3 29/15 30/13
31/11 31/16
DOJ [3]   13/10 17/4
17/10
done [5]   8/9 8/10
10/17 24/17 31/10
door [1]   19/10
down [2]   13/13 16/2
drag [1]   19/25
drawn [1]   13/2

drive [1]   27/24
dropped [1]   11/11
duplicated [1]   24/3
duplicating [1]
24/22
duplication [9]
23/12 23/15 23/25
24/7 24/11 29/13
29/14 30/14 31/6
during [4]   10/16
13/1 22/9 33/7
DVD [1]   22/2

**E**

e-mail [2]   6/9
27/11
e-mails [4]   14/13
23/5 23/9 23/11
earlier [2]   10/9
12/19
early [3]   11/10
20/21 29/24
easily [2]   22/2
31/10
either [2]   16/20
18/13
election [16]   20/23
20/25 21/4 21/12
22/4 25/21 25/25
26/6 26/22 30/2
30/12 31/20 32/2
32/5 32/7 32/8
election-related [1]
20/23
else [2]   5/7 10/20
empathize [1]   13/11
employees [1]   22/8
employer [1]   6/3
employment [2]   4/10
8/21
end [1]   3/18
ends [1]   3/22
entertaining [1]
23/11
entirely [2]   6/2
6/14
entitled [2]   31/23
33/5
ESI [1]   18/10
especially [1]   18/8
essentially [3]   4/9
10/3 20/13
estimate [1]   27/8
et [3]   1/6 2/3
14/17
even [10]   4/3 4/15
8/20 8/21 10/7
10/20 12/6 18/9
19/13 22/2
events [1]   4/16
eventually [1]   21/2
everyone [3]   2/12
5/7 6/13
evidence [8]   4/6
5/23 6/5 8/5 17/20
19/7 26/6 26/12
exactly [5]   12/18
14/21 14/23 16/25
24/4
example [11]   5/6

5/8 9/4 9/13 9/24
10/10 10/17 11/7
14/15 21/24 22/22
except [1]   12/1
exemption [2]   9/15
10/16
existed [2]   7/10
9/22
existence [4]   8/16
8/18 8/22 9/2
expect [1]   13/1
experience [1]
29/13
explanation [1]
27/5
expressed [3]   5/14
6/11 8/19
expression [2]
21/16 25/6
extends [1]   20/6
extension [2]   13/14
15/8
extent [7]   5/19
13/24 14/13 15/19
19/12 20/5 21/17
external [1]   12/11

**F**

F.P.B [1]   1/17
face [1]   26/4
fact [8]   11/22 12/1
12/6 15/9 25/20
26/24 29/22 29/24
26/17 26/17
facts [1]   4/5
fair [2]   15/17
24/16
fairly [5]   14/1
14/2 19/8 20/5
21/24
fashion [3]   16/1
21/21 24/21
FBI [14]   4/13 4/17
10/15 13/11 18/8
18/14 18/24 20/23
21/9 24/17 25/24
29/22 29/25 30/8
February [1]   5/9
feedback [1]   2/16
fester [1]   16/1
few [2]   22/21 23/7
figure [1]   28/4
filed [1]   2/8
files [3]   14/2
24/19 25/17
filling [1]   8/13
filtering [1]   24/22
final [1]   15/3
finally [1]   9/16
find [5]   6/8 9/5
14/5 26/10 30/18
findings [1]   9/19
fired [3]   6/7 6/16
6/18
first [2]   3/5 3/7
fit [1]   22/5
five [1]   6/4
flexibility [1]
16/14

focus [4]   7/13
16/15 19/2 19/19
focused [7]   4/8
19/8 20/4 20/5
20/20 23/7 24/5
focuses [1]   3/17
focusing [3]   3/25
21/21 23/9
FOIA [4]   9/15 10/16
12/3 12/6
folder [1]   27/25
For the Defendants [1]
1/16
foregoing [1]   33/4
forgot [1]   7/6
form [3]   4/11 5/12
12/11
former [4]   4/11
5/12 7/23 8/25
forms [1]   13/8
forth [1]   29/21
forward [1]   10/21
found [1]   6/9
four [2]   20/14
20/20
fourth [1]   24/16
framed [3]   16/13
27/13 29/1
frankly [2]   13/18
31/7
front [1]   26/21
fully [1]   16/18
further [5]   19/23
23/9 31/24 32/12
32/13

**G**

G-E-R-A-R-D-I [1]
2/10
GARLAND [1]   1/6
gathered [1]   29/15
general [24]   3/11
4/13 4/13 5/2 5/7
5/8 6/10 7/13 7/17
7/22 8/6 8/9 9/5
9/7 11/4 11/8 11/9
13/9 14/16 14/17
19/3 19/4 20/21
22/6
general's [1]   22/4
generalized [3]
5/18 7/14 13/20
generally [2]   4/4
7/24
generated [3]   22/9
22/11 29/23
genesis [4]   10/6
10/23 29/20 29/20
GERARDI [6]   1/16
2/5 2/8 16/5 25/11
32/13
gets [1]   30/13
given [5]   10/23
12/6 12/24 24/5
25/5
goes [1]   18/5
goings [1]   4/23
Good [3]   2/24 16/6
32/16
grant [1]   30/16

**G**

granted [1]   13/15
granting [1]   32/5
great [1]   30/14
greatest [1]   10/12
guess [5]   6/7 16/8
16/24 26/13 27/6
guy [2]   10/19 11/2

**H**

hand [1]   18/15
handful [3]   14/4
20/4 24/8
handset [1]   2/16
happened [4]   10/21
10/21 11/5 17/14
happening [2]   12/15
19/11
happy [2]   2/22
23/13
head [1]   11/3
heads [1]   4/12
hear [3]   2/17 2/22
16/4
hearing [1]   33/7
helpful [1]   28/9
high [2]   12/3 14/15
highly [2]   25/1
30/22
hit [2]   16/25 18/12
holds [2]   6/6 6/25
holistic [1]   21/20
Honor [16]   2/24 3/2
7/11 8/11 9/9 12/8
13/15 14/9 15/7
15/16 16/6 25/12
27/4 29/7 32/11
32/15
Honor's [1]   16/25
HONORABLE [1]   1/9
HOOK [3]   1/22 33/3
33/14
hope [1]   9/5
hopeful [1]   3/14
hopefully [3]   10/12
19/25 20/3
hostile [1]   6/17
hours [1]   31/9
House [1]   18/3
huge [1]   18/6
hundreds [2]   17/22
31/9
HUSSAIN [9]   1/12
2/4 2/25 7/5 20/8
29/8 29/9 29/10
31/24
hypothetical [4]
6/14 7/17 9/9 11/1
hypothetically [2]
8/5 10/18
hypotheticals [1]
26/10

**I**

idea [1]   4/9
identified [12]   5/5
22/5 22/15 22/20
22/24 23/4 23/12
23/15 24/16 25/4
27/25 29/12
identifies [1]
22/12
identify [1]   21/23
immune [2]   14/11
14/12
imply [1]   17/13
impose [2]   17/21
18/20
improbable [1]   14/5
improper [3]   8/17
15/23 26/8
impulse [2]   9/22
11/24
impulses [1]   7/24
impute [1]   17/15
inauguration [1]
20/22
included [1]   20/25
indeed [1]   14/18
indicating [1]   6/20
indication [1]
15/15
indicia [2]   5/14
9/10
individual [3]   7/12
8/20 14/10
individuals [1]
14/18
inextricably [1]
11/23
infamous [1]   11/13
influence [2]   7/3
14/3
influenced [1]   7/2
information [8]
6/20 14/20 26/23
30/6 30/6 30/7 31/1
31/22
initial [1]   15/10
initially [3]   16/13
17/25 28/25
initials [1]   27/10
initiated [1]   25/21
input [1]   9/20
inquiry [1]   26/11
insinuation [1]
8/15
insofar [8]   8/2
8/12 10/15 11/14
11/24 12/11 12/22
22/17
inspector [2]   20/21
22/3
instance [1]   27/18
institution [2]   6/5
6/24
intentions [1]
17/15
interchangeable [1]
17/7
interrupt [1]   8/3
intertwining [1]
30/1
interviews [1]
22/16
into [6]   2/16 10/3
21/2 22/5 25/16
29/25
intolerant [1]   6/21
introduce [1]   2/18
investigation [28]
9/11 9/12 9/15 9/17
9/19 9/21 10/5 10/8
10/20 12/2 14/1
19/12 19/16 21/3
21/15 22/10 22/12
23/8 23/10 24/18
25/1 25/18 26/4
27/19 30/8 30/8
30/9 32/4
investigations [14]
3/4 3/6 3/20 3/21
3/23 20/9 20/12
20/14 20/14 20/16
22/18 24/6 25/15
32/8
investigators [2]
9/20 29/25
involve [2]   19/14
21/5
involving [2]   5/16
7/22
irrelevant [1]   28/1
issue [15]   3/5 3/8
3/16 4/1 7/7 10/2
12/24 16/8 16/10
16/18 18/17 18/22
21/18 29/17 29/23
issues [9]   4/6 5/5
13/19 16/5 20/9
20/12 26/3 27/20
31/17

**J**

January [2]   20/22
25/21
January 2017 [1]
25/21
JEFF [3]   1/22 33/3
33/14
Jeffrey [1]   5/7
Jill [1]   28/14
joined [1]   16/19
Journal [9]   21/2
21/5 21/6 21/14
25/23 29/21 29/23
29/25 30/8
judge [4]   1/10 5/14
9/13 12/12
jumping [1]   21/22
Justice [11]   1/16
4/24 4/24 6/16 6/24
7/1 11/16 12/5 13/4
13/7 18/24

**K**

keeps [1]   10/20
kind [6]   16/23 17/2
17/17 17/24 27/17
27/21

**L**

large [4]   3/7 3/24
25/15 28/2
largest [1]   23/14
last [2]   2/9 4/15
late [1]   11/10
later [8]   4/7 4/19
6/5 8/18 8/20 10/5
10/7 25/23
law [2]   4/2 4/14
lead [3]   19/6 26/5
30/6
leader [2]   4/10
8/25
leaders [1]   10/7
leadership [4]   4/23
10/15 11/15 12/5
leading [1]   4/16
leak [2]   25/19
25/23
least [2]   13/7
19/12
leave [1]   5/6
left [4]   9/6 11/19
12/14 19/5
less [4]   6/7 30/12
30/20 32/8
letting [1]   16/1
level [4]   14/11
14/16 21/8 27/15
light [2]   19/19
30/25
likelihood [3]
26/11 30/5 30/25
likely [4]   14/15
26/5 27/20 30/6
limit [2]   14/3 31/3
limitations [2]
3/19 33/9
line [4]   6/13 14/5
18/15 18/15
lines [1]   8/19
linked [1]   11/23
list [3]   11/7 14/19
15/2
listing [1]   22/23
litigation [5]   12/3
12/6 13/6 24/13
25/10
little [3]   3/9 6/7
17/1
long [2]   18/5 19/25
look [2]   17/9 29/25
looking [6]   3/10
5/17 6/8 10/3 14/18
24/9
lot [7]   18/11 18/12
26/21 26/23 28/18
30/1 30/15
lots [1]   17/11
luck [1]   32/16

**M**

mail [2]   6/9 27/11
mails [4]   14/13
23/5 23/9 23/11
makes [2]   8/15 8/16
making [1]   8/19
manageable [5]
21/24 22/25 23/13
25/2 25/9
management [1]   6/5
managerial [4]   4/20
7/10 8/23 10/22
managers [1]   8/20
many [3]   11/20
26/16 26/17
March [4]   1/5 4/17

**M**

March... [2]   7/18
11/19
March 2018 [3]   4/17
7/18 11/19
mass [1]   17/11
Massachusetts [1]
1/14
material [2]   21/4
30/22
materials [10]
21/25 22/4 22/6
23/2 25/2 26/25
28/1 30/17 32/6
32/7
matter [10]   3/4
5/16 5/18 10/4 10/6
10/9 11/12 30/13
31/8 33/6
matters [4]   5/10
10/23 29/14 29/17
may [17]   10/20 12/9
12/25 14/9 17/8
18/1 19/5 19/19
19/21 20/9 23/6
24/7 30/13 30/21
31/3 31/4 31/5
May 2019 [2]   12/25
23/6
May 31 [1]   18/1
maybe [1]   27/6
MCCABE [16]   1/3 2/3
2/25 4/17 5/13 6/10
6/11 6/16 8/1 9/16
11/12 11/18 11/21
21/7 28/12 28/14
McCabe's [2]   25/22
26/25
mean [12]   3/22 6/3
6/9 6/22 15/7 16/19
17/10 17/17 18/4
23/7 25/19 27/23
mechanically [1]
26/18
media [1]   21/1
meet [5]   19/1 19/23
30/19 31/2 31/18
megabytes [1]   22/1
members [1]   26/1
mentions [1]   29/2
MERRICK [1]   1/6
MICHAEL [3]   1/16
2/5 2/9
mid [1]   15/11
might [8]   8/9 8/10
12/19 14/17 18/12
18/14 26/10 29/7
mind [1]   11/17
mirrored [1]   18/2
months [6]   5/3 13/1
15/14 15/16 17/5
17/5
more [11]   5/4 7/12
7/14 8/17 9/1 9/2
13/20 16/22 17/5
19/15 20/3
morning [4]   2/24
8/7 16/6 17/9
MOSS [1]   1/9

most [2]   26/14
28/21
mostly [1]   3/11
motion [2]   18/17
29/22
motivation [1]   9/2
motive [2]   8/17
8/22
motives [1]   8/24
moving [1]   15/20
Mr. [27]   2/8 2/25
4/17 5/13 6/10 6/11
6/16 7/5 8/1 8/10
9/6 9/16 11/12
11/18 11/21 16/5
19/4 20/8 21/7
25/11 25/22 26/25
29/8 29/9 29/10
31/24 32/13
Mr. Gerardi [4]   2/8
16/5 25/11 32/13
Mr. Hussain [6]   7/5
20/8 29/8 29/9
29/10 31/24
Mr. McCabe [12]
2/25 4/17 5/13 6/10
6/11 6/16 8/1 9/16
11/12 11/18 11/21
21/7
Mr. McCabe's [2]
25/22 26/25
Mr. Schools [3]
8/10 9/6 19/4
much [6]   7/12 10/8
15/21 19/19 24/6
27/22
multiple [1]   29/15
MURAD [3]   1/12 2/4
2/25
mute [3]   2/15 7/7
20/10
myself [1]   7/6

**N**

name [4]   2/9 2/18
27/1 27/10
Namely [1]   20/21
names [2]   14/25
15/1
narrow [13]   13/22
16/20 19/2 19/18
19/22 28/16 28/19
30/18 30/21 31/2
31/4 31/5 31/21
narrowed [4]   7/12
28/8 30/14 30/22
narrower [1]   29/3
narrowing [1]   32/7
nature [1]   6/23
necessarily [9]
3/23 14/11 14/12
17/13 23/8 26/3
26/4 26/16 28/8
need [6]   10/19
16/22 30/18 31/2
31/18 31/19
negotiate [2]   19/18
24/8
negotiating [1]   4/8
negotiations [1]

15/14
neither [1]   5/3
new [1]   5/6
News [5]   21/10
21/12 24/17 24/25
30/9
next [1]   19/24
nine [1]   27/6
Nineteen [1]   30/15
nobody [1]   2/14
non [1]   5/19
nor [1]   5/4
normal [2]   8/24
9/12
NOTE [1]   33/7
noted [2]   9/13 18/1
noticed [1]   15/12
notifying [1]   9/16
notion [4]   4/3 7/9
7/14 8/18
November [1]   24/23
number [8]   3/11
14/2 18/6 21/5
22/13 24/20 27/2
29/15
numbers [1]   13/5
NW [3]   1/14 1/17
1/24

**O**

objecting [1]   21/18
objectively [1]
8/15
obviously [2]   27/25
28/1
occurred [1]   33/7
October [1]   15/10
October 30th [1]
15/10
odd [1]   23/11
off [2]   7/7 21/2
offered [3]   16/11
17/23 18/5
office [2]   14/6
22/3
official [5]   1/23
8/12 8/13 17/14
33/3
officials [4]   4/12
14/16 16/15 17/4
often [1]   10/14
OIG [7]   9/25 10/24
22/8 23/2 25/18
29/4 29/24
OIG's [1]   25/18
old [1]   22/1
once [2]   22/25
24/11
one [20]   4/4 5/1
5/15 9/24 10/12
11/19 12/24 13/23
14/13 16/12 16/12
20/25 21/5 21/19
22/5 23/14 23/23
26/15 26/17 29/11
ones [1]   3/19
ongoing [6]   5/11
6/24 10/6 12/2 12/2
13/25
online [2]   21/10

24/18
only [7]   12/23
15/14 16/12 21/19
21/21 24/24 24/25
open [3]   19/10
23/10 30/23
opening [1]   29/22
operating [1]   14/7
opportunity [2]
16/7 19/17
opposed [1]   23/8
opposition [3]
25/14 25/17 27/6
order [3]   2/14 28/6
31/15
ordinary [2]   12/10
12/17
organizational [1]
7/22
original [3]   7/8
17/24 30/2
other's [1]   22/4
others [4]   7/9 8/1
10/15 21/17
otherwise [3]   5/13
9/21 15/24
out [10]   5/6 7/11
9/20 12/16 18/12
22/25 26/18 27/19
28/4 30/2
outweigh [1]   30/10
outweighed [1]
18/19
over [1]   19/24
overlapping [1]
4/22
oversight [1]   26/1
own [2]   22/21 24/17

**P**

page [2]   18/15
18/15
pages [1]   27/6
pandemic [2]   13/12
33/8
pandemic-related [1]
13/12
papers [4]   3/10 5/5
5/10 12/9
par [2]   13/6 24/13
parentheses [1]
28/13
part [3]   7/22 8/21
29/17
particular [7]   6/21
6/25 7/1 13/10
13/18 13/19 31/19
particularly [7]
4/5 4/18 4/19 5/4
8/24 26/22 29/16
particulars [1]
14/23
parties [7]   2/21
4/8 7/19 13/14 19/1
20/12 31/1
parties' [1]   2/21
parts [1]   17/7
party [1]   15/17
past [2]   9/3 17/16
people [11]   6/21

people...  38

**P**

people... [10]  7/1
7/7 7/23 11/6 11/7
11/9 17/15 25/15
25/17 26/2
per [1]  5/18
perceived [1]  21/16
perceptions [1]
25/7
perform [1]  13/8
perhaps [3]  3/9
18/24 27/25
period [17]  3/4 3/5
3/8 3/16 3/22 4/1
4/4 9/5 10/16 11/11
13/1 13/24 15/13
17/17 19/3 19/7
24/7
permitted [1]  2/13
person [1]  10/8
personal [1]  6/23
personnel [1]  17/13
perspective [1]
14/25
persuaded [1]  30/23
pertain [1]  5/20
pertaining [1]
20/13
pertinent [3]  22/15
22/18 26/15
phase [1]  29/24
phones [1]  2/15
phrase [1]  10/14
piece [6]  5/23 10/8
10/22 12/19 25/18
29/21
place [2]  19/13
27/17
plaintiff [23]  1/4
1/12 2/4 2/23 3/12
3/17 10/14 17/6
18/2 20/15 20/16
21/17 22/17 22/19
22/20 24/10 26/7
27/23 27/25 28/4
29/2 31/22 32/12
plaintiff's [6]
16/9 18/7 18/18
25/20 26/13 27/10
plaintiffs [1]
25/13
platform [1]  23/21
platforms [1]  28/21
play [1]  25/17
please [3]  2/16
2/17 33/7
pled [1]  7/20
point [14]  4/20 7/8
8/18 11/22 16/21
16/22 16/24 16/25
20/2 25/14 29/11
29/19 31/13 31/14
pointed [5]  7/11
10/11 13/4 18/12
25/20
pointing [1]  9/10
points [2]  27/7
29/11
political [10]  6/11

7/25 14/3 14/4 14/7
14/11 19/14 21/8
21/16 25/5
politically [1]
6/17
politics [3]  6/13
6/18 25/8
Porter [2]  1/13
2/25
position [5]  15/18
15/21 17/24 31/14
32/3
possible [3]  28/11
28/15 30/16
possibly [1]  12/8
potential [3]  17/19
17/20 30/10
potentially [1]
16/2
pre [16]  20/25 21/4
21/12 22/4 25/21
25/25 26/6 26/22
29/12 30/2 30/17
31/20 32/2 32/5
32/7 32/8
pre-election [15]
20/25 21/4 21/12
22/4 25/21 25/25
26/6 26/22 30/2
30/12 31/20 32/2
32/5 32/7 32/8
predicate [2]  10/3
21/3
premature [6]  15/5
15/24 16/10 18/23
18/23 19/1
prematurity [1]
16/8
present [2]  7/7
7/18
president [8]  4/11
5/12 7/23 8/7 8/8
9/1 10/11 28/14
president's [1]  7/2
presidential [1]
8/14
press [1]  12/7
pressure [1]  14/12
presume [1]  14/10
pretty [3]  4/14
6/23 27/3
primarily [2]  3/16
4/24
primary [1]  3/3
prior [2]  7/21 21/8
prism [1]  17/18
privilege [2]  27/18
27/20
probable [2]  8/17
9/1
probably [3]  22/24
24/11 24/12
probative [7]  4/18
6/6 9/2 21/14 25/6
30/10 31/1
probing [1]  5/18
proceedings [4]
2/14 10/25 32/17
33/5
process [2]  8/23

30/20
processes [1]  24/1
produce [1]  31/15
produced [2]  18/14
22/3
producing [1]  28/3
profile [1]  12/3
prompted [1]  29/24
prong [4]  21/1
21/12 21/25 32/5
prongs [3]  20/14
20/25 21/20
proportional [2]
18/19 18/20
proportionality [3]
4/3 12/23 21/19
proportionate [1]
19/10
proposal [1]  15/11
proposals [1]  16/20
proposed [2]  4/25
12/25
proposition [1]
11/20
prosecutors [2]
5/15 12/14
protective [1]  28/6
prove [1]  6/15
provide [3]  27/7
31/22 32/6
provided [3]  11/7
14/19 14/25
public [3]  5/13
5/15 12/12
publication [2]
21/10 24/18
pull [1]  28/23
purely [1]  29/22
pursue [1]  10/4
pursuing [1]  18/20
pushing [2]  5/22
31/8
put [1]  17/17

**Q**

quickly [1]  27/2
quite [6]  6/19 12/8
18/6 22/25 23/13
25/9
quote [1]  32/4

**R**

race [1]  6/7
races [1]  6/21
racial [1]  6/6
raise [3]  12/22
12/23 31/24
raised [2]  9/9
25/16
ramping [1]  9/12
RANDOLPH [1]  1/9
range [1]  24/4
rather [2]  13/20
19/15
reach [3]  3/14
16/21 18/17
read [2]  8/7 27/21
ready [1]  16/18
really [9]  5/22
10/5 13/9 13/25

14/1 16/11 23/12
25/13 27/22
reason [6]  7/16
16/17 18/16 18/23
18/25 27/11
reasonable [3]  4/4
8/15 13/17
reasons [1]  15/22
rebroadcast [1]
2/13
recall [1]  11/10
recalling [1]  25/19
recap [1]  3/7
receive [1]  23/14
received [1]  14/21
recommendation [1]
11/14
record [2]  2/13
2/19
recusal [5]  21/12
21/25 30/8 32/3
32/6
recused [1]  21/7
redacted [1]  28/5
refer [3]  10/14
20/13 20/19
references [4]
22/17 22/20 28/4
32/2
referral [1]  25/24
reflect [2]  4/18
6/22
regard [1]  28/9
regarding [6]  3/12
5/15 9/10 11/13
12/19 21/25
regardless [1]
13/16
reinforce [1]  29/19
relate [2]  4/7
15/13
related [11]  3/17
9/21 10/7 11/24
13/12 20/16 20/23
23/7 24/10 29/16
32/6
relates [2]  3/25
22/17
relating [6]  3/19
3/21 13/25 19/11
24/17 26/22
relatively [1]
24/12
Relativity [7]  22/6
23/16 23/20 23/23
27/8 28/10 28/20
relevance [3]  16/24
18/19 19/6
relevant [10]  7/18
17/20 18/13 21/14
25/5 26/12 27/9
30/5 30/7 30/17
remains [1]  15/9
remind [1]  2/12
remotely [2]  33/5
33/9
replace [1]  27/18
reply [2]  22/12
27/21
report [2]  9/25

**R**

report... [1]   10/24
reported [1]   33/5
reportedly [1]
11/15
Reporter [3]   1/22
1/23 33/3
reporting [2]   12/12
33/9
reports [2]   3/24
5/15
request [9]   3/11
15/6 15/9 20/5
23/10 26/1 27/13
30/19 32/5
requests [9]   3/8
3/18 4/7 17/25 19/3
19/8 25/4 25/25
26/2
resolution [1]   3/15
resources [1]   13/20
respect [24]   7/25
11/5 11/12 12/14
12/21 13/11 16/5
18/22 19/7 20/12
21/9 21/11 21/18
22/3 22/11 23/2
24/15 25/22 29/11
29/20 30/7 31/19
31/20 32/1
respectfully [1]
8/11
respecting [1]
12/13
respective [1]   10/1
respond [2]   18/25
25/11
responded [1]   17/25
response [2]   15/4
16/15
responsive [3]   7/24
27/2 27/15
retaliatory [3]
5/11 5/20 12/20
review [26]   13/9
13/13 18/9 18/14
20/22 20/25 21/6
21/9 21/12 21/13
23/1 23/20 24/17
25/5 25/21 25/22
25/25 26/6 26/22
27/16 27/18 28/17
30/3 30/12 31/15
31/20
reviewed [2]   2/21
21/15
reviewing [1]   17/21
RFP [2]   16/12 16/20
RFPs [1]   16/14
rid [1]   10/13
right [7]   8/10 15/3
16/4 16/25 17/9
18/21 32/16
rightly [1]   18/12
rights [1]   16/2
road [1]   16/3
role [1]   25/17
Room [1]   1/24
Rosen [2]   5/7 14/17

Rosenstein [3]   5/2
9/6 19/4
roughly [2]   5/1
22/5
Rule [3]   17/19
26/11 26/14
rules [1]   4/3
RYAN [2]   1/13 2/4
Ryder [1]   7/9

**S**

same [11]   4/19 5/20
8/19 8/25 9/18 9/22
10/24 11/11 24/21
27/10 28/24
saying [1]   14/22
scale [1]   24/12
schedule [1]   15/9
scheduling [1]
15/10
school [1]   22/1
Schools [3]   8/10
9/6 19/4
scope [4]   16/5
16/20 23/13 25/9
scorecard [1]   26/16
scrutiny [1]   12/18
se [1]   5/18
search [10]   14/24
14/24 18/11 19/22
22/21 26/25 28/12
28/21 31/5 31/21
searchable [1]
26/24
searches [7]   13/5
15/12 15/14 28/11
28/15 28/22 30/22
searching [7]   14/14
14/21 18/10 23/25
24/21 27/9 28/3
second [2]   20/8
22/7
seeking [1]   13/25
seem [4]   13/6 13/9
15/17 25/8
seems [6]   4/14
11/23 14/4 23/13
25/1 30/15
senior [1]   14/4
sentencing [1]
11/13
separation [5]   4/17
5/1 7/8 9/19 9/23
serialized [1]
24/19
served [4]   3/8 4/8
17/16 18/2
serving [1]   19/7
Sessions [3]   8/9
9/7 19/4
set [3]   3/7 20/8
29/21
sexes [1]   6/22
shared [1]   27/24
side [2]   14/13
14/19
side's [1]   27/12
sides [1]   3/13
significant [5]
18/9 27/20 28/7

29/14 30/23
similar [2]   8/16
9/2
simple [1]   28/20
simply [4]   16/22
17/8 26/25 31/15
site [1]   14/14
sits [1]   22/1
sitting [1]   16/2
situation [1]   4/22
six [1]   21/19
size [1]   29/17
slight [1]   15/8
slowed [1]   13/13
small [1]   27/3
somebody [1]   6/15
someone [3]   6/6
7/17 15/24
somewhat [3]   3/20
8/4 12/3
sorry [5]   2/6 7/6
8/3 20/11 23/18
sort [13]   4/19 5/17
5/21 17/7 17/10
17/18 17/20 21/20
22/2 25/25 27/21
27/23 32/8
sorts [2]   23/25
27/16
sounds [3]   23/24
24/2 24/15
source [1]   8/25
speak [4]   2/16 2/18
2/22 16/7
speaking [1]   2/15
specific [9]   3/18
3/21 5/11 7/11 7/20
11/6 15/22 20/14
25/3
specifically [1]
9/13
specifics [1]   13/4
spun [2]   21/2 30/2
staggered [1]   4/22
standard [1]   24/1
start [3]   16/8
24/22 25/12
state [1]   21/8
statement [3]   7/16
7/17 10/10
statement by [1]
7/16
statements [1]   17/8
STATES [2]   1/1 1/10
status [1]   8/13
still [14]   6/19
10/18 10/19 11/2
16/10 18/10 18/11
18/11 18/14 18/24
20/9 27/17 28/6
31/22
Stone [1]   11/13
stop [1]   10/21
straight [1]   21/22
Street [10]   1/17
21/2 21/5 21/6
21/14 25/23 29/21
29/23 29/25 30/7
stretch [1]   8/4
strikes [1]   8/4

strong [1]   5/13
structure [2]   7/22
8/25
stuff [3]   22/19
22/19 27/18
subject [5]   3/4
10/6 10/9 28/6 33/8
submissions [1]
2/21
subpoena [1]   18/2
subsidiary [1]   4/12
substantial [3]
13/2 14/2 30/10
suggest [2]   24/7
24/21
suggested [3]   12/9
13/3 16/14
suggestions [1]
22/22
suit [1]   6/4
summarize [1]   3/3
suppose [4]   6/9
11/19 15/24 26/9
supposed [1]   21/3
supposedly [1]   9/18
sure [9]   3/22 6/2
10/19 15/12 15/23
16/6 16/18 25/12
27/4
surprised [1]   12/4
susceptible [1]
23/24
suspect [2]   27/1
27/19
swayed [1]   8/6
sweeping [1]   18/6
system [2]   23/16
23/19

**T**

talking [8]   5/21
7/11 7/13 11/21
11/23 13/23 20/4
31/12
targeted [1]   19/21
technological [2]
13/12 33/9
technology [2]   13/8
27/16
technology-assisted [2]
13/8 27/16
TELEPHONE [1]   1/9
temporal [1]   16/5
term [3]   14/24
22/22 32/4
terminate [1]   17/6
termination [2]
8/22 11/5
terms [14]   12/15
12/15 13/3 13/7
14/24 18/11 19/22
22/21 24/8 27/9
28/22 29/5 30/1
31/5
terribly [1]   26/24
The defendants [1]
5/24
theories [2]   5/20
17/18
theory [6]   6/23

## T

theory... [5]    6/25
7/20 17/3 18/18
19/6
therefore [3]    19/20
20/19 33/8
thinking [1]    18/25
third [1]    22/8
though [5]    5/25
6/24 10/20 19/9
30/16
thought [2]    6/17
23/9
thousands [1]    17/22
three [4]    6/4 22/5
24/24 24/25
thus [1]    9/1
timeframe [3]    12/15
20/6 31/19
timely [1]    15/25
title [1]    27/10
today [8]    2/20 2/23
4/7 16/8 31/25 32/1
32/12 32/14
today's [1]    2/13
tool [1]    18/9
tools [1]    27/17
top [1]    4/11
touch [2]    3/5 27/7
towards [1]    8/1
traditional [3]    4/9
6/4 19/15
transcript [2]    1/9
33/4
transcripts [1]
28/3
transmitters [1]
14/15
treating [2]    17/3
17/10
tried [1]    27/7
true [2]    27/10 33/4
Trump [7]    3/13 3/13
7/23 8/8 9/1 10/11
28/14
Trump's [2]    5/12
8/7
try [1]    19/17
trying [3]    6/14
28/4 28/18
turn [1]    2/17
tweets [8]    3/13
3/13 7/2 7/3 7/4
7/4 8/7 8/8
Twitter [2]    5/12
17/9
two [12]    3/3 3/11
4/4 4/25 6/4 15/11
15/13 15/14 15/16
22/14 24/6 29/11
two-year [4]    4/4
15/11 15/13 24/6
type [3]    9/9 12/10
14/7
types [1]    11/16
typical [1]    17/2

## U

U.S [3]    1/16 1/23

14/6
ultimately [4]    3/16
4/14 18/13 23/11
24/23
unclear [2]    24/4
24/23
under [4]    4/2 4/2
4/3 4/5
underlying [2]    9/18
21/3
underscored [1]
16/10
UNITED [1]    1/1 1/10
universe [2]    21/24
25/2
unreasonable [1]
13/17
unrelated [1]    8/20
unusual [2]    9/10
12/14
up [10]    8/6 9/12
20/1 23/3 23/5 26/9
26/16 27/14 29/1
30/24
upon [4]    8/16 8/24
9/18 24/7
urge [1]    19/24
use [3]    28/1 28/22
28/22
used [3]    10/14
19/22 23/23
using [1]    31/5
usual [2]    12/17
23/25

## V

value [3]    4/18 25/6
30/11
various [3]    3/12
4/23 20/25
varying [1]    17/12
versus [2]    2/3
12/24
view [2]    4/2 18/21
views [1]    6/25
volume [1]    13/2
volumes [2]    22/24
29/12
voluminous [1]    14/1

## W

waiting [1]    31/8
Wall [9]    21/2 21/5
21/6 21/14 25/22
29/21 29/23 29/25
30/7
Walton [1]    9/13
Walton's [1]    12/12
warrant [1]    12/17
Washington [4]    1/5
1/14 1/18 1/25
way [12]    6/20 8/14
17/9 18/5 26/17
27/13 28/8 28/16
28/25 28/30 30/18
31/3
ways [5]    7/12 19/2
28/19 31/4 31/21
week [2]    11/11
11/12
welcome [1]    20/2

Westlaw [1]    28/23
what's [2]    21/2
27/8
whereas [1]    25/24
WHITE [3]    1/13 2/4
18/2
wife [3]    3/12 3/17
11/22
wife's [1]    21/7
William [1]    2/3
willing [4]    8/14
8/23 16/19 24/14
wind [1]    27/14
withdrawal [1]    9/15
withdrawn [1]    10/17
withheld [1]    28/5
withholdable [2]
5/19 12/10
within [3]    11/15
25/9 28/10
witness [1]    22/16
word [1]    23/18
work [4]    18/11
20/17 27/20 29/5
working [2]    26/2
29/16
workplace [1]    4/10
worth [2]    12/13
25/19
WSJ [1]    25/19

## Y

year [5]    4/4 5/1
15/11 15/13 24/6
years [2]    4/25 6/5
yesterday [1]    2/9