IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MERRICK B. GARLAND, )<br>in his official capacity as )<br>ATTORNEY GENERAL OF THE )<br>UNITED STATES, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 19-2399 (RDM) |

**JOINT MOTION FOR A LIMITED STAY OF DISCOVERY AND
45-DAY EXTENSION OF CASE DEADLINES AND EVENTS**

The parties jointly move this Court to stay all discovery in this proceeding, for 45 days after this motion is granted, and to extend all previously set case deadlines and events by 45 days. The parties request this relief so that they may explore the possibility of settlement.

Good cause exists for the requested relief, because the stay and extension would allow the parties to focus their efforts on discussing settlement expeditiously, free from any competing obligations and ongoing disputes related to discovery, and without burdening the Court with potentially unnecessary discovery disputes. The parties propose to update the Court two business days before the stay's expiration about whether a further stay and extension is warranted.

April 23, 2021

  /s/ *Murad Hussain*
Howard N. Cayne (D.C. Bar. No. 331306)
Murad Hussain (D.C. Bar. No. 999278)
Brittany McClure (D.C. Bar No. 1001889)
Owen Dunn (D.C. Bar. No. 1044290)
Ryan D. White (D.C. Bar No. 1655918)
Marissa Loya (D.C. Bar No. 1672681)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone: (202) 942-5000

*Counsel for Plaintiff Andrew G. McCabe*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

  /s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
GARRETT COYLE
MICHAEL GERARDI
Trial Attorneys
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20530
Phone:  (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*