**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW G. MCCABE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 19-2399 (RDM) |
| MERRICK B. GARLAND, ) | |
| in his official capacity as ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JOINT NOTICE REGARDING THE STAY OF PROCEEDINGS

Consistent with their April 23, 2021 Joint Motion to Stay Discovery and Extend All Case Deadlines (Dkt. 56), the parties submit this joint notice regarding the current stay of litigation.

On April 27, 2021, this Court granted the parties' joint motion for a 45-day stay of all discovery so that the Parties could focus on exploring the possibility of settlement. No settlement has been reached, but the parties are continuing their discussions. In the event that they agree that a further stay is warranted, they will so notify the Court by filing another joint motion to extend the stay and related deadlines.

June 9, 2021

 /s/ Murad Hussain

Howard N. Cayne (D.C. Bar. No. 331306)
Murad Hussain (D.C. Bar. No. 999278)
Brittany McClure (D.C. Bar. No. 1001889)
Owen Dunn (D.C. Bar. No. 1044290)
Ryan D. White (D.C. Bar. No. 1655918)
Marissa Loya (D.C. Bar No. 1672681)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone: (202) 942-5000

*Counsel for Plaintiff Andrew G. McCabe*

Respectfully submitted,

BRIAN NETTER
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

 /s/ Justin M. Sandberg
JUSTIN M. SANDBERG
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
GARRETT COYLE
MICHAEL GERARDI
Trial Attorneys
U.S. Dep't of Justice, Civil Div., Federal
Programs Branch
1100 L Street, NW
Washington, D.C.  20530
Phone:  (202) 514-5838
Fax: (202) 616-8460
Justin.Sandberg@usdoj.gov

*Counsel for Defendants*