IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW G. MCCABE, )<br>)<br>     *Plaintiff*, )<br>)<br>   v. )<br>)<br>MERRICK B. GARLAND, )<br>in his official capacity as )<br>ATTORNEY GENERAL OF THE )<br>UNITED STATES, *et al.*, )<br>)<br>     *Defendants*. )<br>) | Civil Action No. 19-2399 (RDM) |

**JOINT MOTION TO RENEW THE STAY OF PROCEEDINGS
AND NOTICE OF INTENT TO MEDIATE**

    The parties jointly move this Court to renew the stay of all discovery in this proceeding through August 30, 2021, retroactive to the prior stay's expiration on June 11, 2021, and to extend all previously set case deadlines and events by 80 days. The parties request this relief so that they may continue to explore the possibility of settlement with the assistance of a mediator. Good cause exists for the requested relief, because the stay and extension would allow the parties to continue focusing their efforts on discussing settlement expeditiously, free from any competing obligations and ongoing disputes related to discovery, and without burdening the Court with potentially unnecessary discovery disputes.

    The parties are currently working to identify a mutually agreeable private mediator who is available to hold and complete mediation proceedings by August 30, 2021. If the parties cannot identify such a mediator by July 9, they will file a notice with the Court by that date. That notice would be joined with a motion for a referral to the United States District Court Mediation Program administered by the Office of the Circuit Executive for the U.S. Court for the D.C. Circuit. The

parties are providing this notice of intent to mediate in order to help the Court ascertain whether a Court-sponsored mediator would be available to hold and complete mediation by the requested stay's expiration on August 30 (in the event that the parties move for such a referral).

Accordingly, the parties respectfully request that the Court extend the current stay of proceedings by 80 days, retroactive to June 11, 2021, and extend all related deadlines by 80 days.

June 22, 2021                                                                 Respectfully submitted,

| | |
|---|---|
| /s/ Murad Hussain | BRIAN NETTER |
| Howard N. Cayne (D.C. Bar. No. 331306) | Acting Assistant Attorney General |
| Murad Hussain (D.C. Bar. No. 999278) | |
| Brittany McClure (D.C. Bar No. 1001889) | CHRISTOPHER R. HALL |
| Owen Dunn (D.C. Bar. No. 1044290) | Assistant Branch Director |
| Ryan D. White (D.C. Bar No. 1655918) | |
| Marissa Loya (D.C. Bar No. 1672681) | /s/ Justin M. Sandberg |
| ARNOLD & PORTER KAYE SCHOLER LLP | JUSTIN M. SANDBERG |
| 601 Massachusetts Avenue, NW | Senior Trial Counsel |
| Washington, DC  20001-3743 | KYLA M. SNOW (Ohio Bar No. 96662) |
| Telephone: (202) 942-5000 | GARRETT COYLE |
| | MICHAEL GERARDI |
| *Counsel for Plaintiff Andrew G. McCabe* | Trial Attorneys |
| | U.S. Dep't of Justice, Civil Div., Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C.  20530 |
| | Phone:  (202) 514-5838 |
| | Fax: (202) 616-8460 |
| | Justin.Sandberg@usdoj.gov |
| | |
| | *Counsel for Defendants* |