# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW G. MCCABE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> MERRICK B. GARLAND, ) <br> in his official capacity as ) <br> ATTORNEY GENERAL OF THE ) <br> UNITED STATES, *et al.*, ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 19-2399 (RDM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice.

Date:   October 14, 2021                                                Respectfully Submitted,

 */s/ Murad Hussain*                                                   BRIAN NETTER
Howard N. Cayne (D.C. Bar. No. 331306)           Acting Assistant Attorney General
Murad Hussain (D.C. Bar. No. 999278)
Owen Dunn (D.C. Bar. No. 1044290)                CHRISTOPHER R. HALL
Nora G. Ellingsen (D.C. Bar No. 1685576)         Assistant Branch Director
Oluoma N. Kas-Osoka
Marissa Loya (D.C. Bar No. 1672681)               */s/ Justin M. Sandberg*
Ryan D. White (D.C. Bar No. 1655918)             JUSTIN M. SANDBERG (IL Bar No.
ARNOLD & PORTER KAYE SCHOLER LLP   6278377)
601 Massachusetts Avenue, NW                           Senior Trial Counsel
Washington, DC 20001-3743                                KYLA M. SNOW  (Ohio Bar No. 96662)
Telephone: (202) 942-5000                                  GARRETT COYLE
Fax: (202) 942-5999                                              MICHAEL GERARDI
Murad.Hussain@arnoldporter.com                  Trial Attorneys
                                                                              U.S. Dep't of Justice, Civil Div.,
*Counsel for Plaintiff Andrew G. McCabe*        Federal Programs Branch
                                                                              1100 L Street, NW
                                                                              Washington, D.C. 20530
                                                                              Phone: (202) 514-5838
                                                                              Justin.Sandberg@usdoj.gov

                                                                              *Counsel for Defendants*